*United Sates District Court*

*Southern District Court of New York*

*Erin Canning*

*P.O. Box 284*
*Saratoga, New York 12866* *JURY TRIAL REQUESTED*

*PLAINTIFF*

*VS.*

*1) Officer Rodriguez of the 19th Precinct, NY*

RECEIVED
JUL 24 2015
PRO SE OFFICE

*153 East 67th Street, New York, NY, 10065*
*(212) 452-0600*

*2) Officer Toussaint of the 19th Precinct, NY*

*153 East 67th Street, New York, NY, 10065*
*(212) 452-0600*

*3) Officer Andreoli of the 19th Precinct, NY*

*153 East 67th Street, New York, NY, 10065*

*(212) 452-0600*

*4) Officer Wikkert of the 19th Precinct, NY*

*153 East 67th Street, New York, NY, 10065*
*(212) 452-0600*

*5) Officer and Detective Stohler of the 19th Precinct, NY*

*153 East 67th Street, New York, NY, 10065*
*(212) 452-0600*

*6) James Grant of the 19th Precinct, NY*

*153 East 67th Street, New York, NY, 10065*
*(212) 452-0600*

*7) Commissioner Bratton of New York Police Department*

*City Hall New York, NY 10007 212-NEW-YORK*

*8) CRB Team on Case Reports*

*Joseph D'Amico State Police Troopers Superintendant*

*9) George Beach II*

*Assistant Deputy Superintendent Uniform Force*

*Building 22*

*1220 Washington Avenue Albany, NY 12226*

*10) Officer Straus Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*11) Officer Rigana Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*12) Officer Jenna Carson Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*13) Officer Megan Hall Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*14) Officer Kristen Vanwert Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*15) Officer Tyler McIntosh Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*16) Officer Nicholas Lamkins Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*17) Officer Scott Johnson Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*18) Officer Robert Dennis Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*19) Officer Kristofer Camarro Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*20) Officer Travis Carter Saratoga Police*

*5 Lake Avenue Saratoga Springs, NY 12866*

*DEFENDANTS*

## The Dates of Occurrence

The dates of occurrence have extended from the third week of August 2014 until the Present July 2015 and hopefully will be stopped immediately! I request mandatory injunction against all of these state and federal persons attempting identity fraud against me and also maintaining a serious crime of kidnapping and obstruction of all related criminal and civil illegal activities. I have never had a record of any kind. I do not have a record. I do not break the law and I will not tolerate any abuse from any. I also am more educated and renowned international artist but in markets that the general public are not aware of which is obviously to their detriment as I have access to safeties from their ideas of power and ability to obstruct and to harm me.

## Jury Trial

I am requesting a jury trial because of the nature of the aggressions and abuses by 19th Precinct officers including the commanding officers. There was also aggressions and dismissals by the supervisors and, Chiefs and Commissioner's staff in writing so it is pertinent and appropriate for this to be put before a civilian jury and the public for analysis and for punishments according to federal law, discrimination tactics for cover up and discrimination. I feel that a jury trial may create more safety for me and also more assurance in preventing further corruptions. It is fair for such a matter to be reviewed by the public and to be fair for all parties and litigants.

I also feel that a jury trial would greatly help examine police corruptions and operations illegalities. I am not requiring a jury trial but I am requiring a fair and real examination and investigation of the discovery process. The police force has been ill for a very long time. It is just that now, the people are able to speak up against such wrongdoings and can help the country to end abuses of position for personal desires and unwillingness on the part of officers to do their jobs.

I am also addressing the Saratoga Police Officer Defendants who despite my many requests for help via 911 and to the precinct line which totaled 5 in total include visits to get help on addressing the criminal matters, would not help me and cited precinct of origin of the beginning of the crime. I was threatened by one officer who said I would be arrested if I cried and called for help from the police again on this matter despite it not being addressed at all. They also insisted on citing point of origin of having to go to the 19th Precinct in NYC on a kidnapping matter despite transport and that I cannot get back there due to obstructions and the obvious methods of obstructions that I have told to the law enforcement

officers in questions. I also informed the Saratoga Police in detail that the police officers at the 19th Precinct were a part of the criminal maneuvers had mistreated me and wouldn't take my complaints and would not help me despite my many attempts. The police in the Saratoga group have known about it for eight months but bullied and stalked me and lied about the law. They lied about the penal code and federal laws. They lied about my rights and feigned a lack of responsibility in the actions and also decided to stick with blue wall maintenance of criminality and corruption instead of being officers.

This matter has been obstructed in the relating the trials due to lawyer ease and laissez of courts. This must be prevented and surely check and balances need to be enforced.

<u>Request for Injunction Against Defendants</u>

I am requesting an injunction against the defendants and their teams in until there is a final decision on this matter by the federal courts. All of the reputational injury and obstruction is a form of stalking in addition to the other forms of stalking that have occurred remotely.

*<u>Basis for Federal Court Jurisdiction</u>*

*<u>U.S. Code › Title 18 › Part I › Chapter 73 › § 1521</u>*

*<u>Amendment Fourteen Due Process, Equal Protection</u>*

*<u>Amendment One</u>*

*<u>Amendment Four</u>*

*<u>US CODE 42 SECTION 2000 dd</u>*

*<u>U.S. Federal Code Title 18 Part I Chapter 55 Section 1201</u>*

*U.S. Federal Law Code 42 Section 2000*

*U.S. Code Title 18 Part I Chapter 110 A Section 2261A*

*U.S. Code › Title 42 › Chapter 21 › Subchapter I › § 1981*

*(2) Disability Civil Rights Act of 1964 Disability Act of 1990*

Statement of Claim

There were several federal laws broken by the defendants. This case is in the federal court on the basis of Federal Questions. All are residents of the State of New York. Additionally, where an officer or official is engaging in improper conduct, they are not legally protected to carry out such conduct, to obstruct the judicial and federal laws for their personal careers as the persons and defendants are not their titles and government positions and are replaceable. Additionally, such behaviors are an infringement on the nature of the work and position and cause grave and irreparable harm to the futures of law enforcement mechanisms, protocol, education, civil and community cultural acceptance. Addressing such matters are in no way an infringement on the functionality of the employee and each employee is given and should be given reasonable accommodation to do their jobs and for their time and well-being at work but not beyond that, not to obstruct, not to slander civilians and to maintain criminal networks, operations and groups.

I notified Commission Bratton of all of this in August 2014 to the best of my ability. I know some one in that office received my correspondence and Commission Bratton has since received Governor Cuomo's Correspondence as well as my letter in May 2015. He may not be directly involved surely but he is aware of it and did not handle it to any just and fair conclusion to date. I do not know these officers personally and this case is in no way a reflection on their prior works, character and their personal

character. It is a matter that must be addressed and I believe I am due both reputational and economic restitution.

I am a 6th generation New Yorker on one side and a Mayflower descendant and part Native American I have been told on the other side. Many generations ago, my ancestors lived in Hell's Kitchen and in Brooklyn. I have resided in Manhattan for 15 years and I deserve the utmost respect and equality that anyone would hope for. I work hard. I have done many things for others. There is absolutely no reason why my good name should be damaged and I should be treated like a criminal when I did nothing wrong. There is surely discrimination and tactics of discrimination engaged against me and I do not accept that as something I will allow to be perpetuated.

Part a) unlawful seizure, confining well person who supplied evidence of wellness and that the person who called 911 to have me put in a ward had lied. I played the voicemail threats made by the caller to 911 to officers Toussaint and Rodriguez and they did not stop and bullied me and were armed men forcing me into a ward. I have letters from doctors who know me unlike the officers, which states clearly I was not a candidate for hospitalization and was not a threat to others and not to myself. This is surely true and I have many, many character witnesses who spent time with me on a daily basis and who will be available for signed subpoena documented reports regarding my quality and my character which seems to be in question as a tool to prevent me from getting fair access to the law services as I have been victimized by several crimes that have not been addressed. They have since used maligning slander of insanity to cover their errors that are punishable with life in prison. Part b) failure to release in 24 hours Part c) Conspiracy that harms d) In the eight months

since August 2014, none made effort to end the abuse and to address section a of kidnapping.

Two days prior, I had called Officers Andreoli and Officers Stohler to inform them of the threats made by my family members who I had not seen in two years at all and who reside mostly out of state and informed them about the abuse by Jordan Cooper C.E.O. Paul Brensilber and by the Superintendant Hector Calero who had been working with his cronies to abuse me and my family. Officer Andreoli had a brush off demeanor and mentioned something about orders of protection. He talked to Hector Calero and went with he said with no further in depth investigation on any of this matter which suggests gender discrimination. Because of the negligence of Officer Stohler and Officer Andreoli on that call, I was abused by Jordan Cooper Staff, Bonnie and Bruno Hofmann and all of the defendants. Not one came clean and not one addressed it. A second effort of kidnapping came the day I was released from the Hospital when Jose Agueda of Jordan Cooper Management called 911 to have me arrested for picking up my keys to my apartment. He lied and pretended I did not have access to my apartment and my cat and my keys in order to bully me as he is a crony of Paul Brensilber and Hector Calero as he works for Jordan Cooper and Hector Calero's Private and Contracting firm engaged in illegal acts and illicit activity for personal gain in the building where he claims to be a superintendant. Officer Andreoli went on He said and did not investigate. He turned the matter over to A Detective Wikkert who promptly dismissed the matter the next day without investigation of any truth and quality. All of the officers including the officers at the 19th Precinct even lied about what the law was and is. It was insulting, obstruction, inveigling, disorienting and illegal. That is an abuse of their office and title that is not their

possession but something that they were honored with that can be taken away. No officer or government personnel are indispensible to their role. There are back up persons and surely also many more educated and ethical persons in great quantity that would not do anything unethical and break federal laws for personal priority and undeserved gain due to their mentality of criminality. Since when is the office of police an office for the maintenance of blue wall and federal crimes. They are not reporting many crimes and not taking complaints as to prevent the actual quota and persons who do white and blue crimes from being apprehended. If officers are unfit, they need to be noble enough to be honest and step down.

The original seizure of my person was unlawful. I was confined even though I was a totally well person and I supplied ample evidence of wellness that day of seizure of my person.

The persons who called 911 to have me put in a ward had lied. I played the voicemail threats made by the caller to 911 to officers Toussaint and Rodriguez and they did not stop and bullied me and were armed men forcing me into a ward. I have letters from doctors who know me unlike the officers, which states clearly I was not a candidate for hospitalization and was not a threat to others and not to myself. This is surely true and I have many, many character witnesses who spent time with me on a daily basis and who will be available for signed subpoena documented reports regarding my quality and my character which seems to be in question as a tool to prevent me from getting fair access to the law services as I have been victimized by several crimes that have not been addressed. They have since used maligning slander of insanity to cover their errors that are punishable with life in prison. Part b) failure to release in 24 hours Part c) Conspiracy

that harms d) In the eight months since August 2014, none made effort to end the abuse and to address section a of kidnapping.

Two days prior, I had called Officers Andreoli and Officers Stohler to inform them of the threats made by my family members who I had not seen in two years at all and who reside mostly out of state and informed them about the abuse by Jordan Cooper C.E.O. Paul Brensilber and by the Superintendant Hector Calero who had been working with his cronies to abuse me and my family. Officer Andreoli had a brush off demeanor and mentioned something about orders of protection. He talked to Hector Calero and went with he said with no further in depth investigation on any of this matter which suggests gender discrimination. Because of the negligence of Officer Stohler and Officer Andreoli on that call, I was abused by Jordan Cooper Staff, Bonnie and Bruno Hofmann and all of the defendants. Not one came clean and not one addressed it. A second effort of kidnapping came the day I was released from the Hospital when Jose Agueda of Jordan Cooper Management called 911 to have me arrested for picking up my keys to my apartment. He lied and pretended I did not have access to my apartment and my cat and my keys in order to bully me as he is a crony of Paul Brensilber and Hector Calero as he works for Jordan Cooper and Hector Calero's Private and Contracting firm engaged in illegal acts and illicit activity for personal gain in the building where he claims to be a superintendant. Officer Andreoli went on He said and did not investigate. He turned the matter over to A Detective Wikkert who promptly dismissed the matter the next day without investigation of any truth and quality. All of the officers including the officers at the 19th Precinct even lied about what the law was and is. It was insulting, obstruction, inveigling, disorienting and illegal. That is an abuse of their office and title that is not their

possession but something that they were honored with that can be taken away. No officer or government personnel are indispensible to their role. There are back up persons and surely also many more educated and ethical persons in great quantity that would not do anything unethical and break federal laws for personal priority and undeserved gain due to their mentality of criminality. Since when is the office of police an office for the maintenance of blue wall and federal crimes. They are not reporting many crimes and not taking complaints as to prevent the actual quota and persons who do white and blue crimes from being apprehended. If officers are unfit, they need to be noble enough to be honest and step down.

Defendants, clearly engaged in intimidation and removal of the subject of the kidnapping, threats, intimidation, illegal eviction, stalking, harassments and obstructions as I tried 8 times to call the precinct, to visit there before the second kidnapping to Saratoga. In November 2014, during the second ordeal of kidnapping, I was able once to come back to try to get help there again but all the officers including but not limited to Andreoli, Grant and some other officers which totaled 7 circled around me when I was seating waiting for assistance to report it. They had their hands on their weapons and said and Grant said in a raised "ok what do you want" I started to try to explain the complex matter that had occurred since August 2014. Grant would not let me finish my sentences, would not let me speak. He said no that never happened to me despite him obviously not being there. How could he say that it never happened as he was not there and was just hearing about the details of the second round and recent developments?

He and the others had their hands on their weapons and they stood in a circle around me blocking me from exiting the door and engaging in intimidation of a victim and civilian with no prior

record of any kind. They engaged discrimination of mental stigma to attempt to create a gang mentality of cronyism to attempt to make the matter disappear and to malign me and to harm me. The intent to harm and bully was obvious. I am not sure where this mentality comes from because these "officers" do not know me at all. Thy have never been invited to my home. They have never been engaged in any conversation with me outside of this matter. They knew nothing of my education and celebrity in music. I think that perhaps, one good thing that can come of this is that officers will be wary before they bully anyone, as you never know who someone is. Maybe they targeted me because I am a star in House Music and that is a movement of diversity and civil rights equality for all. Perhaps not. Perhaps they just made errors and are uneducated and do not realize that first, when mistakes are made, an employee or citizen comes forth and says what they did wrong and apologizes and does whatever is required according to the law. That is the sign of a true leader and Just Citizen.

All of the defendants prevented the matter from ever being addressed as they are mostly at point of origin precinct or cronies of them or of the police office first preference of talk evidence that some officers give which is highly irregular form of discovery of evidence. They are the point of origin precinct and as the officers engage point of origin even when officers are engaged in criminality in the event, then the matter is obstructed in full and even in a kidnapping regarding transport where surely point of origin additionally is null and void.

This would prevent me from getting justice on many criminal federal law violations that affected my physical health and life in every way. The officers have engaged in preventing me from suing

due to further obstructions enabled, prevention of restraining orders and orders of protections being provided on other matters originally. They prevented me from giving evidence, as I was not even able to get a meeting and to provide the ample evidence regarding several crimes. The security of my property and person was not honored. In fact, they engaged in the opposite and ensured that my property was stolen and my person harmed such as a second act of kidnapping, theft of my personal property, withholding of my furniture and my cat against my rights and will, kidnapping, theft of my flat screen, stalking, harassments, slander, credit injury, remote relocation forced, unable to address the other litigants in court properly. (and saying I was ill in order to enable the cover up which was short sighted of them.)

The calls against me to 911 by litigants in other open cases I brought as plaintiff to regain my name were lies and engaged for conspiracy to obstruct wrong doings and to steal from me both tangible financial assets, career prospects, physical well-being, credit rating, future opportunities and reputation in business and society as well as family and friend relationships.

Regarding the False Hospitalization and Refusal of My Rights

*On August 7th, I had just returned from the library on the Upper East Side in my neighborhood and had walked home in my neighborhood and nothing happened during that period and day of any dramatic or insane nature of any kind. I walked to a deli. I ate outside the deli in the chairs provided. I then went the library and did some work to get independent and to become more successful. I then walked home and stopped at the ice cream shop to rest as it was a hot summers day. I sat for five minutes and then returned to my apartment to get ready for my regular ballet class that begins at 6pm with my usual teachers who would attest*

*to the fact that I am sane. They have never seen me act out surely and know me as a quality ballet dancer and pleasant part of the school.*
*Suddenly a loud banging came at my door and I asked who it was as I have a concierge and no one was asked up and no one called me. The officer yelled, "Open up you have no credibility" I got very scared because I had just filed the complaints on the building and received the threats from Bonnie and Bruno Hofmann via voicemail and email. I said what is this regarding through the door. He yelled even louder for me to open up as if I was a criminal.*

*I called 911 and told them what was going on. There is a recording of such out there. The 911 would not listen and told me to open my door to the officers. I did so. They had their hands on their weapons and made me sit on the couch as they blockaded me in and to the couch. I was shaking and scared and certainly not aggressive. I told them that this is fraud. They have no rights to do that to me. They said we heard that you were acting out in the street and we are taking you in to Bellevue. I said" who called you. Was it my mother and stepdad? It was a false call. They are trying to harass and stalk me to silence regarding a matter I had to report and it is a duty to do such reporting when a person is breaking laws and invading personal space of mine".*

*I let officers Rodriguez and Officers Toussaint hear the recording of the threat from my stepfather but they did not cease and disist this harassment. They made me wait for the ENT who then forced me to go to the hospital. In the ambulance I found out they were taking me to Bellevue. I broke down sobbing and begging to be brought to a better hospital if I must go to one as clearly they did not give me a choice and would apply stigma and abuse upon any persons slander and personal desires and obstructions against me.*

*They clearly engaged in discrimination upon mental disability which I do not even have but also on mental stigma. They based much or all of it and to cover their errors using medical mental health history breaking HIPA laws and utilizing my medical history from FIVE YEARS previously, which was the last time I was ill.*

*Apparently, Stigma implying that anyone treated for depression or any past suicidal or psych issues due to abuse or traumas as treated as subclass and sub-quality citizens by ignorant and corrupt persons.*

*I should not have to defend my character and quality and my health for freedom. I am not a criminal and have no criminal record. Not to mention, it is illegal to target criminals for false incarceration, let alone sick persons who were traumatized by family abuse and have only been depressed and NEVER had violent tendencies EVER.*

*The two doctors heard the voicemail in admitting and I explained my story just using my power and right to free speech but because I said I want to leave and this is ridiculous, they forcefully and abused me by forcefully sedating me and it was very abusive and traumatic. I had black and blues for weeks on my arms and photos of it when I was able to sneak my phone to take photos of it as I should be doing.*

*These doctors are not good. They are dishonest and do not belong anywhere near the sick and around any citizen. Perhaps, they need an evaluation in profession and otherwise.*

*I had to stay in the hospital for two weeks because my mother, who I had not seen for two years, broke into my apartment by*

*intimidating my cat sitter in order to steal my rights, personal belongings and to sell the apartment where I lived without any reasonable accommodations provided to leave and stay in NYC where I live and have lived for 15 years.*

*I have many character witnesses and colleagues. I have an international fan base in music and I venture to say probably more contacts that would report positively about me than any of the doctors who judged me, locked me up illegally, took my rights and mistreated me.*

*I was not able to leave the hospital for two weeks as the hospital has a policy of not allowing anyone to leave without anywhere to go and my sick parents had stolen my cat and my home so I was incarcerated in the ward without trial and the doctors, police officers, my parents, the hospital employees were never addressed and there have been no consequences and recourse for me.*

*The discharge papers read "psychotic". If I was psychotic, I would not have been discharged. A person cannot be locked in a ward involuntarily unless they are a threat to themselves or others and I was neither and there is ample evidence to that.*
*They forced me to take medicines in the ward. I do not need them and I did not take medicines for 5 years. It is highly maligning and slandering to say someone needs medicine when they do not and to make threats to them as were made to me that if I did not take them, I could not leave the hospital made by Dr. Lucy Penzner.*

*I was also forced to bring in my mother who kidnapped me and my dad into a "family" meeting where my mother started to lie and acted as if she was a queen above all and that she was a doctor. It became a meeting about attacking me and maligning me for her power over me. My father and mother then left together without*

*saying goodbye, despite being divorced for 30 plus years and went to my apartment without my permission.*

*The con of the false hospitalization was obvious again when I walked home from the hospital August 22nd and upon trying to pick up my keys at the front desk as instructed by the social worker Pat and my mother, the front desk concierge at my building called 911 upon me trying to get my keys. I did not know immediately, collected my keys that were given when I asked politely. Upon going upstairs, ten minutes later, I heard sirens and started to shake a bit from fear and sure enough after ten minutes of seeing my cat and my apartment a mess, two officers knocks. I had to show them the hospital release form of half an hour previously first as they may not believe based as how I had been treated by explaining other things. The same duo ENT came ten minutes and said oh" I remember you. I see what is going on here." Then to the officer " I can't take her in". The police said I see what they are doing to you. I see that they are trying to use the police for personal gain and interest. They cannot do that. They said ok. "Have a good day" and left.*

*I have many character witnesses and colleagues. I have an international fan base in music and I venture to say probably more contacts that would report positively about me than any of the doctors who judged me, locked me up illegally, took my rights and mistreated me. This matter should not require a dissection of my reputation and my mental for justice but I am all game for it if required but perhaps we can test everyone's mental health as well.*

VENUE

I am addressing this to the Southern Federal District Court of New York as most all of the litigants live in the Southern District Area and it is laden with federal question.

## EVIDENCE

I have evidence as to this matter and how it was ignored such as the definite evidence of the crimes committed by others.

Surveillance has been acquired that demonstrate refusal of service and clearly despite my many 911 calls no one helped me. There are many calls made to the 19th but no arrests were made and no one was punished. Due to that, corrupt persons remain tucked in to the precincts and are called to help civilians and will continue to believe that they can engage in abuse of victims and can get away with being criminals. The egos get bigger and the strain of disease in a precinct and in a State and Nation becomes stronger and more accepted as valid despite the canyon between the behaviors of the law enforcement officers, what they say the law is and the actual federal law code. This phenomena is also found in the legal system of lawyers who insist on implementing criminal activity based on decisions of previous cases and trying to make a new matter fit in to that. The legal system needs to be evaluated as lawyers are not adhering and honoring the Lawyer Code Of Ethics. Law Enforcement Groups need a federal overhaul. I have put my proposal and recommendations to the Federal and International Authorities. The dishonorable actions of claiming that the boss said so or that leadership does not and must not come from every level of officer, is a lie and dishonest. Right action and leadership must come from every officer and thry must not act as a group but as individual hearts and minds for Patriotism and ethical civic minded development for the security of our country's sacred values that are being undermined. If the

police force, does not do just things daily in full, then they must be overhauled or disbanned. These officers are non-essential to the service of the professional law enforcement groups, if they are engaged in criminalities. Good citizen soldiers could do better and do better.

I made several proposals for re-education and higher education of every precinct and state police force nationally and called for universal masters degree level education in a specialized 4 year degree and better pay for all want to improve the country's law enforcement profession with a phase out of the current training programs shortcomings expediently.

The reason being is that many persons need the help of sound and caring law enforcement persons who are well trained to evaluate, analyze, research, act with ethics and manage cases to the best of quality not the least. Course work would include such courses as leadership, ethics, civil rights, Constitutional law, Gender equality training, courses on proper behavior regarding disability, ending discrimination in daily professional and personal life, innovation, law analysis, whistle blowing and civic development are vital course works that must be mandatory.

INJURIES INCURRED:

- Ruined Credit
- Loss of Two Record Deals
- Loss of allies at my ballet studio
- Loss of allies in the music industry
- Loss of fan base due to criminality stigma and mental stigma

- Forced relocation and Kidnapping that I have not been able to get out of for eight months due to the insidious details of the plot and obstruction groups
- I have been accused of stalking and harassments, due to my constant requests and cries for help as they are being framed intentionally as harassment and stalking by the perpetrating groups and by persons who do not want to be bothered and who no sense of decency, like to abuse people and have no sense of justice.
- I have lost my personal property rights which I needed a fair and legal time to leave my apartment in NYC, as I did not want to leave NYC and put this clearly into writing. I even asked for a court eviction but my home was broken into and the keys taken from my cat sitter through intimidations, threats and coercions as the staff and original perpetrators were not addressed and then treated as cronies defacto in the scam. The officers despite all of the details and facts and knowing it, did not take corrective action but maligned me and harmed me.
- I have not been able to return to NYC to look for work.
- I have not been able to get employment due to the remote relocation kidnapping that the defendants said was fine and professionally handled.
- I have been without food and starved in the last eight months on several occasions and I have a long list of witnesses in Saratoga in person.
- I have not had gas money to leave the area.
- I have had severe asthma outbreaks that did not happen before.

- I have had a change in my metabolic and heart rate that is severe as I am prevented from my career in ballet and modern dance.
- I have not been able to take class as it costs money to even maintain my craft which requires to be at the ballet barre with a teacher daily and twice a day.
- I have lost money in music and two contracts and travel gigs due to this nightmare. One deal is an international distribution deal with Traxsource. I lost a partnership with Quantize Recordings and also a third deal with Global Diplomacy Records due to the stigma, drama and traumatizing nature of the content of this matter.
- I have had to go to therapists office and get medicine for trauma as I have been in a protracting kidnapped relocation point and I cannot be homeless due to physical health issues and also I do not deserve less and fewer rights than any officer or criminal posing as a professional officer.
- I was stigmatized by the entire area of Saratoga in their provincial mentality of engaging discrimination practice on injured and traumatized persons
- Criminals were further engaged against me due to the abuse by the police and felt that they had allies in criminal behavior maintenance and obstructions.
- I lost a job in Long Island due to the prevention of expedient justice.
- I am now afraid of the police and I get nervous whenever I see a car of theirs.

- I am now prevented from filing a complaint and getting the protection of the law in my current area where I am.
- I have been stalked and intimidated around the area of Saratoga by officers for their cover up investigation that is focused on the fact that I am not held in a bathroom at of a point of a gun.

Relief

I am asking that I receive $15 million dollars in compensatory damages.

I am asking for $10 million in Punative damages.

I am not sure what the court does in terms of criminal restitution and that is not my decision clearly.

I am asking for a restraining order on each and every officer and person involved and that entails that they cannot exact cronies upon me any longer.

*Request for an Injunction Against Defendants*

I am requesting an injunction against the defendants and their teams in until there is a final decision on this matter by the federal courts.

Exhibits

*SOME EXHIBITS ATTACHED*

Constitutional Law Questions

Amendment Fourteen Due Process, Equal Protection

Amendment One –Officers would not let me tell my factual story to them and follow with Fourteen amendment protections. I was penalized for writing a letter and being a whistleblower on sexual aggressions by the superintendant and against Contracting organized and dishonest business hidden within Superintendant and building management firms that harm residents, renters and non board members in such buildings.
Amendment Four-My apartment was forced into by the police and I was mistreated, lost my rights, personal property and home.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

The officer Andreoli called the aggressions by Hector Calero domestic and that is slander and very damaging and demeaning as he is the superintendant and it implies I am a whore or something. He is a married man and an employee that is there to serve the building residents for such matters as mechanical and broken residential details. He is especially responsible because he employs the staff of the building who are supposed to serve Wellington Tower Condominiums in his personal contracting business Hac Interiors often during work hours and employed for his maintenances of his company and those he feels compelled to serve to maintain his personal interests. It is slander to say it domestic. My body should not be an object for the superintent to ogle and to constantly try something on against my clear and verbally expressed wishes. I said no over and over. I was told by Mr. Calero to call him directly if there were any maintenance

issues in my apartment and Vilma Keller and the other staff would not do any work in the apartments when a maintenance request was made and not without pay that often residents did not have. Matters such as plumbing and tub maintenances would not be addressed and when I would ask Hector to send someone as is the routine and can be affirmed and verified by other residents of Wellington Tower Condominiums and has been to me directly. He would not send someone but would often come up and look at it but then hit on me after I had already told him no many times.

U.S. Code › Title 18 › Part I › Chapter 73 › § 1521

Officer Andreoli and Wikkert Clearly engaged in slander along with Detective Stoller who said we had kissed and it was a domestic situation. These officers are engaging in sexism, discrimination and intimidation.

Whoever files, attempts to file, or conspires to file, in any public record or in any private record which is generally available to the public, any false lien or encumbrance against the real or personal property of an individual described in section 1114, on account of the performance of official duties by that individual, knowing or having reason to know that such lien or encumbrance is false or contains any materially false, fictitious, or fraudulent statement or representation, shall be fined under this title or imprisoned for not more than 10 years, or both.

Federal Code of Law Questions
US CODE 42 SECTION 2000 dd

**(1) In general**

No individual in the custody or under the physical control of the United States Government, regardless of nationality or physical location, shall be subject to cruel, inhuman, or degrading treatment or punishment.

**(2) Cruel, inhuman, or degrading treatment or punishment defined**

In this section, the term "cruel, inhuman, or degrading treatment or punishment" means cruel, unusual, and inhumane treatment or punishment prohibited by the Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States, as defined in the United States Reservations, Declarations and Understandings to the United Nations Convention Against Torture and Other Forms of Cruel, Inhuman or Degrading Treatment or Punishment done at New York, December 10, 1984.

**(3) Compliance**

The President shall take action to ensure compliance with this section, including through the establishment of administrative rules and procedures.

<u>U.S. Federal Code Title 18 Part I Chapter 55 Section 1201</u>

**(a)** Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

**(1)** The person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in

committing or in furtherance of the commission of the offense;
**(2)** any such act against the person is done within the special maritime and territorial jurisdiction of the United States;
**(3)** any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;
**(4)** the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116 (b) of this title; or
**(5)** the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties,
shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.
**(b)** With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.
**(c)** If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.
**(d)** Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.
**(e)** If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the

United States may exercise jurisdiction over the offense if
**(1)** the victim is a representative, officer, employee, or agent of the United States,
**(2)** an offender is a national of the United States, or
**(3)** an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501 (2) of title 49. For purposes of this subsection, the term "national of the United States" has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101 (a)(22)).
**(f)** In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.
**(g) Special Rule for Certain Offenses Involving Children.—**
**(1) To whom applicable.—** If—
**(A)** the victim of an offense under this section has not attained the age of eighteen years; and
**(B)** the offender—
**(i)** has attained such age; and
**(ii)** is not—
**(I)** a parent;
**(II)** a grandparent;
**(III)** a brother;
**(IV)** a sister;
**(V)** an aunt;
**(VI)** an uncle; or
**(VII)** an individual having legal custody of the victim;
the sentence under this section for such offense shall include

imprisonment for not less than 20 years.
**[(2)** Repealed. Pub. L. 108–21, title I, § 104(b), Apr. 30, 2003, 117 Stat. 653.]
**(h)** As used in this section, the term "parent" does not include a person whose parental rights with respect to the victim of an offense under this section have been terminated by a final court order.

U.S. Federal Law Code 42 Section 2000

I am currently and still under the control of the U.S. Government Failures by the 19th Precinct officers because they would not address the thefts of person property, kidnapping and

U.S. Federal Law Code 42 Section 2000

**(1) In general**

No individual in the custody or under the physical control of the United States Government, regardless of nationality or physical location, shall be subject to cruel, inhuman, or degrading treatment or punishment.
**(2) Cruel, inhuman, or degrading treatment or punishment defined**
In this section, the term "cruel, inhuman, or degrading treatment or punishment" means cruel, unusual, and inhumane treatment or punishment prohibited by the Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States, as defined in the United States Reservations, Declarations and Understandings to the United Nations Convention Against Torture and Other Forms of Cruel, Inhuman or Degrading Treatment or Punishment done at New York, December 10, 1984.
**(3) Compliance**

The President shall take action to ensure compliance with this section, including through the establishment of administrative rules and procedures.

U.S. Code Title 18 Part I Chapter 110 A Section 2261A

Officers Rodriguez and Toussaint engaged in Stalking and harassment of a civilian citing discrimination used by Government Personnel to justify ignorance and to get out punishments for gross negligent harms or intent to harm me.

Whoever—
**(1)** Travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that—
**(A)** Places that person in reasonable fear of the death of, or serious bodily injury to—
**(i)** that person;
**(ii)** an immediate family member (as defined in section 115) of that person; or
**(iii)** a spouse or intimate partner of that person; or
**(B)** causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A); or
**(2)** with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate

or foreign commerce to engage in a course of conduct that—
**(A)** places that person in reasonable fear of the death of or serious bodily injury to a person described in clause (i), (ii), or (iii) of paragraph (1)(A); or
**(B)** causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),
shall be punished as provided in section 2261 (b) of this title.

- U.S. Code › Title 18 › Part I › Chapter 73 › § 1512
  officers Federov, Andreoli, Stohler, Wikkert, Grant, Rodriguez and Toussaint clearly engaged in Section B of U.S. Code Title 18 Part I Chapter 73 (See Below after the law for further explanation)

**(b)** Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to—
**(1)** influence, delay, or prevent the testimony of any person in an official proceeding;
**(2)** cause or induce any person to—
**(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding;
**(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
**(C)** evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or
**(D)** be absent from an official proceeding to which such person has been summoned by legal process; or
**(3)** hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information

relating to the commission or possible commission of a Federal offense or a violation of conditions of probation _[1]_supervised release,,_[1]_parole, or release pending judicial proceedings;
shall be fined under this title or imprisoned not more than 20 years, or both.
**(c)** Whoever corruptly—
**(1)** alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or
**(2)** otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so,
shall be fined under this title or imprisoned not more than 20 years, or both.
**(d)** Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from—
**(1)** attending or testifying in an official proceeding;
**(2)** reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation _[1]_supervised release,,_[1]_parole, or release pending judicial proceedings;
**(3)** arresting or seeking the arrest of another person in connection with a Federal offense; or
**(4)** causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceeding;
or attempts to do so, shall be fined under this title or imprisoned not more than 3 years, or both.
**(e)** In a prosecution for an offense under this section, it is an affirmative defense, as to which the defendant has the burden of proof by a preponderance of the evidence, that the conduct consisted solely of lawful conduct and that the defendant's sole intention was to encourage, induce, or cause the other person to testify truthfully.

**(f)** For the purposes of this section—
**(1)** an official proceeding need not be pending or about to be instituted at the time of the offense; and
**(2)** the testimony, or the record, document, or other object need not be admissible in evidence or free of a claim of privilege.
**(g)** In a prosecution for an offense under this section, no state of mind need be proved with respect to the circumstance—
**(1)** that the official proceeding before a judge, court, magistrate judge, grand jury, or government agency is before a judge or court of the United States, a United States magistrate judge, a bankruptcy judge, a Federal grand jury, or a Federal Government agency; or
**(2)** that the judge is a judge of the United States or that the law enforcement officer is an officer or employee of the Federal Government or a person authorized to act for or on behalf of the Federal Government or serving the Federal Government as an adviser or consultant.
**(h)** There is extraterritorial Federal jurisdiction over an offense under this section.
**(i)** A prosecution under this section or section 1503 may be brought in the district in which the official proceeding (whether or not pending or about to be instituted) was intended to be affected or in the district in which the conduct constituting the alleged offense occurred.
**(j)** If the offense under this section occurs in connection with a trial of a criminal case, the maximum term of imprisonment which may be imposed for the offense shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case.
**(k)** Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

Defendants, clearly engaged in intimidation and removal of the subject of the kidnapping, threats, intimidation, illegal eviction, stalking, harassments and obstructions as I tried 8 times to call the precinct, to visit there before the second kidnapping to Saratoga. In November 2014, during the second ordeal of kidnapping, I was able once to come back to try to get help there again but all the officers including but not limited to Andreoli, Grant and some other officers which totaled 7 circled around me when I was seating waiting for assistance to report it. They had their hands on their weapons and said and Grant said in a raised "ok what do you want" I started to try to explain the complex matter that had occurred since August 2014. Grant would not let me finish my sentences, would not let me speak. He said no that never happened to me despite him obviously not being there. How could he say that it never happened as he was not there and was just hearing about the details of the second round and recent developments?

He and the others had their hands on their weapons and they stood in a circle around me blocking me from exiting the door and engaging in intimidation of a victim and civilian with no prior record of any kind. They engaged discrimination of mental stigma to attempt to create a gang mentality of cronyism to attempt to make the matter disappear and to malign me and to harm me. The intent to harm and bully was obvious. I am not sure where this mentality comes from because these "officers" do not know me at all. Thy have never been invited to my home. They have never been engaged in any conversation with me outside of this matter. They knew nothing of my education and celebrity in music. I think that perhaps, one good thing that can come of this is that officers will be wary before they bully anyone, as you never know who someone is. Maybe they targeted me because I am a

star in House Music and that is a movement of diversity and civil rights equality for all. Perhaps not. Perhaps they just made errors and are uneducated and do not realize that first, when mistakes are made, an employee or citizen comes forth and says what they did wrong and apologizes and does whatever is required according to the law. That is the sign of a true leader and Just Citizen.

. U.S. Code › Title 42 › Chapter 21 › Subchapter I › § 1981

**(a) Statement of equal rights**
All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.
**(b) "Make and enforce contracts" defined**
For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.
**(c) Protection against impairment**
The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

All of the defendants prevented the matter from ever being addressed as they are mostly at point of origin precinct or cronies

of them or of the police office first preference of talk evidence that some officers give which is highly irregular form of discovery of evidence. They are the point of origin precinct and as the officers engage point of origin even when officers are engaged in criminality in the event, then the matter is obstructed in full and even in a kidnapping regarding transport where surely point of origin additionally is null and void.

This would prevent me from getting justice on many criminal federal law violations that affected my physical health and life in every way. The officers have engaged in preventing me from suing due to further obstructions enabled, prevention of restraining orders and orders of protections being provided on other matters originally. They prevented me from giving evidence, as I was not even able to get a meeting and to provide the ample evidence regarding several crimes. The security of my property and person was not honored. In fact, they engaged in the opposite and ensured that my property was stolen and my person harmed such as a second act of kidnapping, theft of my personal property, withholding of my furniture and my cat against my rights and will, kidnapping, theft of my flat screen, stalking, harassments, slander, credit injury, remote relocation forced, unable to address the other litigants in court properly. (and saying I was ill in order to enable the cover up which was short sighted of them.)

The calls against me to 911 by litigants in other open cases I brought as plaintiff to regain my name were lies and engaged for conspiracy to obstruct wrong doings and to steal from me both tangible financial assets, career prospects, physical well-being, credit rating, future opportunities and reputation in business and

society as well as family and friend relationships. They were in violation to:

Penal Code S 240.55

Falsely reporting an incident in the second degree.

A person is guilty of falsely reporting an incident in the second degree when, knowing the information reported, conveyed or circulated to
be false or baseless, he or she:

1. Initiates or circulates a false report or warning of an alleged Occurrence or impending occurrence of a fire, explosion, or the release
of a hazardous substance under circumstances in which it is not unlikely
that public alarm or inconvenience will result;

2. Reports, by word or action, to any official or quasi-official agency or organization having the function of dealing with emergencies
involving danger to life or property, an alleged occurrence or impending
occurrence of a fire, explosion, or the release of a hazardous substance
which did not in fact occur or does not in fact exist; or

3. Knowing the information reported, conveyed or circulated to be
false or baseless and under circumstances in which it is likely public
alarm or inconvenience will result, he or she initiates or circulates a
report or warning of an alleged occurrence or an impending occurrence of a fire, an explosion, or the release of a hazardous substance upon any
private premises.

Falsely reporting an incident in the second degree is a class E felony.

The officers put me in harms way by preventing me the services that I require as I am and have been victimized by several crimes.

S 240.30 Aggravated harassment in the second degree.

A person is guilty of aggravated harassment in the second degree when:

1. With intent to harass another person, the actor either:

(a) communicates, anonymously or otherwise, by telephone, by computer
or any other electronic means, or by mail, or by transmitting or
delivering any other form of communication, a threat to cause physical
harm to, or unlawful harm to the property of, such person, or a member
of such person's same family or household as defined in subdivision one
of section 530.11 of the criminal procedure law, and the actor knows or
reasonably should know that such communication will cause such person to
reasonably fear harm to such person's physical safety or property, or to
the physical safety or property of a member of such person's same family
or household; or

(b) causes a communication to be initiated anonymously or otherwise,
by telephone, by computer or any other electronic means, or by mail, or

by transmitting or delivering any other form of communication, a threat
to cause physical harm to, or unlawful harm to the property of, such
person, a member of such person's same family or household as defined in
subdivision one of section 530.11 of the criminal procedure law, and the
actor knows or reasonably should know that such communication will cause
such person to reasonably fear harm to such person's physical safety or
property, or to the physical safety or property of a member of such
person's same family or household; or

2. With intent to harass or threaten another person, he or she makes a
telephone call, whether or not a conversation ensues, with no purpose of
legitimate communication; or

3. With the intent to harass, annoy, threaten or alarm another person,
he or she strikes, shoves, kicks, or otherwise subjects another person
to physical contact, or attempts or threatens to do the same because of
a belief or perception regarding such person's race, color, national
origin, ancestry, gender, religion, religious practice, age, disability
or sexual orientation, regardless of whether the belief or perception is
correct; or

4. With the intent to harass, annoy, threaten or alarm another person,
he or she strikes, shoves, kicks or otherwise subjects another person to
physical contact thereby causing physical injury to such person or to a
family or household member of such person as defined in section 530.11
of the criminal procedure law; or
5. He or she commits the crime of harassment in the first degree and
has previously been convicted of the crime of harassment in the first
degree as defined by section 240.25 of this article within the preceding
ten years.
Aggravated harassment in the second degree is a class A misdemeanor.

(2) Disability Civil Rights Act of 1964 Disability Act of 1990

In an action brought by a complaining party under the powers, remedies, and procedures set forth in section 706 or 717 of the Civil Rights Act of 1964 [42 U.S.C. 2000e–5, 2000e–16] (as provided in section 107(a) of the Americans with Disabilities Act of 1990 (42 U.S.C. 12117 (a)), andsection 794a (a)(1) of title 29, respectively) against a respondent who engaged in unlawful intentional discrimination (not an employment practice that is unlawful because of its disparate impact) under section 791 of title 29 and the regulations implementing section 791 of title 29, or who violated the requirements of section 791 of title 29 or the regulations implementing section 791 of title 29 concerning the provision of a reasonable accommodation, or U.S. Code › Title 42 ›

Chapter 21 › Subchapter I › § 1981asection 102 of the Americans with Disabilities Act of 1990

(42 U.S.C. 12112), or committed a violation of section 102(b)(5) of the Act, against an individual, the complaining party may recover compensatory and punitive damages as allowed in subsection (b) of this section, in addition to any relief authorized by section 706(g) of the Civil Rights Act of 1964, from the respondent.

U.S. Code › Title 42 › Chapter 21 › Subchapter I › § 1981a

The officers at the 19th Precinct engaged in chronic and extensive discrimination because I had been treated years prior for depression and had stop sleeping and I was out of it. They used this as a way to take out their mental health issues on me. They also attempted to use it as a way to gain conspirators in their federal crimes and to cover up the crimes. They engaged clearly in demeaning and not accurate reflection of my quality, character and societal position that is deserved due to my hard work, quality of character and efforts for country and community.

The officers at the 19th Precinct engaged in Conspiracy to cover up their crimes. They made the wrong decision. They should not be able to carry a badge and call themselves officers and should be subject to full enforcement of the Federal Courts. The State Police officers employed by Cuomo of officer George Beach Deputy Superintendant under Superintendent Joseph D'Amico did nothing but speak to them and write a letter saying they handled everything very well and that the matter is closed. I have attached a copy of that letter.

Commissioner Bratton was notified of this matter back in August 2014 and has since been notified again by Governor Cuomo. Deputy George Beach dismissed and closed the matter with no further investigation and certainly overlooked much evidence and did not contact me for any further investigation. Civilian Review Board dismissed three reports made on the matter and closed it. Governor Cuomo refused to meet with me and has not responded after his initial response to my detailed report that included the police wrongdoings that were never addressed as no officer was fired and no officer had to change course The matter was said to be addressed professionally. Governor Cuomo has not taken any corrective action yet. The matter is being examined by overseas entities and federal authorities so I can surely be safe regardless of bureaucrats personal desires or hopes. I am also entitled to my Constitutional rights and to our Federal Law protections.

The officers tried to cover it and make it go away by saying that Kidnapping does not involve intimidation, threats, coercions and transport against a persons will . They also said that they can't help me as I am not confined anymore and not according to their re-imaginings of the federal law code that a person should have to be held in a bathroom at gun point to get assistance. They prefer to sit in the office or drive around the blocks so therefore blue wall and collaborating with the perpetrating officers was the choice of action.

The fact remains that the truth and facts is not what was expressed and demonstrated by the police officers who did this to me. They chose to restructure their witnessing and create another reality besides the truth for their personal desires and status quo of intimidation as they had already begun an illegal response to crime and a victim's real situation that is not in their lies and

lectures of intimidation as they attempt to fool and inveigle educated and uneducated citizens from the law into a parallel false idea of an obtuse and abusive criminal fairy tale land of what the law is to suit them for the day.

x [signature]

Erin L. Canning

ERIN. L. Canning
Printed name

Address
P.O. BOX 284
Saratoga Springs NY 12866

July 20, 2015

Dear Southern District Court of New York,

I have attached an appendix of the police reports from Saratoga Police Department from all calls made from my phone when I called 911 and the Saratoga Local Police Number and asking for assistance to address the abuse by the 19th Precinct officers against me, the kidnapping, abuse, stalking, harassments and theft. There was not one mention of kidnapping in the reports filed by the officers despite my multiple calls and each call was about the kidnapping and relating abuse perpetrated by the various persons and groups. I repeat that there is not one mention of kidnapping and theft.

In each report, despite me being the caller regarding being a victim of crimes, they did not report any of that. They labeled me a mental case and mental brush off. These officers do not deserve their jobs and they are certainly not indispensable to their titles as many attempt to claim in government paid jobs when they are engaged in wrongdoing and the maintenance of their mistakes. There is a long list of federal crimes that the Saratoga Police and 19th Precinct officers and their supervisors have done.

It is way too easy for an officer to make a slanderous report on the basis of malicious intent when no one is looking with the assumption that they will be backed by their superior officers and they are indeed most often backed by the investigators and supervising officers as they all know each other and have established bonds without knowing the lack of depth of characters of the officers in question and surely without analyzing the implication upon the force of allowing criminality to reign.

Needless to say conspiracy, obstruction and identity fraud are federal offenses.
It is clearly also a federal crime to discriminate on the basis of mental stigma and treatment history from depression. Mislabels pervade my previous medical history. I have never harmed a person other than myself and have always been a docile person. I was scared and abused and tried to harm myself 5 years ago and before that.

I used to relapse once a year but I have been well and worked very hard for my recovery, distance from abusive persons who were the trigger of it and no person has a right to falsify evidence and to take my hard work and my reputation of quality and perseverance which was much deserved.

I went voluntarily to therapy for the last five years. How many of the officers in question and their superior officers go to therapy of their own accord? I do not appreciate being lowered to the level of discrimination classification of criminal when I was only depressed and tried to hurt me back before 2010. It is disgraceful that an injured person due to abuse and trauma, should be mistreated at all! They certainly should not be treated as a criminal or stupid person to use to steal from them their inalienable and constitutional rights, reputation, identity of career and efforts and finances! It is in Violation to the Disabilities Act to discriminate against any person who has been treated for things to get better. How many of the officers in question have undergone treatment? There is a soundness that comes from treatment. I did treatments and dealt with every walk of life.

I underwent horrific abuse, discrimination, arrogant manipulation, falsifying facts and creating another reality using stigma in order to hide their errors, sicknesses, abuses and criminalities.

Additionally, I am more educated than perhaps even the Commissioner of Police Bratton himself.

Additionally, I have surely been subjected to extensive gender, national origin blend and marital status discrimination as well as career choice of music and dance, which are greatly underappreciated and often stigmatized against as the common populous does not understand what is involved. I have been discrimination on the basis of family of origin due to German stepfather and yet excluded from acceptance by both the German Non-Jewish New York population and the Jews. I was treated as a pariah and outsider by all and they looked down their noses upon me. I am known as a civil rights leader for equality and factionless living. I was embraced by the South African Youth and am a star there. They demonstrated more acceptance, education and sophistication in terms of factionless living development and civic engagement than any community to data in the United States. The South Africans still have a long way to go. I as a blended person and compassionate being who was willing to try, was harmed and demeaned. Ironically, the blended persons of Irish and Italian Background fought very hard during World War II and my Grandfather did. Why are blended Americans and New Yorkers of many generations mistreated?

This is 2015 and not the past. We are change and we are leaders and can overcome any supposed obstruction to our shared community and country for the betterment and spirit of all persons and for future value!

Why are victims of crimes being mistreated and disregarded due to extensive corruptions in the private and public sectors? If it is happening to one litigant or victim, it must stop. If it is happening to one, it means that it is happening to others. Why do we allow ignorance and lack of education to prevent our country from growing? Why do we allow loop holes to carry on without leaderships to end them? Why are leaders allowing victims to have to carry the burden and to manage the gigantic corrective actions in local, state and federal structures?

Please let us innovate for ethical development, peace, safety, love and joy for each and every person. We are a country about equality and any person who feels that they are superior to any other and can engage abuse and fraud against identity and reputation, does not belong here. Either grow or leave.

How am I to overcome all of this alone when it requires others and humble honesty on the part of the perpetrators which is a sign of maturity and to end obstruction. How am I to overcome this without the support of true anti-corruption and true patriots fighting abuse, inequality and discrimination and with fair and just expedience? America does not carry on without all Americans at the helm of ending abuse and corruption. America requires civil and soldier alike to be engaged for the protection of American Spirit and for it to not be tarnished and for corruptions to fester and to abuse innocent persons which will inevitably misinform new and old Americans alike that are required on the front for the American Spirit.

God Speed and May the Great American Spirit Be Strong in each and every heart in America and for her!

Sincerely and Best Goodly Wishes,

Erin L. Canning

July 20, 2015

Dear Southern District Court of New York,

I have attached an appendix of the police reports from Saratoga Police Department from all calls made from my phone when I called 911 and the Saratoga Local Police Number and asking for assistance to address the abuse by the 19th Precinct officers against me, the kidnapping, abuse, stalking, harassments and theft. There was not one mention of kidnapping in the reports filed by the officers despite my multiple calls and each call was about the kidnapping and relating abuse perpetrated by the various persons and groups. I repeat that there is not one mention of kidnapping and theft.

In each report, despite me being the caller regarding being a victim of crimes, they did not report any of that. They labeled me a mental case and mental brush off. These officers do not deserve their jobs and they are certainly not indispensable to their titles as many attempt to claim in government paid jobs when they are engaged in wrongdoing and the maintenance of their mistakes. There is a long list of federal crimes that the Saratoga Police and 19th Precinct officers and their supervisors have done.

It is way too easy for an officer to make a slanderous report on the basis of malicious intent when no one is looking with the assumption that they will be backed by their superior officers and they are indeed most often backed by the investigators and supervising officers as they all know each other and have established bonds without knowing the lack of depth of characters of the officers in question and surely without analyzing the implication upon the force of allowing criminality to reign.

Needless to say conspiracy, obstruction and identity fraud are federal offenses.
It is clearly also a federal crime to discriminate on the basis of mental stigma and treatment history from depression. Mislabels pervade my previous medical history. I have never harmed a person other than myself and have always been a docile person. I was scared and abused and tried to harm myself 5 years ago and before that.

I used to relapse once a year but I have been well and worked very hard for my recovery, distance from abusive persons who were the trigger of it and no person has a right to falsify evidence and to take my hard work and my reputation of quality and perseverance which was much deserved.

I went voluntarily to therapy for the last five years. How many of the officers in question and their superior officers go to therapy of their own accord? I do not appreciate being lowered to the level of discrimination classification of criminal when I was only depressed and tried to hurt me back before 2010. It is disgraceful that an injured person due to abuse and trauma, should be mistreated at all! They certainly should not be treated as a criminal or stupid person to use to steal from them their inalienable and constitutional rights, reputation, identity of career and efforts and finances! It is in Violation to the Disabilities Act to discriminate against any person who has been treated for things to get better. How many of the officers in question have undergone treatment? There is a soundness that comes from treatment. I did treatments and dealt with every walk of life.

I underwent horrific abuse, discrimination, arrogant manipulation, falsifying facts and creating another reality using stigma in order to hide their errors, sicknesses, abuses and criminalities.

Additionally, I am more educated than perhaps even the Commissioner of Police Bratton himself.

Additionally, I have surely been subjected to extensive gender, national origin blend and marital status discrimination as well as career choice of music and dance, which are greatly underappreciated and often stigmatized against as the common populous does not understand what is involved. I have been discrimination on the basis of family of origin due to German stepfather and yet excluded from acceptance by both the German Non-Jewish New York population and the Jews. I was treated as a pariah and outsider by all and they looked down their noses upon me. I am known as a civil rights leader for equality and factionless living. I was embraced by the South African Youth and am a star there. They demonstrated more acceptance, education and sophistication in terms of factionless living development and civic engagement than any community to data in the United States. The South Africans still have a long way to go. I as a blended person and compassionate being who was willing to try, was harmed and demeaned. Ironically, the blended persons of Irish and Italian Background fought very hard during World War II and my Grandfather did. Why are blended Americans and New Yorkers of many generations mistreated?

This is 2015 and not the past. We are change and we are leaders and can overcome any supposed obstruction to our shared community and country for the betterment and spirit of all persons and for future value!

Why are victims of crimes being mistreated and disregarded due to extensive corruptions in the private and public sectors? If it is happening to one litigant or victim, it must stop. If it is happening to one, it means that it is happening to others. Why do we allow ignorance and lack of education to prevent our country from growing? Why do we allow loop holes to carry on without leaderships to end them? Why are leaders allowing victims to have to carry the burden and to manage the gigantic corrective actions in local, state and federal structures?

Please let us innovate for ethical development, peace, safety, love and joy for each and every person. We are a country about equality and any person who feels that they are superior to any other and can engage abuse and fraud against identity and reputation, does not belong here. Either grow or leave.

How am I to overcome all of this alone when it requires others and humble honesty on the part of the perpetrators which is a sign of maturity and to end obstruction. How am I to overcome this without the support of true anti-corruption and true patriots fighting abuse, inequality and discrimination and with fair and just expedience? America does not carry on without all Americans at the helm of ending abuse and corruption. America requires civil and soldier alike to be engaged for the protection of American Spirit and for it to not be tarnished and for corruptions to fester and to abuse innocent persons which will inevitably misinform new and old Americans alike that are required on the front for the American Spirit.

God Speed and May the Great American Spirit Be Strong in each and every heart in America and for her!

Sincerely and Best Goodly Wishes,

Erin L. Canning

P.O. Box 284
Saratoga Springs NY
12866

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7014 0510 0000 5051 3226

UNITED STATES POSTAL SERVICE®

1006

10007

U.S. POSTAGE
PAID
SARATOGA,NY
12866
JUL 20, 15
AMOUNT
**$9.40**
00102785-17

United States District Court
Southern District Court of New York
Daniel Patrick Moynihan United States Courthouse
Prose Office 500 Pearl Street c/o Attention Pro Se Office Room 200
New York, New York 10007-1312
Prose office

RECEIVED
JUL 24 2015

**PRIORITY★ MAIL**
TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE®

For Domestic Use Only

Label 107R, July 2013

USM P3 SDNY