United Sates District Court

Southern District Court of New York

RECEIVED
SDNY PRO SE OFFICE
2015 NOV 25 PM 1:43

Erin Canning

P.O. Box 284
Saratoga, New York 12866



AMENDED
COMPLAINT

JURY TRIAL REQUESTED

15-CV- 5873

PLAINTIFF

VS.

-1) Officer Rodriguez of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065
(212) 452-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/15

-2) Officer Toussaint of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065
(212) 452-0600

3) Officer Andreoli of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

(212) 452-0600

-4) Officer Wikkert of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065
(212) 452-0600

· 5) Officer and Detective Stohler of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065
 (212) 452-0600


6) James Grant of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065
(212) 452-0600

7) Judge Doern of Saratoga

Saratoga Springs City Hall

474 Broadway

Saratoga Springs, New York 12866


8) Judge Wait of Saratoga

Saratoga Springs City Hall

474 Broadway

Saratoga Springs, New York 12866


9) Assistant Mayor of Saratoga Joseph Ogden,
474 Broadway, Saratoga Springs, NY 12866

10) Saratoga District Attorney Karen Heggen,
Saratoga County Municipal Offices
25 West High Street, Ballston Spa 12020

11) Secretary to the District Attorney of Saratoga Trish Bush,
474 Broadway, Saratoga Springs, NY 12866

12) Mayor of Saratoga Joanne D. Yepson,
474 Broadway, Saratoga Springs, NY 12866

13) Saratoga Police Chief -Chief Greg Veitch of Saratoga Police
5 Lake Avenue Saratoga Springs, NY 12866


14) Dr. Judge Doern's Processing person on mental records –
Scott McMahon MD

135 South Broadway
Saratoga Springs, New York 12866


15) Dr. Judge Doern's Processing person on mental records –
Timothy VanDyck MD

135 South Broadway
Saratoga Springs, New York 12866


16) Commissioner Bratton of New York Police Department-

City Hall New York, NY 10007 212-NEW-YORK


17) CRB 100 Church St., New York, NY 10007


18) Mayor Blasio
City Hall
New York, NY 10007

19) New York District Attorney Schneiderman

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

21) District Attorney Cyrsus Vance of Manhattan and Assistant
District Attorney Chloe Kendall

New York County District Attorney's Office
One Hogan Place, New York, NY 10013


22) Joseph D'Amico State Police Troopers Superintendant


23) George Beach II Senior Investigator of State Police-

Assistant Deputy Superintendent

Uniform Force Building 22

1220 Washington Avenue Albany, NY 12226


24) Officer Straus Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866


25) Officer Rigana Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866


26) Officer Jenna Carson Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866


27) Officer Megan Hall Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866


28) Officer Kristen Vanwert Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

29) Officer Tyler McIntosh Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

30) Officer Nicholas Lamkins Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

31) Officer Scott Johnson Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

32) Officer Robert Dennis Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

33) Officer Kristofer Camarro Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

34) Officer Travis Carter Saratoga Police

5 Lake Avenue Saratoga Springs, NY 12866

35) EMT -Peter Masonave

#2696

Metro Tech Center
Brooklyn NY 11201


36) EMT -Christopher Romeo

#1860  9  Metro Tech Center
Brooklyn NY 11201


37) Michael Covvert-Chief of Police of Cooperstown

22 Main Street Cooperstown, NY 13326

38) Michael Crippen —Police Officer Cooperstown

22 Main Street Cooperstown, NY 13326


39) Otsego County Sheriff-Devlin

172 Co Hwy 33
Cooperstown, NY 13326


40) Otsego County Sheriff Office —Civil Unit Gloria Beers

172 Co Hwy 33
Cooperstown, NY 13326


DEFENDANTS

## The Dates of Occurrence

The dates of occurrence are from August 2014 to the Present-December 2015.

## Motion And Request for Injunction and Security of Reasonable Nature for the Plaintiff

Regarding Restraining Order and Injunction on all of their criminal activity on myself and all others and jail time for all perpetrators according to the crimes and not dismissal to supposed status and the abuses of false impression and belief of superiority to any who could replace them in their positions.

Based on my findings and the obvious issues of crime and corruptions in New York State Government. I am requesting a major investigation on this matter and a public oversight on this matter as the crime of obstructions by the personnel is obvious and already proven largely that such is required in ample evidence and trends in New York State.

## STATEMENT OF CLAIM

## 1) To Stop Encroachment

I have had to bring suit in Federal Court in order to stop the stalking, harassments, refusal by the law enforcement groups to do investigations, to get them to stop the illegal malicious intent and illegal obstructions and mental stigma, which is illegal against my person. Not only were great harms incurred on each aggression but ongoing damage and reputational injury are severe. I also am so greatly financially injured due to the fraud on my

reputation, that I have been nearly locked out of my field of work and through No wrongdoing of my own whatsoever and with proof and evidence of such.  I have had to spend a year on this detour that has been so time consuming and atrociously maze like in order to stop fraud, abuses, lying and cover-ups by the persons that was both not necessary but atrociously self centered and abusive.

## 2) Requiring Intervention by the Federal Court

I also have had to bring suit in the Federal Court because the injury and abuses are ongoing until there is a real end to it and resolution with the authorities that will actually address government personnel wrongdoings, as they have misused a public and sacred utility of the police blotter and the City Halls of Saratoga and New York City Government offices through blotter fraud, lying and gossip plants that are implanted into perception of other innocent staff with intent to obstruct through decoy, defamation and false impression.  The blotter has been misused by the personnel and as a Facebook or Blog would be, in demonstrative abuse games and in malicious and unnecessary obstructions. There will be no end until it is addressed.

## 3) Good Intent and Good Faith in Law Enforcement Personnel Demonstrated with Respect to Involving Them

I do not mean any harm on any person  and any unit. I certainly would not bring suit if it was not atrocious wrongdoings, results and necessary to address the matter.

## 4) Vision –Sound Vision of Why The Federal Court Must Be Involved In the Resolution

Perhaps, if I address this matter to the Federal District Court of New York, it will be possible for the highest authorities of New York State and the United States of America, at the Federal Level, to address these macro-trends and loop holes and to end these corruptions through sound education, more sound public sector policy and development model implementation and new and innovative law enforcement units with both community involvement and creative ethical impact groups and personnel. I hope that we can address this matter but in harmonious positive and with united solidarity in all ways for every group's ultimate vision and goals, as well as to create real communities of true unity, respect, compassion and prosperity for all.

5) <u>A Matter of Security Infringements and not Being Able to Be Safe and Feel Secure in my Housing, Affects, Rights and Location-Requiring Federal Court Intervention</u>

Due to the repetitive nature of infringements and false belief, it becomes necessary to have oversight and committee to decide for the fair resolution. I am not bending on the matter that it requires some fair and neutral involvement for my security. I am an unarmed civilian and for the most part a single female without witnesses and have had to become an expert on information management much like a federal agent would do under such conditions. In terms of the obvious need for a real and positive support and compensatory solution for me, for the greater good and for the improvement of each unity and its managers, there is no rational reason to delay growth, development, healing and innovation and to do so, discovery must happen first and then creativity for comprehensive growth and innovation.

In the meanwhile, I am also respectfully requesting and insisting on a cease and desist of all threats, fraud on my sacred public record, blotter and any use of my name and all encroachments, surveillance on my person-the federal witness and victim. I am respectfully insisting on a cease and desist of all slanders, defamations and efforts to create false impression upon my

person for obstruction and that was intended to prevent
necessary discovery of the evidence and facts of the crimes
against me. My life has been hostage to the white collar
criminality, which while perhaps not of malicious intent and
design for the most part, resulted in great character defamation,
physical stalking, intimidation tactics, threats, record fraud,
harassments, conspiring efforts, paper obstructions and unwell
nature and criminality of the personnel in question. Such creates a
real injury and constant fear that no citizen should have to live
with and especially not one who has never aggressed against
another, does not do crime and who does not do drugs and does
not do bad things and who is kind and loving with all she meets
and even strangers.


## Solution-Minded Development Meetings

I am open to supervised and assist in constructive meetings for
redesign, remediation and resolution. I am offering an investment
of 10 million on a 20 million dollar settlement for the
establishment of a Entrepreneurial School/Private Sector
Company Green Ecosystem Sound Development Program for
Higher Learning, For Advanced Law Enforcement Education
and Innovative Ethical Impact, For Food Security, Education
Security and For Emergency Relief Management to the
Impoverished in Nutrition and Education but with
Apprenticeship Requirements for housing, food and education.
The 10 million will be immediately Escrowed for the costs of the
Private/Public Sector Blend School and Program and with
options for Other Private Sector and Public Sector Groups to
Fund Match and for other cites of the the same program in
multiple New York State Sites and National Anti-Encroachment-
Ethical Impact Node Schools and Company Programs.

<u>Regarding Time Provided and Why Suit is Also Necessary In The
Federal Court</u>

They have had ample opportunity and very professional request
to be willing and active members of law enforcement and to
address the crimes and the misconduct and they have not only
ample report and evidence to them and despite such engaged in
cover-ups and obstructions, but they also had ample time of 1
year to change their direction and to make apology, to endeavor
to do investigation and to make arrests, to help me the victim
back to a safe and reputable quality of life in my home of
Manhattan, to not contribute to further fraud, to not engage in
accomplice to abduction behavior, their hijacking of the public
offices in crime cover ups,  refusing to be honest and to take the
adult  and courageous high road of honesty, humility and honesty
and rise to be law enforcement and to rise to greater status and
rank. Not one has done so in New York State.

They have lied to the State Police and the City Hall of Saratoga
and Mayor Blasio's Group and the Attorney General
Schneiderman and the District Attorney chose to disregard the
matter and to treat my rights and life as inconsequential and some
minor nothing. I was greatly disregarded and despite much
information and evidence provided, which is not only a major
slight to a citizen of the state's rights who showed good faith, but
it is also a direct disregard for the law and their duties of office. I
do know that Governor Cuomo himself ordered an investigation
that was never carried out and I do not have reason to believe
that that he made false statement when he ordered a real
investigation.


The 2 precinct persons and Saratoga City Hall Staff, have made
efforts to conceal data, fact and discovery, which prolong the
original perpetration perpetrators from being arrested or put into
fair and respectful treatment in private sector in a nice place, as all

citizens have rights and should have a good chance at being rehabilitated.

Injury from Refusal To Investigate and to Help Resolve the Matter

 The refusals to investigate, to make arrests and to bring the matter to justice results in greater injury of economic tort, physical injury, public record encroachment expounded upon and exponentially creating greater criminal encroachments and civil encroachments due to the refusal to make arrests and compensating for such wrongdoing and also in greater injury to the victim and to the perpetrators who remain untreated and without possibility of being rehabilitated and to have a better life.

None of the officers who claim to be experts on my life, mental health and reputation, which they have taken as a possession of their whims and law breaking, know me and most have never spent any time other than five minutes with me and much time making obstructions through building conspiring groups and through slander and gossip to get out of any punishment and disciplinary action.

Regarding Doing Work for New York State in This Case and Good Samaritan Work On the Matter and for the Greater Good

I am addressing major New York State Abuses and Procedural Failings and in so doing, I am helping my Home State and the New York State Police Forces to remove corruptions from the offices and from the teaching modules and staff patterning.

Regarding Attorney Request

I am motioning for an attorney and as this is very scary for me and I do not have the support I need and require. I have had to address the matter and despite preferring to spend my time in my crafts of ballet, writing and music, but I am doing it and I hope the defendants and the court understand what I am doing and that I want my life and reputation to be spared and reasonably protected and safe from any further injuries and harms.

Regarding Injunction Mandatory

I request injunction against all of these defendants until there is a resolution through the federal courts and law enforcement of real and sound protection for my person of reasonable kind. They have all to readily demonstrated pathological desire to obstruct, to engage in identity fraud, obstruction, accomplice to abduction behavior, conspiring to maintain the crimes and the refusal to bring the crimes to justice, as they would be incurring punishment. Their behavior was irrational and that leads me to believe that they are not well or are afraid to be honest. Neither of those are good and sound reasons in rational organizations so there must be some oversight and really positive solutions provided for all units and persons.

As a result of the lengthy delays on any and all arrests and or treatments being made on the ample perpetrators who worked together in malicious jealousies and desires to obstruct, I have been stalked by several and threatened and tampered with in all formats. I was also manhandled and in false and illegal framing arrest after they learned of their court marshal service.

They also did fraud upon the public records to attempt to hide the first derivative crimes against me by them upon my reputation and upon illegal and ignorant discrimination tactics upon a person who

did nothing wrong and who is the right party and who is the victim.

They have created much evidence upon themselves in their later round of abuses after the obstructions and refusing to do investigations for their various types of ignorance and perhaps for the person that they perceived as powerful and upright Bruno and Bonnie Hofmann, Jordan Cooper's Paul Brensilber, Hector Calero, Jose Agueda, John and Judy Canning, Paul Hofmann, Ina and Tatiana Hofmann. The group theory of fear-based defamation to cover matters is damaging and no person deserves to shoulder the abuses of others. It has been incredibly abusive and torturous and utterly cowardly. I do not want any heavy penalties on any but accept where persons do or act in any threat to any other.


The original perpetrator persons attacked me in premeditated and white collar approach and to maliciously steal, obstruct, defame to cover their crimes, harassment and stalking.  The evidence is concrete that I was a victim of crimes despite obstructions. I was, firstly mishandled by the 19th Precinct, on my way to ballet class and after the library and ignored by the 19th Precinct, but then, additionally, they came after me in full police bully regalia and broke into my home without a warrant and with abuse tactics at play and no evidence and not willing to stop and to be rational. They engaged in harassments and violated many codes of law with such action, such as taking a well person hostage into a hospital, ignoring evidence provided, ignoring report, creating false impression and screaming and bullying a complete stranger.  They do not have any evidence of me being ill and attacked a good citizen and well person!

Obstructions

 There was ample intent to create a mental stigma and in documents and word of mouth to cover the errors of putting a well person in a mental ward and surely against the well persons

will besides surely, maiming a person in their home and at gun point, ignoring the data of cease and desist requests against the callers who made the false call, ignoring sound data provided of Voice Mails where the perpetrators on the falls call to 911 made threats in voicemail, bullying a person they perceived as disabled which is an atrocity of utter hickisms and illegal into submission into a mental and I was surely not a sick person and being attacked for addressing building mafia in letter is not a crime, police personnel conspiring behavior with the all Puerto Rican and Sexism Mafia to not only obstruct the discovery of the building mafia's crimes that I had addressed, but to also attack for the cover up group both knowingly maintaining it as other information was provided to officers and evident in the public data. Then they began a cover up of their own and thus were assisting the attack upon my person by theft and obstruction groups Hector Calero, Paul Brensilber, Bonnie Hofmann, Paul Hofmann, Jennifer Stinson, Mario Papa and Bruno Hofmann and to take part in breaking in entering (the fact that It was false hospitalization has already been proven) , theft and abducting a person not just to a hospital but then more so and as a result in a traditional abduction by definition an abduction through threats, disorienting, obstruction, conspiring, demeaning, drugging the person, illegal eviction, create a wall of mental reputation, creating a wall of some sort of juvenile impression to steal the person away and against my clearly demonstrated will and in transport 4 hours North and with excuses for such made amply and other obstructions, no matter how damaging they were to my reputation and clearly there were other options.


Later -Saratoga PD

The Saratoga PD attempted to justify their abuses and failures with every possible illegal action and obstruction including lying about the law, claiming that I am a mental case, which is illegal and wrong in so many ways, tampering with fact, obstruction the

federal litigation process by attempted to coat the victim in false
record and reputation and after hearing they were court marshaled
and not before and upon being asked nicely and rationally for
them to stop stalking.

They attempted to hide any data that would shed light on my true
reputation and character, which is a star of music, an MBA
working in polity development and to end poor education and
poverty and with more education than they have. They made more
evidence with their efforts to defame which they calculated as
potential successful obstruction tools but have made ample
evidence on themselves and clearly to ignore an abduction, thefts,
stalking, defamation and harassments and to attempt to cover it
and feigning ignorance of the law and the facts is crime. They
refused to investigate but then attempted a long list of
intimidation tactics, which is crime and punishable with jail time.

I have learned through the Federal Courts that a Pro Se Litigant is
in danger and most often treated with illegal tactics of dismissal
and abuse of documents and they are treated as students and
instead of the Federal Judges looking at content, evidence and
fact. There is no place for cronyisms with supposed personnel of
law enforcement and they are not superior creatures. In fact, I
have reported all cronyisms and abuses to the House of
Representatives with Names and the Presidents Office and all
candidates for The Presidency of both parties.  If tyranny can exist
in any and all branches as personnel conspire and or engage in
ignorance and poor education criminality, then we have no
country and no government of repute.

 I am not certain why these personnel feel entitled to lie to the
government records groups, databases, and personnel and to harm
civilians and persons they do not know. It is irrational, short
sighted, not the behavior of any quality of citizen at all and surely

and obviously in the realm of criminal behavior. I suspect that they believed they could get away with targeted a single white female alone and that the officers assumed that women have inferior intellect and even the female officers engaged in obvious gender discrimination and superiority complex and delusional assumption as I am stranger and certainly any of their ideas and certainly not the possession of their efforts to create false impression. I hope the Federal Court stops their efforts and is not co-opted, as has happened in related cases in this matter since August 2014 when it began into criminality and corruptions of obvious and atrocious kind. I was working on Civilian Defense Department Private Sector Blend Contract Work Prior to being abducted and in the yearlong abduction and targeting a federal witness as they have clearly done. They have created ample evidence on themselves in their Saratoga Database and 19th Precinct and I will point out and demonstrate such in evidence. These persons also attempted to create false record of arrest, (which was false) after the court marshal on them in an effort to hide and to attempt to get the Federal Judges to dismiss the Federal Litigation that was already submitted and the F.B.I. was called in October 2014. The Filing of the papers on the Saratoga PD personnel was made in July 2015 but they came after me to make arrest on September 30th but could not get away even their city hall Judge cronies with making the false charge stick. They endeavored through the obstructions as Bratton and CRB failed and were addressed to threaten me again by saying that the FOIL Record Request I have made would not be released unless I released their false arrest that was sealed and attempted to keep my true reputation hostage if I bring charges if I carry through with the Federal Litigation Process because not only am I still victimized but my name and reputation will not be returned to me until there is a larger and greater review because the Police Departments insisted on doing cover ups and that defame my reputation, refused to make arrests on the personnel officers and refused to make arrests and do any real investigation on the ongoing abduction situation.  The document states that I will not

be receiving my foil records if I do not include the tamper false decoy arrest they did once notified that they were court marshaled through the federal Court. The Saratoga Police Department and perhaps with conspiring officers in the 19th Precinct and State Police Office George Beach, attempted to ruin a federal witness on police brutality and serious abuse and white collar scams.

They attempted to steal away, tamper and decoy the Federal Litigation already standing and backed by the Federal District Court of New York. They made ample threats. They have some very serious issues and believe they are gods and operate without recourse that their criminal and sneaky actions are not addressable.

Saratoga City Hall Group Misconduct Report on the Event period from August 2014 to August 2015
Specific Details in Regards to Saratoga Current Staffing, Poor Personnel Action and Management, Crimes Perpetrated and Irrational and Psychotic Behavior in City Hall
Basic Overview of Misconduct by City Hall Leader Group
- Obstructions
- Tampering
- Fraud
- Man Made Pre-Meditated Event Staging and Manipulations to Create
  False Impression
- Conspiring
- Intimidation Tactics
- Pathologies at Play Underlying the Surface
- Irrational and False Assumption causing Injury
- Ignorance at Play
- Thefts Repeated and Patterned as Rational Behavior-Thefts of Property Rights, Health Reputation and Career Status

- Avoidances but with Pre-Emptive Strike and Offensive Actions that are irrational and that would be considered insane
- Attack format reframed as law enforcement and judicial review
- Leaving Persons in Duress in crime situations
- Causing Persons to be harmed through Gross Negligence
- Intent to harm persons and causing injury due to personal ideas & personal preferences that have no legal basis and grounding in real law
- Refusing to maintain and acknowledge that the City Hall is a Public Utility that is meant for access for all U.S. Residents
- Claiming Ownership of City Hall and Creating False Impression
- Covering for Fellow Staffers who do crime
- Bringing themselves into crime sprees originating with the City Hall Group
- Attacking any witness and person who speaks up and exercises Inalienable right of free speech to protect rights and the facts
- Laundering City Hall Abuses and Crimes in cover ups in the Court Room and on others Reputations and Careers, Credit and Location
- Compromising Private Homes and the Constitutional Right to Feel Safe and protected in ones home and ones belongings, Home, Affects and Assets
- Lying to the Civilian Populous, the Court Buildings and Public Record about the Federal Law Code, Standard Practice and The Constitution of the United States of America
- Intimidation Tactics
- Attempting to Hold Staged Events to Reframe and restructure reality for personal interest and to cover crime by cronies

- Extortion of City Hall Funds and tax dollars for obstructions, personal gain, lazy time & gossip
- Refusal to do the job description
- Injuring persons they believe or perceive do not know the law
- Spending on abuses and waste
- Attacking civilians verbally, stealing rights that are not theirs to steal
- Creating harm and then blaming the victim for the harms incurred
- Keeping criminal staff active and some armed
- Refusing to collect and or rescind badges and guns and civilian titled positions to steal, to hide and to create false impression, reputation and title and to extort these,
- Reframing and attempting to imply that conspiring and prevention of discovery of the crimes by City Hall Staff and Saratoga Police Department is Not only possible to get away with but suggested.
- Planning attacks on civilians
- Building a local area virus like pathology in the programming of the local community that criminal minds and low-level educational status obviously not including the standard ethics, stand business practice ethics training is standard and normal and that abusing others is acceptable
- Arrogance to posture as superior and to avoid discovery of the crimes, behaviors, pathologies and to due to fear of discovery.

Discovery

Regarding Irrational Reaction by City Hall Group to the Discovery of their Criminality That Had To Be Reported For Safety and Because it is Duty of Any Citizen to Report Crime and Abuses and to Ensure the Truth of the Public Accounts

- Stalking
- Harassment
- Blotter and Report Fraud

- Dishonest and Excessive Conversation and False Repartees Regarding Strangers
- Attempting to Discredit Civilian Strangers Reputation to
- Attempting to Preemptively target of the witness and preventing the Facts from Coming to Light through Depreciation of the Source and Defamation.
- Attempting to use illegal and Unconstitutional Discrimination Practice and Targeting using such stigmas to swing the potential ignorant and or unassuming followers to gather around them in their causes and offensive attacks
- Offensive Attacks reframed and processed as Defensive Attacks.
- Misusing the Titles and Position of City Hall and PD Badges and Licenses for Cover ups of Extremely illegal practice and Crimes
- Intimidation Tactics Used to Brain Wash and to Intimidate to Silence where any may stand for the law that is being undermined, avoided, hidden or ignored or replaced with false practice
- Misusing law code and the wrong codes to attempt to avoid the obvious and real law violation and law breaking
- Feigning that it is illegal to contact the City Hall staff via email where the police refused to do law enforcement but engaged in bullying and abuse of victim of crime
- Falsifying data and stating that the City Hall did not make offensive attacks via email and where Trish Bush and Heggen got my email I do not know. I have never met them. I never contacted them. They contacted me and starting harassing me and engaging in immediate crime in content of refusal to allow a resident of the area by default and reality access to the Public Utility of Police Assistance and Of City Hall Assistance. I have never met them. They are beneath me and attempted to claim the opposite in high bimbo fashion to cover their wrongdoings and discrediting a much better and more active person in the development

of ethics and modern innovation for vast prosperity, rights and security in the United States of America and abroad where there are some inefficiencies and with respect to each nations and the United States of America.

• Attempting to Reframe reality and tampering with Reality, Planting Falsehoods in order to create false impression and to avoid punishment of the crimes by City Hall Current Staff through subtle and intentional mocking and abuse tactics and to change the public perception to impose inefficiencies in discovery and to prevent redemption for the victim, reward for the victims efforts to save her real reputation and for whistle-blowing

Using Defamation as A Tool

Attempting to Use Defamation to pass word of mouth falsehoods as fact and through the public legal and professional records and staff of the city, county and state.

Trying to pass off defamation by the tool of creation of a word of mouth network of creating an inferiority impression of the victim, witness and whistleblower and to create a belief that all who hear the account are superior and should ignore the person, witness and whistleblower in order to keep the person, victim and target/whistleblower isolated and the account unheard.

Other Devices by City Hall Leaders of Mayor's Office, D.A., Judges, and Origination Group Saratoga PD as the Victim attempting to get assistance from the Police Department

1) Attempting to slander person as indigent as their own fault and especially where it is the fault of the perpetrators or City Hall Group Largely and the Police Department

2) Attempting to Keep Persons Poor and Weak in order to keep false impression and to keep the "running away" ""running from the law' mentality of the City Hall Group

3) Attempting to create false impression of mental stigma as it has been a blanket cover for crimes and for abuse often by the power group or several who work together or who

endeavor to misuse persons and public and private assets
for cover ups

4)  Attempting to create impression of lack of intellect of
victim and inferiority of comprehension

5) Attempting to claim the person has lost their mind and
"that it is them not me mentality"

6)  Attempting to make victims and targets frantic as to
create false impression of weakness or mental injury while
hiding the root cause

7)  Misusing fellow staffers to process victims of crimes into
criminal position status even where false and not deserved
and especially where the persons account would be a threat
to title and freedom from jail, prison or record

8)  Refusing to make apology and to come fully clean and to
stop attacking the victim of the original crimes and the
intimidation tactics and stalking that follow

9)  Doing just what the perpetrator group at City Hall has to
do after the facts are discovered and with also attempting to
create irreparable harm to public record on the whistle
blower on their crimes, encroachments and perpetrations

10) Falsifying and hiding the true identity of victims as
discovery would lend to many allies and despite the original
unharmed reputation being much deserved and being
deserving due to action for national and international
reward for such whistle blowing

11) Attempting to simplify and make whistleblowers out to
be simpletons and inferior person in hopes that they will be
ignored

12) Keeping victims and whistleblowers in crime scenes

13) Attempting to pretend and to create parallel reality that
no crimes were done upon the victim and whistle blower as
a result of the account and report and evidence reaching the
public

14) Attempting to discredit and to disparage the sacred
American Practice of Whistle blowing on corruptions that

are infringements on the Constitution ad the United States,
Its Amendments and the First Derived Highest and Most
Sacred and Federal Laws

15) Making Widespread and Enormous Massive
Infringements to The Federal Law and Constitution of the
United States of America by pretending it is the norm and
by ignoring that it is an infringement so much so that the
lack of response creates local pathology of non- reaction to
the crimes and through unnatural patterning by the criminal
perpetrators in the Police Department and the City Hall
Groups, so that the public does not react.

16) Frightening the local public group and residents into
silence and despite others having equal rights, it is presented
that that is false.

17) Criminal and unjust intent to any staff in any PD or City
Hall Building or civilians in hopes it will work in their favor
to conceal previous wrongdoings.

18) Refusal to disclose the hidden crimes and wrongdoings by
City Hall and PD to the public and the resulting conflict of
interest

19) Refusal to acknowledge that pattern of victim status is created
by the staff who do crimes and encroachment and wherever it is
intentional and wherever harms whether intentional or not are
immediately publically apologized for and immediate corrective
action made to protect victims rights and the reality of the
situation to get them back to full reputation of success and
prosperity and reasonable and real sound accommodation for
such and with real and liberty and freedom for choice and
opportunity.

20) Refusal to uphold the Standard of Law that is in place to
prevent injury and to protect all citizens. Pathological Belief that
the Law is not important where they are concerned and they
engage in megalomania.

21) Refusal to perceive reality and instead acting as psychotic criminals on the attack and hiding such behind titles, badges and calm demeanors despite intent and questionable origin behavior.

22) Refusal to acknowledge to the victim and in public record and in writing in professional documents that the City Hall Staff engaged in crime and wrongdoings much as an avoidant juvenile delinquent would do.

23) Preventing victims from speaking in the City Hall Court and in Public Record to the Police Department regarding the crimes they have been victimized by. Judges preventing Victims from making account in the Court Room when called in false matter but then cutting them off and tampering with the record in slander and passing the defamation and claim that the person does not have any witness content in order to prevent City Hall Staff or Judge, PD or DA Group Jail Time, Mayor Group.

24) Engaging in Attacks reframed as favors or kindness such as pressing false charges and then dismissing and then passing it as an act of kindness.

25) Mental Stigma-Attempting fatal and moronic mental stigma, which was dismissed as Un-Constitutional in 1989 and is totally out in any real society and Court of Repute, is standard and acceptable practice. The Implications are:

   A. That HYPA, Disabilities Act and the Constitution are null and void for any person who has been treated for any mental shortcoming due to injury or genetics

   B. That the observing witnesses and public are less intelligent than the norm of the standard of the law of their country and that there will no report on such horrific and criminal practice

   C. Attempting to reframe reality using such with go undetected

   D. Claiming that abusing injured persons is somehow en vogue and of society level by such impersonators of quality who hide in Government Buildings and Steal Government Funds

E. Attacking strangers and attempting mental stigma wherever there is divergent and perhaps more comprehensive change approach due to severe and chronic atrocities and infringements.

F. Attempting to hide mental stigma and to infuse a matter with such cover-ups as the charges of criminal infringements would not stick.

G. Stalking the whistleblower and victim using mental stigma and falsifying record

H. Utilizing County of Saratoga Mental Health Department and pre- determining the conclusion and with the threat of politics and intimidation upon the doctors group already absorbed as Greg Veitch who is one of the perpetrators in the attacks is the brother of the County Commissioner and no one seems to question that poor decision.

26) Gender Games at Play in City Hall
Attempting to use female personnel in power positions to attack female victims and then treating more highly educated women and international society persons as inferior to the local jurisdiction processing system that uses ethically weak women fronts to launder and then the women personnel when caught in failings or questioned, they lie and then they attack using male staff.

27) Using False Impression Atrocious Baseline Impression Efforts to diminish reputation of the targeted person and whistleblower.

28) Attempting to imply that there is no prison and jail time for crimes by any current City Hall Staff, Saratoga PD, Saratoga County Sherriff, New York State Police, FBI, City hall Judge, County Staff Processes ect.


Specific Government Personnel Abuses and Wrongdoing

Officer Rodriguez

Ignored the Evidence Provided, Bullied A Resident of Wellington Tower into a Mental Ward for Writing a letter about the Fraud by Jordan Cooper Management Company Staff/Wellington Staff and Hector Calero's Personal Infringements on my person, Would not stop despite evidence provided, avoided making report of such, was not honest with his superior officers. Bullied and abused a well person into tears into a mental ward for a 2-week stay and heavy with abuse, criminality and defamation.

Officer Toussaint

Ignored the Evidence Provided, Bullied A Resident of Wellington Tower into a Mental Ward for Writing a letter about the Fraud by Jordan Cooper Management Company Staff/Wellington Staff and Hector Calero's Personal Infringements on my person, Would not stop despite evidence provided, avoided making report of such, was not honest with his superior officers

Officer Andreoli

Came to the apartment on the call about Jordan Cooper's Paul Brensilber, Hector Calero and the Hofmanns and did not take notes, misled me into going downtown for an order of protection, engaged in gender preferences and discrimination and favored Hector Calero on he said and refused to do his job and request for a restraining order and to make arrests on the abuse, extortion and harassments. As a result, two days later, I was abused and put in a ward as a cover up and then abducted and victims of over a yearlong cover up in full criminality.

Officer Wikkert

Came to the apartment on the call about Jordan Cooper's Paul Brensilber, Hector Calero and the Hofmanns and did not take notes, misled me into going downtown for an order of protection,

engaged in gender preferences and discrimination and favored Hector Calero on he said and refused to do his job and request for a restraining order and to make arrests on the abuse, extortion and harassments. As a result, two days later, I was abused and put in a ward as a cover up and then abducted and victims of over a yearlong cover up in full criminality.

Detective Stohler

Detective Stohler took it on himself to dismiss the matter and without doing any investigation and he said he did. He engaged in he said and reframed and told me what happened to me and in lying and attempted to bully and to slander me and to keep me quiet and prisoner to abuse in fact and in action.

Chief Grant

Ignored Governor Cuomo's Investigation order and refused to address the matter and engaged in abuse and crime of obstruction. He said nothing happened and lied. He engaged in overt bullying, had done no reconnaissance and chose to engage in illegal discrimination and abuse upon person attempting to make report. He allowed his officers to get away with abuse and to do it to others. He told the victim that such never occurred and had a gang of officers gang up on me when I came to the precinct to file a complaint as instructed on the abduction criminal gross negligence Engaged in blotter fraud and defamation and upon a stranger. He backed the ignorant attacks of several of his personnel and did one himself and some in white collar.

Commissioner Bratton of New York Police Department-
Multiple Reports Filed and Dismissed -Received and also Governor Cuomo ordered an Investigation and he did very little and did not help the victim and refused to address the matter to any sound conclusion and engaged in abuse and crime of

obstruction criminal gross negligence. Little has been done to stop the blatant and atrocious behavior from officers in a macro sense and with little public community healing community development and solidarity between officers and community residents and participants.

<u>CRB</u> —Multiple Reports Filed

Refused to Investigate- refused to address the matter and engaged in abuse and crime of obstruction criminal gross negligence

Ignores several letters and Investigation requests and dismisses it as if nothing was of their charge and duty.


<u>Mayor Balsio</u>- Ignores several letters and Investigation ordered by Cuomo and dismisses it and engages in the con network paper push and pushes it to the Mental Health Category and obstruct the discovery of his abuses and failings and at any costs to the citizens. Ignored Governor Cuomo's Investigation order and refused to address the matter and engaged in abuse and crime of obstruction. Criminal gross negligence


<u>New York District Attorney Schneiderman</u> —Ignored evidence and dismissed it said it is not matter of public corruption and no wrongdoing evidence and refused to address the matter and engaged in crimes of obstruction and criminal gross negligence


<u>District Attorney of Manhattan Cyrus Vance and Assistant District Attorney Chloe Kendall</u> and refused to address the matter and engaged in crimes of obstruction and criminal gross negligence. They said it was a not a matter of interest for them

and of concern and ignored the content and contact regarding it overall.

Cooperstown Police

Michael Covvert-Chief of Police

Michael Crippen –Police Officer

Chief Covert heard about the matter in October 2014 when I was able to borrow my father's car and go to Cooperstown to speak with the Police as Saratoga PD and 19th Precinct would not help me and I made them aware of that. I met with the officer Michael Crippen. He seemed compassionate and interested in helping me but nothing at all was done for me and nothing constructive and it was essential given the extreme circumstances and the nature of obstructions and abuse.

Covvert sent me an email sent me a personal email from his personal email and told me not to bother him, as if me contacted the Cooperstown PD was his property or his right to deny me help and to try to malign as a stalker but he wrote me an email and I had left the Cooperstown Town Hall information about it as I surely have a duty to report and to get help. His actions were not appropriate and were abusive and such led to strangers in Saratoga doing 400 days of jurisdiction keeping a prisoner in the jurisdiction as I could not go to another area at all to report.


Otsego County Law Enforcement


Otsego County Sheriff-Devlin

I contacted Sheriff Devlin about the matter back in the Spring 2015 or prior as Cooperstown PD had been spoken to and I did not know much or anything about the Otsego County Sheriff office. I endeavored to explain to him what had happened via

phone and to explain that Saratoga Jurisdiction would not help. We played phone tag twice he called but then never called back.

Otsego County Sheriff Office —Civil Unit Gloria-Gloria was notified with great detail and ignored my call. No one contacted me from the summer through November 2015 and that is totally abusive and criminal. They have business abusing victims of crime and choosing to not address abuse and to not help victims and in respectful ways.

Joseph D'Amico State Police Troopers Superintendant —Does not address the State Police Investigator abuses and allowed it to perpetuate allows the criminals to remain unapprehended. Ignored Governor Cuomo's Investigation order and refused to address the matter personally and thus indirectly, was engaging in enabling obstruction and criminal gross negligence. He allowed his staff to dismiss matters and to operate in such ways and without recourse. He did not address the local precinct staff and did not notify the victim of any safeties and as a result stalking by local officers continued and who became masters of the loop holes and patterning due to their poor education and local decision-making.

George Beach II Senior Investigator of State Police-

Dismissed matter with no real investigation and closed it and refused to reopen it despite being told the decision was false and that he had not received the evidence from me. He would not return my call and later told Maybaum that nothing happened and all was handled professionally. This is a blatant slight and surely reckless endangerment. He ignored Governor Cuomo's Investigation order and refused to address the matter and engaged in abuse and crime of obstruction

<u>Trish Bush</u>
Obstructions 5 Years According to Federal Law on Each Count
>   1) Ignoring the abduction report to her office-minimizing the information provided to her after receiving her false and criminal obstruction email against my inalienable rights.
>   2) Obstruction from Public Utility of the Police Assistance and Public Office Personnel assistance where the failings of the city personnel at the police are and were evident
>   3) False Report to Her Office, Police or Court or All Three to my knowledge
>   CONSPIRING
>   4) Conspiring with Office Staff against a victim as the exposing of the facts was not convenient and not desirable for the Trish Bush, District Attorney, Ogden And Chief Veitch
>   5) Engaging with Ogden and Veitch in Illegal and Criminal Conspiracy and to Obstruct Required Police Assistances on Crimes Perpetrated Against My Person Despite Living within the Jurisdiction and Being a Victim of Abduction
>   6) Backing 1st Group of Saratoga Criminality by the Police and Their Cronies in the City Office Buildings, despite divergent data and report being presented
>   7) Engaging in Fraud within a public utility that is the Property of the People of Saratoga *
>   8)  Hijacking in White collar style of the public offices of Saratoga for not only personal desires but criminal activity


<u>ASSISTANT MAYOR JOSEPH OGDEN</u>
<u>Assistant Mayor Ogden</u>
In covert and overt gender discrimination and arrogant abusive tactics.
- He allied with abusers and ignored report of the Saratoga PD making repeated attacks.

- He attempted to claim that it is not his duty to address and to deal with any Saratoga District Police abuses and that it was another department. He engaged in blatant fraud.
- He is taking public moneys, ignoring corruptions, attacking victims of such, covering his efforts to not only deflect blame for his personal attacks and refusal to do his job, which is to make the officers do sound and quality ethical work or remove their badges and their licenses and jobs, as well as calling for arrests on the officers and staff who engage in any crimes.
- Ogden deflects and attempts to blame the victim for the perpetrations by others and uses the perpetrating City hall Saratoga PD staff, who had already victimized to attack the victim for asking for help and addressing the atrocious wrongdoing. Such implies a sneaky and beneath the radar dishonesty and overt aggressiveness and desire to inflict harm where he has done wrong that has harmed the victim further. The suggested discrimination active is also gender and it can be at play on outsiders outside the seat of power, even when there is women in power, the outsiders become the target for the latent aggressions.
- When a matter and the corruptions are addressed to press, it is psychotic and aggressive criminal action to take the victim hostage in false arrest to create false impression and in psychotic rage outburst and for going to press and also for addressing matters to the Mayor's office.
- Criminalizing persons doing duty of notifying City Hall standing up for herself in email as that is common form of communication and Ogden and Trish Bush and Veitch do not get to collect salaries and to take public moneys and then get to engage in the crime of refusing any person assistance where there is crime and or malfeasance in the district of Saratoga.
- The emails of City Hall Group are owned by the Public of Saratoga District and City Hall and no personnel has a right

to accuse due to inconveniences or ego. The emails are not the property of any personnel at all. If they cannot do their job or that job, they have to be honest and say such in writing and also they need to rescind the office to qualified persons and to stop taking public moneys and tax dollars to sit in office and bully residents and strangers and feign superiority to cover their wrongdoings and at all.

- Patterning City Hall to believe that they can pick people and that any divergent view and account is grounds for stealing from the civilian populous and taking and keeping hostages.

1) IGNORED REPEATED REQUESTS FOR HELP AND ASSISTANCE TO GET REAL LAW ENFORCEMENT ASSISTANCE AS THE POLICE OF SARATOGA ENGAGED IN REPEATED OBSTRUCTIONS, ABUSE AND HARASSMENTS IN CRIMINAL REALM OF INTENT

2) FALSIFYING EVIDENCE TO DISTRICT ATTORNEY AND OR CONSPIRING WITH VEITCH AND DISTRICT ATTORNEY TO ATTEMPT TO MAKE THEIR WRONGDOINGS GO AWAY

3) OBSTRUCTION OF THE DISCOVERY OF THE CRIMES THAT THEY HAD ENGAGED IN

4) OBSTRUCTION OF THE DISCOVERY OF THE HARASSMENTS AND THE OVERT ABUSES

5) FALSIFIED TO THE OFFICES OF SARATOGA AND THE PUBLIC UTLITITIES AND CLAIMED THAT I WAS A PERPETRATOR WHEN I WAS ONLY ASKING FOR HELP AND TRYING TO GET SAFE AND TO HAVE THE MATTER RESOLVED ACCORDING TO THE LAW SO I COULD GET OUT AND BE SAFE AFTER PUBLIC OFFICE MISUSE AND COVER UPS

6) REFUSAL TO ASSIST ON THE PUNISHMENTS
AND CONSEQUENCES FROM THE ABUSIVE
OFFICERS ENGAGING IN CRIME
7) TAMPERING AND PRETENDING TO THE
COURT AND CITY OFFICES THAT I WAS THE
PERPETRATOR AND NOT THE VICTIM
8)  OBSTRUCTION OF THE MATTER BEING
BROUGHT TO FULL LIGHT
9) HARASSMENTS UPON MY PERSON
10) CONSPIRING WITH VEITCH AND THE DISTRICT
ATTORNEY TO INITIMIDATE, TO FRAUD AND TO
OBSTRUCT IN ORDER TO HIDE CRIME THAT THEY
ENGAGED IN
11) STALKING ME TO MY HOME THROUGH
COLLEAGUES
12) TAKING ME HOSTAGE IN A FALSE ARREST
AND CALLING ME THE HARASSER DESPITE ME
BEING THE VICTIM OF THE CRIMES AND
HARASSMENTS AND WHITE COLLAR INDENTITY
FRAUD BY THE DEFENDANTS GROUP
13) ARMED AND ILLEGAL HARASSMENTS
BACKING
14) FAILURE TO INVESTIGATE CRIME BACKING
15) INTIMIDATION TACTICS
16) DISCRIMINATION UPON A STRANGER IN TOWN
WHO IS NOT PART OF LOCAL POWER STRUCTURE
17) ABUSE OF PUBLIC OFFICE FOR PERSONAL
PROGRAM AND MANEUVERING
18) MISLEADING THE SARATOGA PUBLIC AS TO
PRETEND LEGITIMACY OF POSSESSION OF
POSITION AS OBSTRUCTIONS AND HIDING DATA
IS CRIMINAL AS THE VOTING PUBLIC HAS LEGAL
AND CONSTITUTIONAL RIGHT OF ACCESS.

- Assistant Mayor Ogden in covert and overt gender discrimination and arrogant abusive tactics.
- He allied with abusers and ignored report of the Saratoga PD making repeated attacks.
- He attempted to claim that it is not his duty to address and to deal with any Saratoga District Police abuses and that it was another department. He engaged in blatant fraud.
- He is taking public moneys, ignoring corruptions, attacking victims of such, covering his efforts to not only deflect blame for his personal attacks and refusal to do his job, which is to make the officers do sound and quality ethical work or remove their badges and their licenses and jobs, as well as calling for arrests on the officers and staff who engage in any crimes.
- Ogden deflects and attempts to blame the victim for the perpetrations by others and uses the perpetrating City hall Saratoga PD staff, who had already victimized to attack the victim for asking for help and addressing the atrocious wrong-doing. Such implies a sneaky and beneath the radar dishonesty and overt aggressiveness and desire to inflict harm where he has done wrong that has harmed the victim further. The suggested discrimination active is also gender and it can be at play on outsiders outside the seat of power, even when there is women in power, the outsiders become the target for the latent aggressions.
- When a matter and the corruptions are addressed to press, it is psychotic and aggressive criminal action to take the victim hostage in false arrest to create false impression and in psychotic rage outburst and for going to press and also for addressing matters to the Mayor's office.
- Criminalizing persons doing duty of notifying City Hall standing up for herself in email as that is

common form of communication and Ogden and
Trish Bush and Veitch do not get to collect salaries
and to take public moneys and then get to engage in
the crime of refusing any person assistance where
there is crime and or malfeasance in the district of
Saratoga.

- Those emails are owned by the Public of Saratoga
  District. They are not the property of any personnel.
  If they cannot do their job or that job, they have to be
  honest and say such in writing and also they need to
  rescind the office to qualified persons and to stop
  taking public moneys and tax dollars to sit in office
  and bully residents and strangers and feign superiority
  to cover their wrongdoings and at all.
- Patterning City Hall to believe that they can pick
  people and that any divergent view and account is
  grounds for stealing from the civilian populous and
  taking and keeping hostages.

Judge Doern
- Supposed Independent Entity and Unit meant for Impartial
  Judicial Processing the Desires and Errors of the Saratoga
  Police Department and City Hall as fact and law.
- Feigning Weakness of court support provided and Blaming
  Causation on others
- Allowing a supposed Just and Reasonable Court intended
  for independent process to be absorbed by falsehood,
- Saratoga Police Department Staff outbursts,
- City Hall Staff outbursts and even and or especially where
  alternate report and account has been given.
- Minimizing Crimes by Saratoga PD & City Hall Staff,
- Engendering illegal mental stigma for personal gain,
- Acting out in the court on civilians and passing the outburst
  as fact creating possibly irreparable harm,

- Implementing tampering of the court record in court proceedings through verbal cue and not allowing for responses,
- Making public mockery of civilians he does not know and despite being offered information and claiming to be experts on their lives, situations presented and their demeanor and the content of their reports disregarded despite no staff at City Hall having been acquainted with the target at all
- Ignoring data drives submitted to the court of crimes by Saratoga PD and City Hall Group and attempting to attack the whistleblower and victim of their crimes,
- Prepping County Mental Health and Calling for Court order mental health stigma enforcement on Victims of police crimes to strip persons of their rights without being detected and despite never having met the victim and no one in the group having met the target
- Attacking strangers and claiming to have real data on the victim, target and witness on the city hall crimes,
- Refusal to assist the victim in pressing charges
- Prevention of the victim and target being able to press charges
- Engendering further police attacks on the victim and target, slandering the target who is a complete stranger to the judges and the police as they have been found out and they work together through frauding the public record, writ, court recording, blotter and gossip circle in city hall to stop the account and to get retribution, psychotic vengeance and mean spiritedness, lack of impartiality of the court.
- Needless to say, the decision by Judge Doern to align himself with any questionable behavior by an Saratoga PD, Heggen, Bush and or Veitch and his staff members, is irrational and shortsighted and the opposite of why he is appointed and paid, which is to uphold justice for all and security is not protected by enabling abusive officers and

furthermore, a virus like disease is let loose within the psyche and health of Saratoga by allowing harm on any civilians and the protection of crime and also presenting it as the law.

- Possible dangerous person with psychotic outbursts and malicious intent when addressed.

  <u>Judge Wait-</u>

• Judge Wait likes to Wait on holding any city hall and PD criminal and encroaching persons and like to wait on making arrests and making any divergent record besides the desires of the uneducated PD and City hall group who are pervasively abusive and that is not normal behavior and accepted behavior outside of the area. He prevents and does not insist upon complaints being files and arrests made on his fellow staffers who do crimes.

- Engaging in reputational pre-emptive strikes reframing as gifts of offering to tampered victims of City Hall Abuses, such as dismissing false charges upon the target but including the opinion that was prepped and pre-groomed that persons are crazy and has comprehension issues and cannot understand much and can't represent and handle herself at all. He then repackaged his creative fraud tamper City Hall Decoy Obstacle as evidence to interfere with my report and witness for Federal Court attempting to claim I am unfit for Federal Court and that the FOIL would not honored unless I added in their false arrest and the records would not be released and not without the false arrest packaged in and also implying that I am inferior and that I have something to hide. The fraud they did is packaged as fact and they were being addressed as perpetrators in Federal Court and acted out and attempted to tamper with Federal Litigation and to withhold the data of their wrongdoings.
- Ordering Mental Review and Record Creation on Persons Who have done nothing wrong at all.

- He used the words crazy. He refused to offer reasonable accommodation in the first court proceeding and refused to acknowledge that the public defender was denied on the first round and attempted to blame the victim and the statements were false and tampering such as being denied a public defender one day before the October first date of court and stating additional paperwork that was not requested was not supplied and that is my fault. Such paperwork is not requested on the form.

Needless to say, the decision by Judge Wait to align himself with any questionable behavior by an Saratoga PD, Heggen, Bush and or Veitch and his staff members, is irrational and shortsighted and the opposite of why he is appointed and paid, which is to uphold justice for all and security is not protected by enabling abusive officers and furthermore, a virus like disease is let loose within the psyche and health of Saratoga by allowing harm on any civilians and the protection of crime and also presenting it as the law.
• Regarding Being Refused Representation in one hearing and threadbare hearing the second time with no pre-trial meeting and no return calls

- Public Defender's Office claimed conflict of interest! Psychotic and Aggressive Stalking and Harassment attack by Secretary to District Attorney of Saratoga Trish Bush and D.A. of Saratoga Heggen, which was originally attempted as a minor infraction (that was thought would pass and not be detected as they have little grasp and comprehension of common practice and standard ethical business practice it seems or some discrimination and illegal practice was thought to be acceptable in regards to me as I was already being abused and was in a crime scene and situation due to the obstructions of Saratoga City Hall Group including Ogden, Yepson and Saratoga Police Department staff In too high numbers to call it quality) apparently and pass intent to harm and fraud as standard City hall and Legal Practice) with intent to dismiss person from any police assistance (which is

crime) as Veitch found out he was court marshaled and was asked to stop stalking and to stop allowing and encouraging his officers to do so and to stop stalking through Bush and Ogden through their tactics of reverse harassment on local star maligned as mental case loser and nobody.

- No person is ever legal required to stand for his or her own defense, let alone in false charges. Let alone where targeted by the City Hall Group and where a pre- existing and evidence obvious of police and City hall Group abuses and crimes have already been in the process of being addressed in Federal Court

Saratoga County Mental Health Department Psychiatric Evaluators

The decision to attack a person who has been referred for mental evaluation means that the mental health evaluators are not evaluating any person and have no respect for any human life and the law. This implies that they believe they are superior to the persons they are evaluating which is illegal and unconstitutional and not what the United States of America is about at all. Pre-determined and without impartial and neutral private sector evaluators is fraud and also as and where there is obvious and already proven conspiring and tampering mentality and patterning. They engaged in a 15 minute preemptive abuse and with presumption of some insanity passed from Veitch to Criminal Acting Bush and Heggen and with their obvious desires to obstruct justice and as the matter went the court marshals and press and they reacted with illegal and obvious tampering and defamation behavior. None of the above persons had ever met me and attacked me.

Dr. Judge Doern's Processing person on mental records –Scott McMahon MD


Dr. Judge Doern's Processing person on mental records – Timothy VanDyck MD

MAYOR OF SARATOGA JOANNE D. YEPSON
1) TAMPERING AND PRETENDING TO THE COURT
AND CITY OFFICES THAT I WAS THE PERPETRATOR
AND NOT THE VICTIM
2) OBSTRUCTION OF THE MATTER BEING BROUGHT
TO FULL LIGHT
3) HARASSMENTS UPON MY PERSON
4) CONSPIRING WITH VEITCH AND THE DISTRICT
ATTORNEY TO INITIMIDATE, TO FRAUD AND TO
OBSTRUCT IN ORDER TO HIDE CRIME THAT THEY
ENGAGED IN

5. 5) STALKING ME TO MY HOME THROUGH
COLLEAGUES
6. 6) TAKING ME HOSTAGE IN A FALSE ARREST
AND

CALLING ME THE HARASSER DESPITE ME BEING THE
VICTIM OF THE CRIMES AND HARASSMENTS AND
WHITE COLLAR INDENTITY FRAUD BY THE
DEFENDANTS GROUP

7. 7) ARMED AND ILLEGAL HARASSMENTS
BACKING
8. 8) FAILURE TO INVESTIGATE CRIME BACKING
9. 9) INTIMIDATION TACTICS
10.     10) DISCRIMINATION UPON A STRANGER IN
TOWN WHO

IS NOT PART OF LOCAL POWER STRUCTURE
11) ABUSE OF PUBLIC OFFICE FOR PERSONAL
PROGRAM AND MANEUVERING
12) MISLEADING THE SARATOGA PUBLIC AS TO
PRETEND LEGITIMACY OF POSSESSION OF POSITION
AS OBSTRUCTIONS AND HIDING DATA IS CRIMINAL
AS THE VOTING PUBLIC HAS LEGAL AND
CONSTITUTIONAL RIGHT OF ACCESS.

KAREN A. HEGGEN
CURRENT DISTRICT ATTORNEY OF SARATOGA
1. 1) ENGAGING IN CRIMINALITY OF OBSTRUCTION OF DISCOVERY OF CRIME AGAINST MYSELF BY SARATOGA CITY PERSONNEL
2. 2) ENGAGING IN OBSTRUCTIONS OF ACCESS TO THE PUBLIC UTILITY OF THE POLICE AND ANY CITY OFFICE ASSISTANCE OF ASSISTANCE IN LAW ENFORCEMENT
3. 3) HARASSMENT
4. 4) STALKING TO MY HOME
5. 5) MISLEADING THE SARATOGA PUBLIC AS TO PRETEND LEGITIMACY OF POSSESSION OF POSITION AS OBSTRUCTIONS AND HIDING DATA IS CRIMINAL AS THE VOTING PUBLIC HAS LEGAL AND CONSTITUTIONAL RIGHT OF ACCESS.
6. 6) ABUSE OF PUBLIC OFFICE FOR PERSONAL PROGRAM AND MANEUVERING
7. 7) DISCRIMINATION UPON A STRANGER IN TOWN WHO IS NOT PART OF LOCAL POWER STRUCTURE
8. 8) ARMED AND ILLEGAL HARASSMENTS BACKING
9. 9) CONSPIRING WITH VEITCH AND THE DISTRICT ATTORNEY TO INITIMIDATE, TO FRAUD AND TO OBSTRUCT IN ORDER TO HIDE CRIME THAT THEY ENGAGED IN
   10. 10) STALKING ME TO MY HOME THROUGH COLLEAGUES
   11. 11) TAKING ME HOSTAGE IN A FALSE ARREST AND

CALLING ME THE HARASSER DESPITE ME BEING THE
VICTIM OF THE CRIMES AND HARASSMENTS AND
WHITE COLLAR INDENTITY FRAUD BY THE
DEFENDANTS GROUP
12) TAMPERING AND PRETENDING TO THE COURT
AND CITY OFFICES THAT I WAS THE PERPETRATOR
AND NOT THE VICTIM
13) OBSTRUCTION OF THE MATTER BEING BROUGHT
TO FULL LIGHT
CHIEF OF POLICE GREG VEITCH OF SARATOGA
1. 1) OBSTRUCTION OF INVESTIGATION
2. 2) FALSE RECORD REGARDING THE ABDUCTION
3. 3) FALSE REPORTING TO OTHER HIGHER UPS IN
STATE
POLICE IT APPEARS BASED ON EVIDENCE
4. 4) HARASSMENTS BY HIS GROUP MEMBERS
BENEATH HIM TO MY HOME AND FOLLOWING
ME
5. 5) TAMPERING WITH PUBLIC RECORD FOR
PERSONAL DESIRES AND TO OBSTRUCT
DISCOVERY OF ABUSES
6. 6) DISCRIMINATION IN MULTIPLE CATEGORIES
THAT ARE ILLEGAL
7. 7) HARASSMENT BY VERBAL REFUSAL AND
WRITTEN BACKED REFUSAL TO PREVENT
DISCOVERY AND INVESTIGATION OF THE
ABDUCTION SO SAFETY COULD BE ENSURED
8. 8) TAMPERING WITH POLICE AND HENCE
COURT RECORD
9. 9) TAMPERING WITH STATE FILES
10) REFUSAL TO HELP PERSON THROUGH
INVESTIGATION AND ARRESTS ON PERPETRATORS
AGAINTS ME AS I AM CURRENTLY IN SARATOGA
JURISDICTION AND WAS VICTIMIZED BY CRIME

## 11) REFUSAL TO INVESTIGATE ANY PERPETRATIONS AGAINST ME BY PRIVATE AND PUBLIC OFFICERS AT LOCAL PRECINCT LEVEL

<u>Officers Camarro and Dennis</u>- Pick up order- Mental Health Victim Status-

Response from Erin Leah Canning

(Impression: False Call Intended to for bit-by-bit obstruction maintenance and removal of the witness)

This is the third known false call and I am able to show that with evidence and ample evidence. There may be more false calls made by the abductor groups and obstruction accomplices.

I have obviously sought to address the Abduction and the crimes against me, despite the police obstructions and criminalities in multiple categories and have reached to non-officers and asked for help but not mental help but relocation help and for the abusers to leave me alone.

Some undisclosed person calls and then the recipient is subject to pick up orders. That is obviously discrimination, illegal and rights. There is no proof of mental condition and certainly no evidence of harms to self or others. I went to police and asked for investigation. Perhaps, the perpetrators or accomplices covering for themselves are making false calls to obstruct or to decoy the investigation and to either make the matter of their crimes go away or delay the matter. All of that is a federal crime. False calls to police were already made twice in New York City at the point of the matters origin when the perpetrators had attempted to obstruct discovery of it and underestimated me. Two false calls that I know of have happened.

Illegal to Use Medical /Mental History For Any Law Enforcement, Slander, Blotter or Actions

Utilizing previous medical history of any depression treatment is illegal and is criminal. It is violation of HYPA, The Constitution, and Disabilities Act where Perceived or Real disabilities may exist.

Most people know the law even where officers do not or do but do bad actions for their group.

Furthermore, history of treatment does not mean inferior mental status as many officers or civilians may not have had that.

Perhaps, they have inferior mental health status to those who have undergone treatment. It is illegal to use medical or mental history.

It is illegal to tamper with a person's reputation and to assist in tampering. That is accomplice to tampering and conspiring.

If a call comes in and there is no evidence of mental status in any real way, that must be stricken from any factual basis documentation, which is what the blotter is supposed to be. Decisions are made and exclusionary practices are done due to the blotter. It is

criminal to discriminate against and to abuse a person on the basis of any mental stigma and there is no person that deserves to be demeaned and to lose their rights where they are not definitely shown to be ill.

Entrapment

It is, furthermore, entrapment to ignore the 911 calls and requests via phone for an investigation of theft and abduction as it is harmful to the victim and prevents the person from getting free. I have been in the abduction relocation point by intentional design by some of the perpetrators and accomplices to the crimes against me. I

It is entrapment to misuse mental stigma on a victim of crimes at all and certainly as a way to obstruct justice by the originators of the call and by any co- opted persons.

It is a crime to allow that label and blotter stigma and maintenance to exist and to be extended at all, let alone for a year.

Entrapment As Long as The Perpetrators are at Large and Making False Calls Who Have Clearly Obstructed and Engaged in Crimes

It is entrapment to allow anyone to call in on such a person, who is a current victim until the matter is in full light of investigation

and proper investigation and exposure of facts in court and with the law willing to do the job of investigation of repute.

I have evidence and clearly Chief Veitch and Chief Grant have been notified of an abduction and theft situation as well as obstructions. That means that there is tampering and obstructions. Some staff of the 19th Precinct and the Saratoga Police known about the matter for a year and certainly the two chiefs of these local precincts have known about it.

If There Is An Investigation Upon The Matters

If there is an investigation, they are still engaging in slander of my person in blotter, to New York State Offices and City Offices. The persons in question allowed me to be tampered with in blotter, lied about and did not assist me with safety but engaged in abuse, so I do not necessarily believe that they did any investigation. State Police Investigator George Beach, who was appointed to do an investigation and said he did one and all was handled well and the matter is closed. The letter he wrote is enclosed both the appointment and the closed matter a few weeks later and without contact to my number and no data exchanged between him and I. I reached out and notified him of failed investigation and mistreatment.

Once an officer at the State Level, makes a determination that is faulty, a faulty human response may prevail of backing the original decision, which is an arrogant and abusive decision with many repercussions against others and is a frivolous decision to make as there is a choice and free will and as a result causation of further crimes, corruptions, false impressions, lack of truth and harms are perpetuated and that is not the American Way. There is a way to both live in justice and to be respectful of all persons involved and not to engage in obstructions and not to enable any abuses as is the duty of law enforcement.

That implies, corruptions, abuse and discrimination against civilians, gender, anyone who has been treated for depression but also that he does not care one bit about my person and my safety. It is rather dangerous for a matter to not be properly investigated

and to leave a victim in a duress and abuse situation and to obstruct for local police and to determine that an investigation is communicated with police officers in question and but also that that is appropriate and an investigation at all. I was never contacted and he never requested by data on the investigation despite being told there is evidence. He was asked to reopen it twice and refused.

Back to Officers Dennis and Camarro, I do not think that these officers are necessarily the worst of them, meaning that they are the criminal source but they demonstrate lack of reasonable education and training and a swath of discrimination and subtle corruptions that are harmful.

Officers are titled and positioned to help people who are civilians and that is public trust job and not to engage abuse against any victim. I think it is relevant to investigate who is calling and the details of who they are and what is going on that authorizes an invasion of a person's rights to privacy, freedom, due process, public protection and location.

2) Case Number –SS-03529-14 /SS-027001-14 <u>Officer Rigano</u>-Thursday October 16, 2014

The officer encapsulated it as extortion. The Kidnapping was mentioned in a minor detail in the paragraph below. I did call 911 and request assistance and offered open information and asked to begin to press charges. There were other errors in the report, however,

I do appreciate Officer Rigano's effort to log it and to mention the kidnapping/abduction and the related abuses, as that was the matters reported.

Some of the obstructions are mentioned and that is good that Rigano did that. It is however, an active and current abduction and kidnapping and no investigation, charges and arrests have been made and this report was never addressed and followed through by Saratoga Police or 19th Precinct and not by the State Police either. Another error states that the NYPD refused to pursue any recourse. That is a false statement and a dangerous

obstruction as it is not the NYPD that refused to do an investigation. It is the officer personnel who both cronied, refused to do their job, failed to do a good job and then covered it. The NYPD is public trust and utility and no personnel is the NYPD. Furthermore, even where the officers decide is not of interest or they did not investigate it or have deemed it borderline, which is perhaps what Officer Rigano meant, the relating matters and acts from Jordan Cooper Management were surely, in the illegal realm and violations to many Acts and they lied to law enforcement. This can be proven and with ample evidence already submitted on the Canning Vs. Jordan Cooper Case and Canning Vs Hofmann and Canning that I had to bring to civil court as no officer and person would address the abduction, kidnapping, harassments, attempted sexual assault, sexual cons and scams, sexual harassments, obstructions, lying to officers, contracting fraud, contracting city permit violations, threats, intimidations, obstructions, medical abuses, Housing Act infringements, Disabilities act infringements —Where perceived disability as intended as chance obstruction and deterrent.
Case Number: SS-00925-15 March31, 2015
In regards to the complaint filed on the microphone in the middle of the pressured and forced rental and move in that was clearly an effort to obstruct, to control my life, to steal rights and to harm me. The supposed microphone theft that I reported I found the next day and promptly called Lampkins and left a recorded message that she found it and did so as to prevent any person from getting in trouble on the microphone. Many persons may be would not call but I did and promptly. I recall that the officer on the video when I went in subsequently to report the flat screen theft as I caught the abductors on that the woman officer refused to assist me as seen on the video and told me that I would not be helped on addressing the theft and any matter.
The assumption is that citing point of origin on abduction and despite information provided that the officers at 19th Precinct were assisting actively as first participants in the abduction and

assistance to the harassments, lies, obstruction, abduction and extortion efforts by Jordan Cooper Management Company perpetrators.

Cited Obstructions by Saratoga Police

- Effort to Malign and to Avoid
  - Maligning the Report as False by Ignoring the Details
  - Maligning the Reporter and Witness of the Crime
  - Slandering the Victim Tactic
  - Gossiping in the office -orally or in writing to gather cronies and to prevent the person access to assist in blind malicious intent or in effort to obstruct wrongdoings by officers SLANDER AND ACCUSING-GUILTY UNTIL PROVEN INNOCENT AFTER AN EASTER EGG HUNT OF FINDING ONE GOOD OFFICER WHO WILL ASSIST AND PROPERLY ADDRESS THE CRIMES AND DO THEIR JOB WHICH IS LAW ENFORCEMENT NOT THE LAW. THEY DO NOT GET TO REWRITE THE LAW AS THEY GO ALONG FOR PERSONAL INTEREST OR MOOD ISSUES.
    1) Since the Microphone was found, the flat screen must not be a real theft.
    SLANDER
    2) If we Call Erin Leah Canning the harasser and the problem, then we can carry on not working and ignore our duties to the Federal Law and to the Constitution of the United States and can obstruct for the officers perpetrating at nineteenth precinct. The Blue Outfit seems to be Dr. Seuss to some with the X on the stomach until they learn the hard way.
    MALIGNING AS LESS THAN DESERVING WHICH IS ILLEGAL AND ALSO EMPLOYING ILLEGAL MENTAL STIGMA
    3) If we malign her as a mental case or crazy, then we can co-opt people into further harming the victim and can get out of any punishment that are according to the law on

officers who do such things. The Mental stigma obstruction folds in on itself and has many layers of obstructions. CLAIMING OWNERSHIP OF THE PUBLIC UTILITY OF LAW AND THE POLICE UTILITY-IGNORING AUTOMATIC DISQUALIFIER OF WHEREVER CORRUPTIONS, ABUSIVE AND CRIMINAL BEHAVIOR EXIST DISQUALIFIES THEM FROM ACCESS TO THE PUBLIC OFFICE OF THE POLICE FORCES ENDORSEMENT AND ACCESS TO THE BLOTTERS, WEAPONS, BADGES AND FORCE SUPPORT

4) They pretend to be the City of Saratoga Offices and the Public Utility of the Police instead of persons employed there and wherever they make errors they lie and hide which is directly disrespectful to the public utility of the police, the City, the persons in the area and to the patterning of future officers and civilians. POINT OF ORIGIN CITED DUE TO OBSTRUCTION, SLANDER, LAZINESS, LACK OF COMPREHENSION, LACK OF WILLINGNESS TO WORK —Minute Protocol and Unconstitutional, Fraudulent and A Scam used to prevent an Investigation and any assistance on ending crime and abuse of persons.

5) They cite point of origin back to return to the abusive precinct where perpetrators are employed despite request for help to police in another precinct despite the perpetrations by the first precinct and that being point of origin.-As a result It is hijacking the public trust office of the police that is a public utility and wherever there is not leadership by the police personnel that are informed of the matter and who must have and are supposed to have leadership skills, analysis skills, anti-corruption skills, ethics and respect for life and quality of life for civilians who are harmed by police abuses and by crimes in civilians realm also and also where they overlap.

REWRITING THE LAW

They change the law and pretend to cite real law code and cite numbers and often that are totally unrelated to the matter in question such as citing point of origin, in abduction or claiming that a citizen would be thrown in jail for calling 911 about a matter that they did not address and investigate. They also claim that a person can be thrown in an involuntary state of mental commitment for previous medical history of depression.

ABUSE AND UNDERMINING ABOUT THE LAW
- Abuse of persons on the basis of previous medical history
- Abuse of persons on the basis of upper class
- Abuse of persons on the basis of lower class
- Abuse of person on the basis of whatever they are not and then it must be less due to widespread bully pathology of officers against innocent persons as well
- Abuse of persons based on perceived or real disability and where not ever aggressive against others
- Abuse of persons on the basis of family of origin
- Abuse of person on the basis of continental origin and perceived racial
  Origin
- Abuse of persons on the basis of perceived assumed racial ideology based on continental origin
- Abuse of persons in times of civil unrest on the basis of pendulum swings & domino theory
  PRETENDING TO BE DOCTORS
  Many officers take it on themselves to label and judge citizens and then give themselves illegal immunity to harm civilians on the basis of using illegal discrimination against mental treatments, which are of medical nature

And require a degree and board approval and review wherever wrongdoing exists.

PRETENDING TO BE JUDGE AND JURY
Many of the officers I have dealt with when trying to get abuse addressed and illegal activity, have pretended to know the matter but more so to decide what occurred, who is guilty and made

decisions that is not their legal place to make. They even abused the reporter. I also notice no notes are taken by most officers at nineteenth precinct at all ever in relation to me at least and the television is on all the time at the precinct. How would an officer know what transpired on a matter that they were not part of and were not present for the specific events of being reported. This is not a test. This is not the emergency nineteenth precinct television broadcast of soap operas and the game.

Civilian Board has a form letter in regards to matters that are supposed to be dealt with by their staff that is they do not address those matters.

Perhaps it is precinct effort and report to the Commissioners to keep quotas low by not taking notes and dismissing most things. Which clearly as in this and my situation that people get hurt and abused where matters are not addressed in full by the law, law enforcement and with punishment.

I will repeat. I went to the FBI, Attorney General of the United States of America, Attorney General of New York State, CRB, Bratton, Cuomo, New York State Precincts, NH State Police, Massachusetts Police, Florida Police, Executive Offices of the President, CIA, Overseas offices due to the abuses of my person as a result of the arrogant and demeaning obstructions by persons in office who are inexperienced, over their heads and interest in their personal ideological Unconstitutional beliefs and corruptions.

I did not just bring it to Civil Court and attempt to get money. I am a just person. I am certainly, however deserving of Compensatory Damages and definitely money in real quantities to send a message that my life matters regardless of my skin color, gender, previous history of depression because of abuse, industry of music, marital status, class origin, perceived class currently, lack of faction belonging due to ethics and education at Master's Level with multiple specialties due to Civil Rights Issues, Factionalizing in the United States, lack of law degree and lack of police badge, lack of rich husband and lack of big titled position, lack of

backing by gender discriminations, lack of backing by current preferences and current status of illegality and discrimination.

PRETENDING TO BE SOCIETY TO OBSTRUCT

Attempting to ostracize individuals where the officers' wrongdoings are suspect or wherever they have decided to break the law and to obstruct a person from their rights.

PRETENDING TO BE JURISDICTION

Attempting to ostracize to claim ownership of the area due to the current badges and titles despite clear and evidence of wrongdoings and ignoring the law and legal requirements of officers and personnel who must do their jobs and or at least be honest and ethical and forthcoming about knowledge regarding their own and other wrongdoings.

CLAIMING IMMUNITY AND INDISCISCPENSIBLE STATUS AND HIJACKING THE OFFICE AS A RESULT

The officers are not indispensible to the job and pay they are privileged with and often claim such to carry on and to entitle their persons, even where they have done and covered wrongdoings and criminal activity.

They claim immunity and to do federal crimes and misdemeanors. They are not the law then and not law enforcement. If they are breaking laws once, they will do it again wherever at least there is not punishment. Human beings are often where some lack of ethics is evidence and even perhaps where not are pattern based and are often like viruses in that they learn the loop holes and despite the antibiotics and the policy structures and they misuse their position. This means that ethics training, police reform and four year ethics and law degree is required to be an officer and with masters level offerings and also with increased pay for all who exemplify greatness. This is cost effective as it is prevention of law suits, injury, time spent and vast numbers of officers not doing anything constructive for the community, jurisdiction and the civilians populous of humans and other ecosystems participants.

SS-029439-14

Officers Carson and Megan Hall 11/13/2014
MENTAL HEALTH HARASSER STATUS ASSIGNED TO
ERIN LEAH CANNING FROM CALL —Multiple false calls
Already Detected And Proven even to 19th officers
This is an entrapment report from Bonnie and Bruno Hofmann
and the police precinct backed it and did not mention that the
abduction victim is reaching out to reason with the abductor
because the Precinct officers at the Saratoga Police who were
already informed of the abduction and the abuse by John
Canning, Judy Canning, Bruno Hofmann, Bonnie Hofmann and
their cronies and also officers in specifics at the Nineteenth
precinct endeavored in a very childlike and criminal juvenile way
to cover their criminal activity and constitutional infringements.
The kidnapped was already very much reported back in October
2014 or before to the Saratoga Police through 911 and also to
direct calls to Precincts to reason with the officers at the Precinct.
It is not only entrapment but also intimidation tactics and efforts
to "Coup" a free citizen and victim of the caller.
It is entrapment to force by de-facto and intentional design to
keep a victim of abduction in the situation and with no other
place to stay of safety and decent respectful and reputational
respectful repeat at all for myself and my cat! It is entrapment to
expect me not to call the police, the 911 lines, the perpetrators
and all other precincts and law enforcement groups and ask for
help. It is entrapment to then even allow a 4th false call by
Bonnie and Bruno Hofmann attempting to abuse me through
officers again. There are several false calls that have been proven
beyond a reasonable doubt and from the evidence. I am not
interested in letting this go so do not assume that you can carry
on abusing and engaging in these patterns and be comfortable
with being civilian abusers about that.
It is Entrapment by police and by the law enforcement group and
by the Callers intending such. What do you know about the
callers? Do you know they made many, many millions and have a
lot of money. Do you realize that most likely they are smart do