UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 3, 2016

CANNING

SECOND AMENDED

Plaintiff

COMPLAINT

15-CV-5873

Jury Trial Re-Requested

-Expounded Complaint Civil and Criminal-Complaint

(filed in this way to due to obstructions and in order to break the obstruction

crimes and in order to get arrests on all crime groups involved in the crimes against

me by defendants here listed and the other crime groups and the including the hate

crimes -)

VS

1) Officer Rodriguez of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

1

(212) 452-0600


2) Officer Toussaint of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

(212) 452-0600


3) Officer Andreoli of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

(212) 452-0600


4) Officer Wikkert of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

(212) 452-0600

5) Officer and Detective Stohler of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

 (212) 452-0600

6) James Grant of the 19th Precinct, NY

153 East 67th Street, New York, NY, 10065

(212) 452-0600

7) Commissioner Bratton of New York Police Department-

City Hall New York, NY 10007 212-NEW-YORK

8) Mayor Blasio

City Hal New York, NY 10007

9) New York District Attorney Schneiderman

10) District Attorney of Manhattan Cyrus Vance

11) Assistant District Attorney Chloe Kendall

12) Joseph D'Amico State Police Troopers Superintendant

13) George Beach II Senior Investigator of State Police-

Assistant Deputy Superintendent Uniform Force

Building 22

1220 Washington Avenue Albany, NY 12226

14) Officer Rodriguez

153 East 67th Street, New York, NY, 10065

(212) 452-0600

15) Officer Garcia

153 East 67th Street, New York, NY, 10065

(212) 452-0600

15) District Attorney Karen Heggen

25 West High St #4 Ballston Spa, NY 12020

16) Secretary to District Attorney Trish Bush

25 West High St #4 Ballston Spa, NY 12020

17) Chief Greg Veitch of Saratoga Police Department

5 Lake Avenue Saratoga Springs, NY 12866

18) Officer Meghan Hall

5 Lake Avenue Saratoga Springs, NY 12866

19) Investigator James Bell

5 Lake Avenue Saratoga Springs, NY 12866

20) Joseph Ogden

474 Broadway, Saratoga, NY 12866

21) Judge Jeffrey Wait

474 Broadway, Saratoga, NY 12866

22) Officer Stacy Rigano

5 Lake Avenue Saratoga, NY 12866

Defendants

---

I) Brief Statement of Individual and Initial Overview of Perpetrations

1) Officer Rodriguez of the 19th Precinct, NY

On August 8th, Rodriquez responded to a false call made in pretense and was given both

alternate data that was divergent from the call report made by the callers to 9-1-1 on the false

call but did not cease and desist the invasive and discriminatory perpetration that was both unfounded and data and evidence was provided to him and report regarding the call being false. Additionally, he engaged in abusive conduct, defamation, refusal to cease and desist the criminal like approach to the call, as well as refusal to adhere to respectful conduct. He did not engage in any respectful and legal approach. He cornered me in my home with his hands on his gun and put me in an involuntary and illegal encroachment situation and removed my rights without a second thought and despite the illegality of 1) ignoring my report, 2) Ignoring the witness of evidence of fraud call and voice mail threats by Bruno Hofmann on voicemail played to the two officers 3) the innate federal right infringement of such implies and the danger that they brought upon me by subjecting me to invalid free speech status which is totally illegal and totally highly avoiding report and on a matter by the officers.

Such is a direct violation to many federal statutes and constitutional rights and to even suggest such is acceptable and not an illegal patterning of the systems of government into abuse and poor ethical standard and also such is direct infringement to my rights, reputation, security, health, career and financial status.

There were ample and dangerous activities against my person that caused ample injuries, as a result of his behaviors and behaviors that suggested illegal encroachment, not only on Federal Law, City Law, but also were in violation to Constitutional Rights Protections and were laden with illegal discrimination ideas and actions.

He did not respect my rights and did not refrain from stealing my rights and the reality of the matter and I suspect engaged in both dishonest and incomplete report on the matter and later engaged in defamation and obstruction with his peers that had failed on the report that had just happened regarding the actual original perpetration group activities that had occurred the 3 days prior and with report and 911 call placed to the 19th Police Precinct.

There were much subsequent fraud and slanders upon the public database of the blotter about me by others and that were not only defamatory, but were also topped with layers of violations to the Federal Laws and another layer of violations to the Constitution of the United States of America and the Disabilities Act. He did not ensure that report and actions were taken to protect my rights and to end the blotter fraud and encroachment, but encouraged defamation and fraud at the 19th Precinct. To back a woman into a corner in her home with hands on their guns, as if I was a danger to others is really discriminatory and I have never, ever been a violent person Ever. Imagine how abusive that fraud is upon my reputation and how cruel is to make me defend my true reputation by having to mention it, which indirectly perpetuates fraud and reputation harm, but if I do not do so, I am put in further danger due to the blotter fraud and the infringements that have already occurred and the illegal refusals by the police to make arrests and to address crime upon me.

 It is evil to pressure a person to open the door of her home and through threats and coercions that perpetrate and led to other major fraud and illegal abuses, is utterly criminal

and I had done nothing wrong and was actually being very awesome community member and am a person of high level repute.

He did not get honest apparently regarding his behavior and such behavior incurred major damage and is misconduct and dangerous to innocent persons. The underlying abuses and discrimination practice are violations to the Constitutional Protections of persons treated previously and the Disabilities Act, where the Police Department has entitled themselves to create illegal files and fraud creating and tampering with rights and creating illegal "perceived disability" status that is illegal to steal rights and properties and freedoms on any basis of perceived disability or previous mental health treatment. There was no evidence at all to back the false call of threat to oneself or others that is the only standard of law that can entitle the Police to force someone into a mental ward and to strip them of their rights without a trial before hand. It is also a violation of HYPA to attempt to misuse previous medical behavioral health or trauma for personal backing of public police officer misconduct.   I was neither sick in any way and I was incredibly well and doing amazing things with my life and his perpetrations and refusals to not attack resulted in incredible self centered damage on his part on my life. His refusals to treat me with respect and to respect my rights as an equal and his refusals to not criminalize and abuse persons on the basis of victim of call and perhaps mental stigma, who had just used to suffer from major depression and trauma related symptomology and who never bothered anyone but herself, is utterly disgusting and cruel. It is also very illegal to criminalize and defame persons for any history

whether current or previous for being injured and whatever label was affixed and those were very questionable to begin with according to the doctors who actually know me and the medical fraud was already caught in their own data.

Officer Rodriquez first banged at my door very loudly and repeatedly as if I was a drug dealer or some criminal and as if they were doing a bust. He banged in a very scary and loud way. It was about 4 pm and I had just returned from the public library and had just put on my ballet clothes and attire to attend my regular evening ballet class that is an adult advanced ballet class in preparation for performance and professional ballet company auditions. I attend ballet every night. The perpetrators on the call had neither seen me and I had not been in touch because they are abusive and have a history of abusiveness and lack of respect for my person and the law as it relates to my rights regarding pressuring me to not report matters, illegal threats, illegal evictions threats in fraud to steal assets, cover ups on perpetrations against me, conspiring to garner power in offensive maneuvers against me, theft of reputation and connections as well as direct career damage from their encroachments. I had assets from the estate and family because I deserve them and because I have done my duty and have also endeavored to help them as any daughter and family member should do according to the law and right action. My therapist also advised me to not have contact with my family members in either family whether my stepfather and mother or father and stepmother because of their abusive natures and refusals to take right actions to stop their abuses of me and their harmful patterns.

Officer Rodriquez banged really loudly and I asked who it was through the door and he yelled and Said "NYPD! You have no credibility! Open up!" I immediately felt sick to my stomach and ill because I had addressed the encroachments and abuses by the 19th Precinct officers just two days before in a letter to the other precincts regarding the refusals, failings, cronying, federal encroachments, fraud, gross negligence, discriminations and criminality by the 19th Precinct officers who worked together in group dynamics to cover for each other and who acted upon and perpetrated failings and abuses by their peers. I had written the letter to each of the precincts just one-day prior. I had called 911 just two days prior regarding the stalking, harassment, sexual abuses and harassments, threats, intimidations tactics, obstructions, fraud, keeping prisoners in white collar abuses to the major corruptions and the overall mafia like mentality of Jordan Cooper's Paul Brensibler, Hector Calero, Jose Agueda and the resulting and illegal abuses and criminality by my parents, Bonnie and Bruno Hofmann as they were being stalked and lied to and tampered with by Paul Brensilber of the Jordan Cooper Management and his efforts to cover up the fraud and Contracting abuses that occurred upon myself and others of Wellington Tower Condominium Building.

As Officer Rodriguez and Officer Toussaint were yelling at me in what was about 3 minutes, I wanted to make sure these officers were legitimate given the encroachment to my rights and rights protections that are meant to ensure my equal right and access to equal public utility of police protections and not encroachment and fraud by them. I made a call to 911 to

ask them what was going on and why I was being bullied and abused by two officers outside my door. The 9-1-1 dispatcher had no idea what was going on at all and she told me to open the door. I realized I had no police protection and securities and my rights were violated. I had no choice but to surrender my person to encroachment and fraud, as the sacred public utility and the law protections were not present and I was in danger and abuse was occurring. I opened the door and I said look there is an error. You are out on a call made my perpetrators who have been stalking me and they have been threatening me. I just had reported them just two days prior regarding the aggressions. I reported the facts to Officer Toussaint and Rodriguez that is illegal what they are doing. I reported the facts and told him that there is evidence and then let him hear the voicemail illegal threat from Bruno Hofmann on the voicemail from two days prior and let both officers Toussaint and Rodriquez here it right there in my living room. Hofmann Said, "If you do not stop stirring stuff up in the building, I will have you thrown in jail or Bellevue". I had called the police two days prior upon receiving the threatening voicemail and other threats and illegal and inappropriate behavior and stalking was coming in from Bonnie Hofmann and also in person second hand from Paul Brensilber and Jose Agueda and also it appears as if also from Jose Agueda and obstructions and participations by Vilma Keller and later by Manuel Ferrer and Angel.

2) <u>Officer Toussaint of the 19th Precinct, NY</u>-On August 8th, 2015, Officer Toussaint was the second officer on the perpetrating call with Officer Rodriquez and that call that was

made in pretense and of variant intent not stated on the 911 call, was responded to by Officer Toussaint and Rodriquez.  I am aware of who made the call as Officer Rodriguez released such data to me, as I asked because I was shocked, as nothing was wrong with my health and behavior and I did nothing illegal, nor irresponsible and such was rather shocking and strange despite the threats from Bonnie and Bruno Hofmann that were a result of repeated threats and harassments from Paul Brensilber of Jordan Cooper Management Company who endeavored to cover up and silence my report to my building regarding his staff malfeasances, encroachments and abuses.

Officer Toussaint was not the most verbally at all, but he stood there and watched Officer Rodriguez perpetrate and did not stop him. He did not reevaluate their actions and he took part in the bullying me outside my door and then backing me up as if I was doing something wrong and to the couch with his hands on his gun which implied that I was a threat to them and that I deserved abuse and to be harassed and encroached upon and then abused in my own home. He watched as I played the illegal threatening voicemail coming from Bruno Hofmann where he said that "he would have me thrown in jail or Bellevue if I told what happened to me." I also had clearly and very specifically informed the two officers Toussaint and his partner that I just had addressed the stalking by Bruno Hofmann, Bonnie Hofmann and Paul Brensilber and the harassments and sexual aggressions by Hector Calero just two days before via 911 recorded line and the gender discriminations and illegal fraud and mental stigma would not prevail. I had called the Pentagon Mainline two days prior as stated

previously because of the strange mentality of conspiring and cover ups on crime against me and massive and repeated refusals by the area jurisdiction of the 19th Precinct to address crime and to stop attacking and frauding victims.

If I have to make clear again that I am a victim of stalking, harassment, identity fraud, theft, federal right infringements then there is an obvious set of obstruction of justice crimes going on.

Officer Toussaint ignored the evidence provided, Bullied a resident of Wellington Tower into a Mental Ward for Writing a letter about the Fraud by Jordan Cooper Management Company Staff/Wellington Staff and Hector Calero's Personal Infringements on my person, Would not stop despite evidence provided, avoided making report of such, was not honest with his superior officers

3) Officer Andreoli of the 19th Precinct, NY

Officer Andreoli was the officer on the 9-1-1 call that I made regarding the in- building harassment, sexual aggressions and fraud by the staff member that Andreoli engaged in gender discriminations and minimized the matter, lied to me regarding the matter and did not help me get a restraining order despite his repeated aggressions and the mindless obstructions obstructions and psychotic abuse and defamation of my person. Andreoli,

Wikkert and the Detect on the Matter, Who said his name was Stoller or Stohler, unless that was an alias, told me that it was a domestic situation and that nothing happened to me. Andreoli delivered his report and his findings to the detective who did nothing about the matter and the chronic illegal behavior that was about to get much worse because of the gender and illegal discrimination of mental stigma and fraud. I reported Hector Calero's chronic and repeated physical illegal contact and despite my repeatedly saying no and to stop. Officer Andreoli told me that I could get an order of protection by going to the court house and went there and neither his investigation, nor the order of protection directions were valid and of any reasonable nature. The matter was about to get much worse as the Jordan Cooper Management and Hac Interiors building fraud and contracting fraud was about to get much worse and Hector Calero, Jose Agueda, Paul Brensilber, Vilma Keller, Manuel Ferrer were about to engage in major fraud, criminal encroachment, extreme harassment, identity fraud, intimidation tactics, conspiring, tampering, abusing a resident and proxy owner, engaging in medical mental status fraud to attempt to steal a person illegally from their home to shut them up from addressing staff crime and abuses and encroachment on a resident, her property, her rights, her holdings, her career and her reputation. The attacks on me were organized crime. The Hac Interiors and Jordan Cooper Management Group engaged in highly illegal misuse of asset holder and family data, personal data and also slander and gossip to attempt crimes and fraud and proven to be slander and abuses. It is a major infringement on the housing act.

14

## 4) Officer Wikkert of the 19th Precinct, NY

Officer Wikkert was the second officer on the call that I made to 9-1-1 when I saw that they were begin to lie, harass and stalk for me handling board meeting matters for Wellington Tower, as per my right and proxy as I was an owner proxy and the apartment was PART OF MY inheritance and assets, as my apartment inheritance properties were transferred from the Park Avenue Apartment to the Upper East Side Unit.

## 5 )Officer and Detective Stohler of the 19th Precinct, NY

Detective Stohler was the detective on the very brief and very mediocre investigation on the corruptions and major harassments and fraud by the conspiring obstruction group at Jordan Cooper Management. Detective Stohler attempted to call the employee aggressions and contracting abuses, stalking, sexual aggressions and harassments and what may be considered borderline sexual assault as I was injured when he aggressed and tried to take advantage. I could not breathe through my nose due to major accident and complete blockage of my nasal passageway. According to the law, sexual assault does have to involve physical injury or at gunpoint or other violence. In this matter Hector Calero was misusing personal information and position of superintendent, which is obviously and has been proven that he can do any type of behavior and crime and has claws in the building and can perpetrate and

conspire and cover up anything. The misuse of power is relevant to the sexual assault category and intimidation tactics. I had told Hofmann previously about the sexual aggressions by Hector Calero and they ignored it and further abused me as they always abuse me. They do abuse on victims of abuse and that is proven again. They are very sick people, just like John Canning who has attempted aggressions against me before for the aggressions of others upon me. It is rather creepy. For anyone to tell me that nothing was happening and happened to me is not only abuse but a federal infringement on the basis of gender, as he did, in reality and fact, favors for Hector Calero and so did the 19th Precinct in repeated terms and fact. They are not that special and certainly do not deserve one bit of preferential treatment whatsoever. The mentality in the building management world and the contracting mafia status, which is the current status quo in New York City that Superintendents can get away with running contracting operations is crime and fraud and pathetic that any precinct would allow one to go one, as it hurts residents and creates monopolies.

5) James Grant of the 19th Precinct, NY

Chief Grant has allowed multiple major fraud and criminal encroachment, discrimination, defamation, obstruction, tampering, conspiring and has prevented the matter from and illegal behaviors by his officers and team to be unaddressed and this is not the first time. He even aggressed against me in the precinct with his officers, bullied me, lied and obstructed justice when I came to make report after taking a 4 hour bus trip, as I was told I was to

come to the point of origin precinct to make report and to seek arrests on the crimes and despite them doing illegal refusal and obstructions to stopping crimes against me. He screamed at me, bullied me, would not let me tell him the matter of what occurred, they had their hands on their guns and I was seated unarmed person attempted to make report on major abduction, fraud, federal infringement of illegal discrimination, conspiring, tampering and obstruction. He refused to do his, acted as if he was put out, retaliated for probably the lies and fraud from his group and furthermore did independent criminality and abuse.

### 6 )Officer Garcia of 19th Precinct

I went to the 19th Precinct over the summer of 2014 after the illegal stalking and harassments began and attempted to get a report number and to get help from her regarding the outbreaks of attacks by the Puerto Rican Contracting Mafia and Jordan Cooper Management Company and Hofmann Group. I was very scared and I was quiet and the matters were very complicated and she would not let me sit with her and explain what I was being victimized by and immediately told me out of the blue as I was trying to muster my strength to tell her the specifics of the Mafia group at Jordan Cooper's behavior and because of the obstructions and fraud by the 19th Precinct which is supposed to be a place where you can get help on crime whether white collar or obviously blue collar crime.  Officer Garcia verbally attacked me and mocked me for being shaken and that is all I was quiet and was standing before and had handed her the report number and she did not understand my pause and told me that "I needed to learn how to talk to officers." And with a mocking and

rude condescending tone and soon after I noticed later as that visit Garcia and the officer at the desk refused to do their job and refused to help me add to the report and to get report copy and detail. I noticed later upon coming back to the precinct as matters do not go away just because officers try to target strangers that once again, this female officer was at the desk and upon seeing began whispering and making eye and degrading innuendo implying that I had done something wrong and engaged in what looked like the following:

A. Targeted a victim for bullying sessions who is attempted to get precinct help

B. Mocking a female injured victim as a female officer attempted to show dominance and superiory-gender discrimination and abuses

C. Fraud and obstructive defamation on a stranger and with no cause and causing severe and dangerous obstructions

D. Gossiping and whispering as a child would and flirting behind the desk and to garner and co-opt and obstruct victims getting help on a matter and also stopping abuses from such behavior

E. Behaving in inappropriate and illegal caricature behaviors and misusing former medical mental history of major depression which was none of her business and to obstruct the victim from protection of rights and safety and prevention from making necessary report. A year and half of obstruction and abuses resulted largely because of the gender abuse nad mental stigma slander and fraud through word of mouth and

blotter and note fraud by Miss Officer Garcia. She did not even know me and decided to slander me to Officer Andreoli and Perhaps to Chief Grant, and she was present and making faces about me when I was able to return to the 19th Precinct for the day after six months in abduction and abuse situation that was unaddressed and had just overdrawn my account to even get there as the Saratoga PD refused to do their job and attempted to site point of origin precinct so I went there.  Officer Garcia not only did not know me at all but made faces and tried to tampering with a very vital and urgent major crime report and immediately Grant and the others circled around me as Garcia pointed at me thinking it was unnoticeable and made mocking and derogatory danger faces and I believe it was on the much previous major depression history which was both confidential, criminal obstruction to discriminate and to prevent fair access to the 19th Precinct help as I was upstanding citizen and resident year there for years and years and with an MBA and of the upper class which is also usually stupid to target, as often education is with that. I know that perhaps my presence on this matter serves the poor and those who were sick as at least I can address the illegal behavior, criminal encroachment on federal rights and the major pathology of individuals at the 19th Precinct engaging in fraud and abuse. It is highly illegal and an embarrassment for any of these officers to be out on the street armed and in licensed position and if they cannot treat all people with respect and as they want to be treated.

I warrant a guess, that Officer Garcia knows nothing about what it is like to be

thrown in a ward when well, to be treated like garbage and a loser and I am certainly not that but a very high level person in society and in art and development for city, state, country and internationally. What are you all up to?

In The fall of 2015, I tried again to get report numbers from the 19th Precinct and to make report about the matter to get arrests made on the private citizen perpetrators and to address the abuses and misconduct by the officers and Garcia picked up. I did not know it was her. She took my report and never called back. I tried to reach her and no one again would pick up my call. They never released any report numbers and data to me despite the federal infringements of such on the Freedom of Information Act.

I am not sure what these officers are doing in the 19th Precinct, if they do not want to help people such as me. I was a victim of 11 crime rings and abuse groups in the last 500 days from their encroachment and refusals to make amends and to end obstructions to reinstatement of my public data reputation and career and resulting major financial, physical and personal injury has resulted. I am not sure what these officers are doing claiming to be law enforcement officers and especially if they want to harm a person who busted major contracting mafia and fraud and white collar crime and continental homogenous and criminal groups given preferential treatment and doing crime because of latent and overt discrimination and superiority ideology and harassments based on such. The entire latin monopoly of abuses is a matter that

is real and also why it not be addressed and especially as this group has been taught to belief that they can do hate crime and discrimination and get away with it. Latin officers will do favors and obstructions for Latin building malfeasance and misconduct. They attacked a civil rights leader who has been active for unity and equality for all and not for one group since the 1990s and with specialized political science education in this area.

7) Commissioner Bratton of New York Police Department-See Example Exhibit at the Back of Blatant Cover Up and Disregard By Bratton for other Citizens and educated persons Besides his favor familiar group

Commissioner Bratton office first received report and detail and asking for help on matter at the time of the criminal encroachments in August 2014. Commissioner Bratton received correspondence and report on the criminal fraud and encroachment that are directly in violation to my rights and many federal laws. He and his group ignored the reports of the Manhattan 19th Precinct major abuses and criminal gross negligence by each Manhattan precinct, who were informed of the matter but ignored it and left me in danger and the danger, abuse and fraud got worse because of the negligence. Bratton later heard directly from Governor Cuomo on the investigation and did not do any disciplinary action on the perpetrating officers, did not make arrests, left me in danger and allowed other criminal groups to use the situation to do more crimes on me. He neither did his job, but did

obstruction crimes, fraud and abuse on a victim of major crime. The ongoing reality of Bratton ignoring police crimes, abuses and harassment is absurd, unprofessional, irrational, dangerous to the victims and depreciating the public utility and essential utility of the public utility of the police which is set aside to protection the security for citizens and to enforce the Federal Laws and U.S. Constitution. I am a citizen and a quality one. The fact of abusing someone and talking out both sides of the mouth, so to speak is really a poor reflection on the recent service by Commissioner Bratton. He has known about the matter of the crime, identity fraud, attacks, fraud by police persons, major harassments, obstruction crimes for a year and half but has not make any arrests on any person and despite the evidence submitted in several drives of evidence to the State Police Investigators office, Schneiderman's office, Cuomo's office, Saratoga Police, Saratoga County Sheriff and the ample report that could lead to investigation, fact finding, checking report validity and making arrests.

8) Mayor Blasio- See Example Exhibit at the Back of Blatant Cover Up and Disregard

Mayor Blasio's office was contacted at the time of the encroachment in August 2014. CRB Was also contacted and nothing came of anything. CRB said that it was not a matter that they review and wrote that in two letters and despite the matter involving public corruptions and criminality in their purview of review. He ignored several letters and Investigation ordered by Cuomo and dismisses it and engages in the con network paper push and pushes it to the Mental Health Category and obstruct the discovery of his abuses and failings and at any costs to the citizens. Ignored Governor Cuomo's Investigation order and refused to

address the matter and engaged in abuse and crime of obstruction. Criminal gross negligence

### 9) New York District Attorney Schneiderman- See Example Exhibit at the Back of Blatant Cover Up and Disregard- Refusal to Do His Job of protecting the Public and State Citizens Utilities From Invasion by Corrupt Staff

Attorney Schneiderman received correspondence in 5 report details and two drives of evidence tracked to his office and back in the Spring or Summer of 2015 or perhaps before and with a subsequent drive that was also disregarded in favor of cronies and conspiring and preferential illegal discrimination and federal rights encroachment and also abuse backing and cover up crimes and mocking a good and noble citizens efforts that were made in good faith. His reply letter stated that there was no issue of public corruption and that they were not going to do anything about it at this time. He sent two of those letters and despite the obvious public corruption, unaddressed dangerously abuse crimes, major ongoing fraud and harassments, stalking, theft, obstruction crimes and defamation to obstruct justice, conspiring, embezzlement, racketeering, white collar fraud, white collar crime, abduction, lying to utilities of police and through the databases by decoying and dishonest officers, discrimination and fraud, identity theft, holdings theft and futures theft. There was clear receipt and tracked evidence with a large quantity of a year-long collection of evidence copy on the matter.

### 10) District Attorney of Manhattan Cyrus Vance

District Attorney Cyrus Vance received call and report to his line and the Assistant D.A. about the abduction, white collar fraud, major identity fraud, abuse, obstruction crimes, asset fraud, hostage keeping, conspiring, tampering and did nothing but lied about the content of the matter and engaged in obstruction crimes and fraud, discrimination, identity damage and fraud on a victim. He has left me in danger because of his refusals to do his job.

## 11) Assistant District Attorney Chloe Kendall

Assistant D.A. received call and report to his work line from me regarding the matter, which is very relevant and she was very dismissive and tampered with the content of the report and what had happened to me. I made very clear to her that I was a victim of series of crime rings and sprees and including abduction, theft, fraud, breaking and entering and obstruction crimes, among other things. She attempted to tell me that her office does not deal with rape and to call the rape hotline which was neither the matter of my report and the segment of the encroachment by Hector Calero was only a part of it and that is more in the realm of sexual assault, harassments, obstruction crimes. I wanted arrests and was not seeking therapy. I had already endeavored to make report. She was privy to the fact that I had been treated for mental illness and she did not acknowledge nor find valid that the hospital could have been used in an illegal and medical fraud grooming to steal assets location and also engaged in illegal violations of the Disabilities Act to even prevent me from rights to getting arrests made on the multiple Manhattan Perpetrators and where the origin of the crime began and from several criminal groups.

12) Joseph D'Amico New York State Police Superintendant –Repeated Ignoring of the

Matter and Despite the NY State Police Direct Liability in Multi County and Local PD Large

Scale Crimes

The State Police were contacted several times trying to get immediate assistance on getting

arrests made on the perpetrating data base white collar fraud abusers at the 19th Precinct

including an Officer Garcia, also who I did not get to chance to address in the original

complaint because of the ongoing encroachment, stalking, fraud and harassment from 11

crime rings fraud and obstruction of justice encroachments. The contact to the State police

was made to the offices and with voice mail to State Police offices and headquarters

recordings and in good faith assuming that they would want to help a victim of abduction,

major white collar fraud, white collar theft, stalking, harassment, obstruction crimes,

tampering, conspiring, physical abuse and encroachment, illegal and fraud home invasion,

blotter attacks to decoy from the matter, attacking from trauma of story and lack of

comprehension. D'Amico was contacted directly by Governor Cuomo as Governor Cuomo

received report from me, the victim and plaintiff and issued an investigation on the public

sector encroachment, fraud, abuse, obstructions, tampering, harassment, stalking, accomplice

to abduction behaviors, white collar assistance in major crime sprees by 19th Precinct and

Saratoga Police Department. Superintendent of State Police D'Amico received the order

from Governor Cuomo in April 2015. He passed the matter to Asst. Superintendent Penny,

who passed the matter back to the perpetrating and offending officers group doing

misconduct and despite the irrationality and fraudulent investigation of such. The report to

Governor Cuomo addressed 19th Precinct officers doing malfeasance and misconduct and

also the Saratoga Police Department abuse, obstruction, fraud, tampering, stalking,

harassing, illegal federal rights encroachment, accomplice to abduction behavior, conspiring,

tampering, accomplice to major theft and direct and ongoing torture and abuse and theft of

status, career and assets. They had already exhibited psychotic and criminal tendencies and

were reported and to the Head of the State of New York Governor Cuomo who ordered an

investigation. I may be wrong, but I believe that he wished a legitimate investigation and real

arrests to be made on any perpetrator doing crime and not a paper push fraud obstruction

circle of blocks to be sent back to the perpetrators who had already engaged in strange and

questionable activity and were not credible and neutral parties on the investigation and to be

sources of justice and adjudication on the matter. The matter reached Greg Veitch and

Grant issued by Senior Investigator George Beach who read their reports and the original

report made by me and I quote "the matter was handled professionally and is closed' said

George Beach of State Police under D'Amico.

13) George Beach II Senior Investigator of State Police-Multiple Criminal Actions of

Obstruction By He and Also Maybaum-Needs to be dismissed

George Beach, whether by overt cronying or by poor professionalism of standard of belief

officers are superior people and that favors of ignoring and disregarding abuse,

discrimination, fraud and criminality should be done, it does not matter.

It is not even remotely appropriate, not excusable and not permissible to discriminate against persons who are not officers and wherever there is matter of report and necessary investigation police misconduct and criminal abuses and this was that case and every case and matter is to be properly reviewed. It is mindless to assume that any paperwork of order and report coming in to an office is a little matter and that someone can accrue state and local public utilities moneys to do the job and not do the job and then do fraud on top of that first major set of abuses.  It is also illegal to attempt to access, to create and or to misuse former medical history of any treatment of major depression or any derivative symptomology and/or to warp the facts of the previous medical history of abuse and depression to steal away account, report, rights, identity, career, health status, assets, person, access to law enforcement assistance, access to arrests being made, access to honest and fully legal and just review of a matter and access to resolution and justice on major encroachment. Their mentalities are both hick, passé, illegal outdated, fraud, tampering, keeping hostages to fraud, enabling torture and abuse, holding a victim prisoner to a matter and obstruction crimes.

It was crime and dangerous for George Beach of the Senior Investigator of the State Police to dismiss a major unaddressed ongoing white collar hostage, identity fraud, abduction, theft of assets and to create defamation to cover errors and dangerous obstructions to the facts

and truth being brought to light, which creates further harm and could kill the victim and vast and criminal perpetrations are evident amply.

After receiving the matter is closed letter, which is both fraud tampering with impression and also disrespectful to a person and criminal encroachment on rights.

After receiving his aggression letter and fraud letter, I called him and let him know that he needs to reopen the matter and that looking at the notes of the perpetrating officers and talking to the perpetrators is not even remotely an investigation and is creating a fraud impression of investigation and is clearly not. Senior Investigator George Beach never contacted me before his closure letter at all to do ask questions, to accept evidence and I had plenty. On the call voicemail to Senior Investigator George Beach, I told him that I have much evidence and on the Saratoga Police Department and Including Greg Veitch and that I want to get him the drive for the matter and I addressed that he never contacted me regarding the matter that I was a victim of. He neither requested drive, reopened the matter, made arrests and kept those perpetrating officers literally harassing me, frauding me, stalking me and they even attempted on me to my home and were caught and in armed and fraud armed home invasion and false arrest and false statements by Greg Veitch after he found out that he was court marshaled and facing federal litigation which he has been trying to fraud and tampering with by attacking the victim, attacking the victims career, reputation, frightening the victim, terrorizing the victim, doing permanent and false blotter blog notes statement, slander in office, conspiring in fraud and such acts. He conspired with District

Attorney Heggen to not only prevent discovery of the abduction, abuse, thefts and identity damage and keeping her hostage in the woods to the crimes and fraud but attacked the victim with the fraud group and the lying and abusive persons engaging in major federal crimes and federal rights infringements and from my understanding they have a history and have not yet been addressed until myself in the Federal Court, but will be addressed.

<u>Regarding Time Provided and Why Suit is Also Necessary In The Federal Court</u>

They have had ample opportunity and very professional request to be willing and active members of law enforcement and to address the crimes and the misconduct and they have not only ample report and evidence to them and despite such engaged in cover-ups and obstructions, but they also had ample time of 1 year to change their direction and to make apology, to endeavor to do investigation and to make arrests, to help me the victim back to a safe and reputable quality of life in my home of Manhattan, to not contribute to further fraud, to not engage in accomplice to abduction behavior, their hijacking of the public offices in crime cover ups,  refusing to be honest and to take the adult  and courageous high road of honesty, humility and honesty and rise to be law enforcement and to rise to greater status and rank. Not one has done so in New York State.

They have lied to the State Police and the City Hall of Saratoga and Mayor Blasio's Group and the Attorney General Schneiderman and the District Attorney chose to disregard the matter and to treat my rights and life as inconsequential and some minor nothing. I was greatly disregarded and despite much information and evidence provided, which is not only a

major slight to a citizen of the state's rights who showed good faith, but it is also a direct disregard for the law and their duties of office. I do know that Governor Cuomo himself ordered an investigation that was never carried out and I do not have reason to believe that that he made false statement when he ordered a real investigation.

15) District Attorney Karen Heggen

District Attorney Heggen Starting Harassing Me for Greg Veitch as he found he was sued in federal court and his group was already court marshaled on the criminal behavior by his officers, illegal and federal infringement, major fraud, harassment, conspiring, tampering, obstruction and abuse. Heggen collected my from someone and had no authority to email me harassing and threats when I had reached out only to get law enforcment assistance on the crime, fraud and conspiracy of obstruction for misconduct and ongoing crime scene cover up by Veitch and company.  The underlying harassment is neither legal and the underlying maneuver of refusing as local person access to help from the police and city hall as it public utility and I have rights to police assistance and the crimes against me in my case were actually and are real. She then began a maneuver series of fraud attempting fraudulent arrest maneuvers to cover the crimes of the city hall Ogden and Veitch and company Embezzling rights, abduction cover ups, medical fraud, major harassment, stalking, tampering, criminalizing a witness on police crimes, defamation and abuse.

16) Secretary to District Attorney Trish Bush

Trish Bush lied or conspired with Heggen and for Veitch and perpetrating in more than one count of fraud and tampering and scams to cover the criminality of the city hall group from and participated in by Heggen, Bush, Veitch and the perpetrating and ignorances who not only are very uneducated and have trouble with white collar crime detections and failed, but furthermore perpetrated in crime against me and attempted mental stigma and infringement on many grounds and social class discrimination. She tampered and lied and in public record and to the courts. She was caught. I had never met. I did not want to speak. She wrote me. She harassed me via email and took part in theft of flawless record, theft of assets and prevention of arrest on major abduction, white-collar asset fraud, embezzlement, racketeering and obstruction crimes. She took me hostage in a very abuse and intimidation crime maneuver of fraud to attempt to aggrandizement for doing crime. I had never even spoken to the woman. I never saw her. I do not know her. She did extreme stalking with Heggen and Veitch and Ogden and got caught.

17) Chief Greg Veitch of Saratoga Police Department

Veitch refused me police access and told me that he would not make arrests on the perpetrators against me, attempted to criminalize me to make the crime spree by his office upon me go away. He allowed fraud by his officers to be maintained and carried on. He allowed abuse, fraud and harassment by his officers. He lied to the District Attorney, harassed me, threatened me and kept me from getting safe from crime perpetrations. He engaged in accomplice to abduction, overt obstruction crimes, defamation, slander,

31

conspiring, tampering, mental stigma as a fraud tamper obstruction and had never even met me which exposes his abuses and fraud. For someone who claims to be law enforcement, he was very engaged in obstruction crimes, threats, fraud and abuse to prevent being addressed according to the standard of law.

18) Officer Meghan Hall –feigned to start an investigation, feigned to do a real report, tampered with the outcome, falsified report, obstructed discovery, accomplice to the abduction and white collar hostage situation to the fraud against me, threatened me with fraud with her ignorance's, harassed through fraud report and undermined major criminal investigation and on the perpetrations against me.

19) Investigator James Bell-Falsified and claimed there was no criminal activity, abuse and infringements against me, tampered and closed an investigation in a comprehensive pre-planned maneuver after Veitch has set an illegal boycott on making arrests on the abduction, fraud, medical fraud, harassment, stalking and abuse.

20) Joseph Ogden –Assistant Mayor of Saratoga Lied and after meeting with me once to address the ongoing obstruction crimes and underlying abduction. Ogden attempted to say that it was not his job and left in my abduction and with no support from Saratoga and engaging in accomplice to major police and city crimes.

21) Judge Joseph Doern –willingly began launderer and creating false documents and events to cover for the Saratoga Criminal Police Department activity and even knowing of the abduction and the ongoing stalking, major defamation, major identity fraud and ignored the evidence sent and tracked to him and engaged in major defamation, taking of hostages to the Saratoga City Hall crimes and illegal mental discrimination falsification to steal report and account from the American People and Saratoga County people. The Fraud by Doern and the City Hall was caught regardless of their power and corrupt practices of favors and conspiring, gossiping, tampering, goading and public fraud and harassment.

22) Judge Jeffrey Wait- willingly began launderer and creating false documents and events to cover for the Saratoga Criminal Police Department activity and even knowing of the abducton and the ongoing stalking, major defamation, major identity fraud and ignored the evidence sent and tracked to him and engaged in major defamation, taking of hostages to the Saratoga City Hall crimes and illegal mental discrimination falsification to steal report and account from the American People and Saratoga County people. The Fruad by Doern and the City Hall was caught regardless of their power and corrupt practices of favors and conspiring, gossiping, tampering, goading and public fraud and harassment.

23) Officer Stacy Rigano-Saratoga- Through her errors and misconduct and unwillingness to admit error in saying that were no crimes going on against me, Erin Leah Canning, to cover

her crimes, focused on covering and keeping the victim hostage to the abuses, errors and mistakes.

The 2 precinct persons and Saratoga City Hall Staff, have made efforts to conceal data, fact and discovery, which prolong the original perpetration perpetrators from being arrested or put into fair and respectful treatment in private sector in a nice place, as all citizens have rights and should have a good chance at being rehabilitated.

Injury from Refusal To Investigate and to Help Resolve the Matter

 The refusals to investigate, to make arrests and to bring the matter to justice results in greater injury of economic tort, physical injury, public record encroachment expounded upon and exponentially creating greater criminal encroachments and civil encroachments due to the refusal to make arrests and compensating for such wrongdoing and also in greater injury to the victim and to the perpetrators who remain untreated and without possibility of being rehabilitated and to have a better life.

None of the officers who claim to be experts on my life, mental health and reputation, which they have taken as a possession of their whims and law breaking, know me and most have

never spent any time other than five minutes with me and much time making obstructions through building conspiring groups and through slander and gossip to get out of any punishment and disciplinary action.

Regarding Doing Work for New York State in This Case and Good Samaritan Work On the Matter and for the Greater Good

I am addressing major New York State Abuses and Procedural Failings and in so doing, I am helping my Home State and the New York State Police Forces to remove corruptions from the offices and from the teaching modules and staff patterning.

II) JURY DEMAND -JURY TRIAL DEMANDED

Due to the illegal nature of patterning of corruptions and state level malfeasant directors and staff.

III) SUBJECT MATTER JURISDICTION

OVERVIEW

A) Federal Rights Infringements

1) Disabilities Act of 1990 –Perceived disability-manufactured to steal assets and to obstruct justice and illegal discrimination in the first place, before, after and during and still the rule of law.

2) Gender Abuses- Evident in Exclusion from Rights Protection and Shareholder Protection

3) Continental Origin Discrimination

4) Marital Status Discrimination

5) Industry Discrimination

6) Victim of Class Origin Large Estate Hate Crime Targeting of Recipient of Wealth Using

Tampered impression and database fraud to cover tracks  -Hate Crime- Multiple Categories

accomplice to behaviors from the defendants and backing of such. (Gender, Class, Family,

Continental/Race, Single Female, Mental Stigma Fraud and Previous Medical Labeling

Victim)

III B)

18 U.S. Code § 245 - Federally protected activities

(b) Whoever, **whether or not** acting under color of law, by force or threat of force willfully
injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with—

(B) **participating in or enjoying any benefit, service**, privilege, program, facility, or
activity provided or administered by the United States;

IIIC)

Constitutional Violations

Amendment One- Freedom of Speech and to Assemble, To Petition

Amendment Four-Right to feel and be secure in home, holdings and among things and not
to be infringed upon and nor removed from my home in violations against me and or any
derivative of them. To not be taken hostage or arrested/false arrested for protecting my
rights, properties, person, trying to make report as is the law and to make report and to seek
legal recourse on encroachment and violations

III-D)

<u>Federal Law Violations-Crime And To Press Charges on Whomever Needs To Be Arrested and/or Punative Damages Awarded to the State by the Defendant Public Utilities Staff</u>

18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees

18 U.S. Code § 1506 - Theft or alteration of record or process; false bail

18 U.S. Code § 1510 - Obstruction of criminal investigations

18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant

18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant

18 U.S. Code § 1514 - Civil action to restrain harassment of a victim or witness

18 U.S. Code § 1514A - Civil action to protect against retaliation in fraud cases

18 U.S. Code § 1518 - Obstruction of criminal investigations of health care offenses

18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

18 U.S. Code § 2073 - False entries and reports of moneys or securities

18 U.S. Code § 1347 - Health care fraud

18 U.S. Code § 1349 - Attempt and conspiracy

18 U.S. Code § 1203 - Hostage taking

<u>III) D-Part B-ACCOMPLICE TO CHARGE LIST</u>

18 U.S. Code § 1203 - Hostage taking

18 U.S. Code § 1201 – Kidnapping

37

18 U.S. Code § 1951 - Interference with commerce by threats or violence

18 U.S. Code § 241 - Conspiracy against rights

18 U.S. Code § 242 - Deprivation of rights under color of law

Hate Crimes By German Neo-Nazi and Japanese Conspiring Group

Hate Latin American Aggression Criminal Aggressor Group

Accomplice to several acts of torture and attempts to injure through slow and calculated and repeated torture tactics and cover ups

Targeting Artist Singer and Musician to harm and to ruin due to malicious acts from jealousy

Hate Crime by Government Persons attempting to ruin reputation of Witness and plaintiff addressing the crimes against her

Hate Crime by Baltimore and New York City Urban Music African American Extremist Hate Crimes on Professional Isolated Single European Female Music Industry and Who Was Paradoxically an activist for Solidarity of All National Origins and to End Race hatred for all and without preference of backing any faction and to end any hatred and also hate forms that are en vogue such as black supremacy movements posing as black power movements and latin supremacy take over and hiding in music and art industry and any residual of European American exclusionary practice on other continental origins.

IV) EXPOUND ON FEDERAL CIVIL RIGHTS VIOLATIONS

Continental Origin Monopoly Under the Radar Discrimination Against White Females

The staff were also all Puerto Rican and engaging in arrogant and minded arrogance,

discrimination and tacky behavior. The officers on the call also engaged in gender and

martial status discrimination besides the mental stigma, industry discriminations and classisms. The Also were also minority and it appeared as if they were glad to take discrimination sides much like the Puerto Rican female officer in the precinct behaving as if I was some cliché on the basis of continental and race that she had garnered in some gossip and propaganda circle and despite my work for civil rights and equality and in a time where riots and hatred are clearly on the basis of illegal hate crimes and illegal stigma against persons on the basis of race and continental origin. I was doing much work for Baltimore and the international urban markets but I was treated as some stupid street trash. I sensed the actions and the aggressions from the officers and staff, were both irrational, incredibly condescending and defamatory implying that I am a simpleton and some opinion that they can make decisions and gossip in blotter and dangerous office gossip and irrationality was apparent. In a time where race hatred and riots were a thing of the past, the lower income bracket African American and Latins compensate for poor information in assumptions that others are behind them on the basis of appearance and harass and abuse others and others rights. The fact that this information is rarely addressed and brought to light is pathetic. To assume that there is not a reality outside of the propaganda suppression of abuses against European American Women and Men by Latin and African American Officers and Civilians is ridiculous. The conspiring in number to cover for minority privilege is both unconstitutional, a hate crime and is an embarrassment to all involved and to the United States of America. Most persons who are European American are not ignorant and certainly have carried much objectivity and involvement to end civil rights encroachments against

39

African Americans and did so after hearing the media outlet information. I was one of those and also fought to end the ignorance's and abuses in both the African American Urban Communities for many years and also endeavored to stop the pre-violence grooming and I endeavored to stop the incitement to riot and the polarization that persons wanted to perpetuate and to take advantage of a matter that was not related to their civil rights because I care very much about the progress that comes from unity and equality and it does not come from ignorant and baseless hate crimes targeting persons on the basis of paler pigment and ancestry. Because of the flagrant and widespread simplification and misuse of the matter of Trayvon Zimmerman crisis associating it as a tag to race, as many very undergraduates would do in their personal pursuit of evolution, the resulting dominoes of three or four mass riots occurred. No person listened to me and I received much hate mail. The gender abuses against women by women and by men is plentiful and widespread and a damage to the country

I was involved because I was part of a Baltimore International high Level Record label also based in the United Kingdom. The unity and with Baltimore peer groups fell away quickly and in arrogant and baseless targeting and hypocritical discrimination and based in self and aggrandizing ideas of others inferiority of mind and ethics.

The Wellington Tower and Jordan Cooper and then the Hofmann Group and the 19th Precinct Abuses and then Hospital Abuses of federal rights infringements could kill me and

anyone as such is incredibly damaging and traumatic to anyone's nervous system, reputation despite the illegal discriminations.

Gender

There is also gender discrimination and violation to equal gender landholding rights and properties. The obstructions and violations to respect on the basis of female land holders, female makers of report are appalling and utterly baseless to maintain and defaming to the perpetrator to perpetuate.

Disabilities Act

It is, furthermore laden with illegal violations of the Disabilities Act to even prevent me from rights to getting arrests made and making obstruction crimes and fraud priority and such is cowardly as it is one matter and honesty on such a matter would be highly respected where coming forward and honored as such is not easy but the legal and noble act.

He ignored the evidence provided, bullied A resident of Wellington Tower into a Mental Ward for Writing a letter about the Fraud by Jordan Cooper Management Company Staff/Wellington Staff and Hector Calero's Personal Infringements on my person, Would not stop despite evidence provided, avoided making report of such, was not honest with his superior officers. Bullied and abused a well person into tears into a mental ward for a 2-week stay and heavy with abuse, criminality and defamation. I noticed the irrationality of bullying Europeans rates of encroachment soared exponentially during the race and protest periods

41

and perhaps I was a victim of pendulum simplification on macro trends and the

encroachments and ongoing and unprecedented harassment by the officers was both

targeting, irrational, unwarranted and bizarre out of the blue behavior and based in fraud and

they made no efforts to amend their statements but to further encroach.


## V) VENUE

SOUTHERN FEDERAL DISTRICT COURT DUE TO THE ABOVE FEDERAL LAW

AND RIGHTS INFRINGMENTS AND LOCATION OF MOST OF THE LITIGANTS


## VI) STATEMENT OF FACTS (RULE 8)

### A) Background – Lead in To Defendant Group

### Corruption Experience at Wellington Tower Condominiums and Jordan Cooper Management Group Abuses That Led to the City Of New York Perpetrations and Discriminations

The apartment was formerly occupied by my younger brother, Mr. Paul Hofmann. It was a

family apartment for many years. My brother had moved upstate and I had transferred my

home rights from a downtown Park Avenue Apartment to the Upper East Side apartment

and was told it was part of my inheritance or the asset value would be transferred if I wanted

to move. Upon moving in to Wellington Tower Building at 350 East 82nd Street and in the

Summer of 2008, The Superintendant of the Building, Hector Calero immediately stopped

by and said hello, which was warm and welcoming but also began inappropriate behavior

immediately such as flirtations and other questionable behaviors. He said that "he could see

himself spending a lot of time at my place" when he stopped by to introduce himself. He

had been acquainted with my younger brother and he immediately started speaking of my

brother in rather familiar terms and began criticizing him and mentioned that he had been

difficult in the building. I am not sure of the relevance but I found inappropriate that he was

so familiar and that he found it appropriate to hit on me.  It was rude and not because I feel

I am some superior being, but because he is an employee of the building and such is

disrespectful to my sacred space and person. I found it to be mocking and rude. The

assumption that such behavior was acceptable and that is acceptable to drag my reputation

and person into a building gossip and to demean me, when in fact, I am an authority figure

in the building as an owner's asset holder and board meeting owner proxy and an M.B.A. in

the building and a resident who wishes to have her privacy sacred and her person not

manhandled and encroached on in physical and verbal ways and as a result, harassed by

other staff members due to the gossips and chronic familiarity behaviors. It was almost a

ploy it seemed to get and retain power that was not theirs and to get under the table cash

and inappropriate power dealings in the areas of contracting, personal familiarities and favor.

Hector Calero would often waylay the staff of the building for his personal contracting ventures for cash money and during building salaried working hours when the superintendent and staff are paid to work for the building. There were other instances of preferential treatment for board member projects and also refusals to adhere to respect for the permit laws and building needs and fair practice.

I could often not get the building upon calling the front desk for maintenance personal work order, to do the work in a week's time and for basic items such as light fixture assistance or plumbing issue, as the tubs did not drain well. Hector Calero told me to contact him directly, if I needed any apartment issue addressed and that he would take care of it. I called him directly if there was an issue after the bulk work of the building often being sidetracked for projects that were not always the work of the building but of personal apartment beautification and construction projects.

There were approximately 20 times that Hector tried to be intimate and to do physical behaviors on me and he did not respect my very specific and direct repeated "NO. That was clearly stated over and over. I made it clear and even expounded on reasons why "No" because he was the Superintendant and I did not want to have a strange and bizarre situation in my building. He did not stop the sexual harassments and abuses. I tried to reach the board of the building beginning in 2011 and had placed several calls to both Jordan Cooper Management Company's both Karen Chau and a left voicemails about reaching the board to notify them of the matters and chronic behaviors in case they were unaware.  I had

witnessed obvious entrenchment of corruptions, preferential treatment and repeated harassments and belittling behaviors and discrimination. I found it rather strange and it was illegal and constitutional infringement in the first place, let alone the massive obstructions and white collar abuse and interception abuses. The matter demonstrated that I needed to speak directly with my Board of the Building and not to deal with Jordan Cooper Management, who had exhibited repeated and chronic failures and lack of basic ethical standard of practice in dealing with clients from buildings. They had also a stake in not letting me reach the board and Hector Calero would have wanted to block board contact and to oversee all contact with the board and to do favors for all to protect and grow his burgeoning and very self-centered multi-million dollar contracting firm that he was running from the building Wellington Tower. There was direct and obvious liability and certainly I had no duty to not address the board and certainly not to kiss tail at Jordan Cooper management rather than address the matter and despite their efforts to reframe reality in favor of their operation. They were unfit recipients of the data, besides due to their alliance with Hector Calero and the building crony staff, which would have been dangerous and sabotaged my building life as I am resident and he is staff and despite the staff not knowing their place repeatedly and over and over and with little exception. There was also no effort from the staff involved to file report, it do investigation on the perpetrations against me and they did not address the abuses and crimes against me at all, but attacked me like Paul Brensilber, which demonstrates that they are corrupt and frauds.  There was not one appropriate action from any resident, board member and or staff in the building. They all

45

witnesses the abuses and did nothing to back my very kind and giving effort to address the building corruptions and fraud. The Wellington Tower Building did nothing for me and did nothing at all that was legal and decent for me and despite full knowledge of the encroachment, fraud and abuses by Jordan Cooper and the Board of Wellington Tower and not from 2008 and not in 2014 and even then they had the audacity to obstruct the federal hearings on the matter and perhaps the staff still remains in charge and on top and not one person has been addressed. The federal court remains suspect to me after the dealings, encroachments and misuse of court rules and tampering with the court record on litigation and lying and stating that I did not state a claim when I surely did and that I did not give a detailed statement of fact and evidence and I gave definite evidence pre-trial and also there are ample witnesses. The federal court judges and clerks are completely out of touch with the standard of law and engage in overt abuse of plaintiffs without moneys for attorneys and any who any matter that involves medical fraud or mental stigma seem to be excluded from fair practice as well. There have been about 4 cases that have been dismissed and despite the Unconstitionality of that on more than one basis such as:

1) Equal Protection and Access to the rights and Privileges of all Citizens

2) To not be discriminated against on the basis of Gender and Marital Status

3) To Fair Trial and Access To the Rights of Every Citizen of Fair Trial and Adjudication and to Not Be Discriminated Against on the basis of Not having Access

to Attorney Representation - even where Pro Se Litigant and Informa Pauperis-Pro se
Litigants are discriminated Against and it is unconstitutional

4) To Not Be Discriminated on the basis of Employment Status and Industry as all of
   the defendants in great number on this matter have job supplied appointed attorneys
   despite criminal behavior and major encroachment and meanwhile plaintiffs who are
   true victims lose everything and the matter because of the preference for guilty
   defendants and white collar crime on the court and by the court.

5) To Not be Discriminated against on the basis of any perceived disability whether
   invalid perception or real –Disabilities Act

6) To not be attacked on the basis of gender in ones building

7) To not be abused on the basis of gender in sexual abuses in one's own home or
   anywhere else for attempting to get an a.c. unit fixed or lighting issues taken care of.


Jordan Cooper Management apparently would and did hide the sexual harassments, civil

rights infringements, contracting abuses and the malfeasance of their staff. I was right that

they would do so and they did. Furthermore, the discrimination against perceived smaller

income bracket families than the board members and the Monopolistic Paul Brensilber's

Group who acted as if others did not even have their right to free speech, as if the resident

were beneath the status of the staff members and had to shut up and please the Jordan

Cooper Operation, which behaved and acted as if they could keep hostages to their corruptions or bully people out and get away with crime and major civil rights abuses. Harassments from Mrs. Calero, Hector Calero's wife demonstrate how sexist and dishonest and overtly arrogant the building mafiosas and mafia leaders are. She felt entitled to harass me for her crazy husband behavior and pretending that she had a right to condescend to me at all and to lie about the multi-million dollar contracting group that they were operating from the building and attempted to imply that she was impoverished and that I had no right to address major encroachment, abuse and fraud done against myself and my family. The manipulations and intention effort to hide data and to create and implement defamation and obstruction crimes to prevent discovery of their arrogant, abusive and self-centered theft schemes of assets and resources. They had no respect for the law and did not as if they respected the law and humility for respect for equality at least of residents rights as they are staff and did major harassment, fraud and obstruction. They had no adherence to their duty and to protect the rights of others, that are equally as important and property holders there, myself.

The abuses attempted by Jordan Cooper groups and the attempts to cover the abuses of Hector Calero and his wife, as they attempted to cover their asses by defaming and engaged in gender discrimination to obstruct discovery on top of gender discrimination and his wife to obstruct discovery to protect her selfish monopoly hostage like treatment of accounts and building residents and emeshing in their business operations and private and personal

debacles and engaging in gender discrimination, implying that me addressing the sexual aggressions means that I am somehow interested in her husband or have some self centered motive for standing up for my rights and even counseled him to focus on his marriage and his child and to stop encroaching on residents for his personal aims and plans.  I was abused upon abuse for addressing what was done.  I had tried to gte him leave me alone in regards to any physical contact, overtures and personal romantic whatevers.

I was not interested in him because I am not scum and I did not appreciate the insinuation that the 19th Precinct attempting to call it domestic incident, that is both arrogant and offensive as that implies that any person who aggressing against me who is male I am his property and it is a domestic and that my verbal account is inferior to the males and to the 19th Precinct ridiculous and irresponsible behavior patterns.

They refused to honor my security, equal protection under the law for women and did not do any real investigation at all and did he said she said and despite the building and physical danger of it not be addressed. These persons use others to do illegal encroachment. He would not stop trying to touch me. (Please see below as I report the facts of contact with the 19th Precinct Regarding the matter and attempting to get help)

Jordan Cooper Group did abuses and harassments of me and my family. Paul Brensilber was stalking and harassing my parents and was threatening them with law suits when he was

neither on site, did not know what he was talking about, had no business stalking and repeatedly contacting and let alone threatening my family. I had tried about 7 times with various residents, the Jordan Cooper Group , the front desk staff to get email contact for the board, as Hector had threatened that he sits in on board meetings. Another woman in the building had said to me directly when I asked about what she knew of the Superintendent after the unusual behaviors and she told me that he was making inappropriate contact and doing sexual harassments.

I tried to contact of the Board of my building, Wellington Tower, prior to the board Meeting, which happens only once a year, to address the abuses and to speak privately about the incredibly insane building dynamics, civil rights encroachments, harassments, contracting fraud, extortion behaviors, threats, stalking, researching residents families, inappropriate preferential treatments for any board members and anyone who was not an owner, I stood up for the renters. I am an M.B.A. and a have a background in Political Science and my own mother was President of the Board of a bigger building and we help other people. I have attempted to get a fair trial hearing and in the federal court and Jordan Cooper Management group and lawyers manipulated and the federal judge ignored the very sound and detail claim, statement of fact and with evidence submitted with the claim follow up report attached to the pre-trial litigation and the Federal Judge dismissed it which is also illegal and criminal obstructions to addressing a very serious set of encroachment and abuses that are dangerous and they are mafia like. I am not sure why the Federal Judge would engage in

such abusive, corrupt and malfeasant behavior, but it is counter to the fact and of what the Federal Courts are about.

Jordan Cooper Management Group engaged in the following Constitutional Infringements: harassing a person on the basis of gender, marital status and class family origin, continental origin behaviors were also exhibited in the behaviors of superiority and belief that they could manipulate and had superior intellect and could get away with bullying and harassing strangers. The entire work force is all Latin. There is not one non-Latin worker. There was one worker many years ago that was Irish, but he left. They seemed to find it appropriate for an owners family to be bullied, harassed, extorted from, threatened, stalked, conspired against, gossiped about, misuse of private family data in preference for staff preference and hired managers and management groups over the rights, voice and properties of owners. Jordan Cooper Management Group has a very arrogant perspective that their poor behavior in undetectable and that can will be unaddressed.

### In regards to the New Immigration

### Contracting Residential Building Misuse and City Permit Misuse

They attempt to misuse other persons to block and bypass the discovery of the criminal and obstructions. They use staff as bodyguards to corruptions. These Jordan Cooper Management Company's Paul Brensilber, thought he was superior to the point that he found it appropriate and his right to harass, stalk, engage in crime, intimidation tactics, fraud, lying

to police, accomplice to and obstruction crimes and to do these activities to and strangers. He attempted to misuse legal representation to cover crime and major encroachment abuses. This certain Paul Brensilber, behaved and presented that he was superior to me because of gender, marital status and because he feels he has superiority because I do have owner's certificate and because he feels he is rich and powerful. I found out he was contacting my family and lying to them and threatening them. I placed a call to Paul Brensilber at Jordan Cooper Management Group, who I had never spoken with and who never met me and told him that if he has anything to say regarding the matter to contact me directly and to leave my family alone. My parents are elderly and they are not the proxy of the apartment. I have proxy and it is my apartment and it is part of my asset rights and they are not privy to the matter.

Not only was Mr. Brensilber lying, manipulating, trying to shut up residents, engaging in illegal activity, unethical behavior, harassments, threats, extortion threats, abuse, fraud impression, tampering, conspiring, misusing knowledge of family separations and knowledge of no contact but attempting to intercept information and lying about intent and intent that is obvious, unethical, psychopathic arrogance and overt abuse of a residents personal rights, freedom of speech and personal safeties.

I had contacted Jordan Cooper Management Offices in both 2011, 2012, 2013 and 2014 and had left voicemails on two phone lines and also spoke with Karen Chau twice about getting contact regarding a matter before Board Meeting and they knew I had proxy for the board

meeting. I attempted as per any residents rights regarding building matters, to get an email address of a Board Members of Wellington Tower Condominium Building or one at least, as per their duty, so I could address the corruptions and abuses and there were witnesses of such effort to get the email addresses.  Also, it is essential if someone decides to be on the board to be available to the renters, residents, owners and board members so that matters can be addressed. The impression that obstructions create is that the Board only is for their own personal investment and will subject to building to abuses and depreciation and will engage in abusive and rights infringements of other owners and residents. I had also asked several residents if they knew who was on the board. The board needs to be available for more than one day a year. The obstructions and blocks to contacting a board member and the board refusal to reach out to the residents and to encourage contact was all very secretive , degrading and unethical.

I had spent a lot of time working on the apartment that was both my asset and my family's asset. The stalking and harassments against myself and my parents are well beyond any human margin of innocent error and totally, totally disrespectful and should not take precedent remotely over persons lives and ideas of superiority. There are several members of Jordan Cooper Management that have exhibited dangerous, intimidation tactics and are maybe dangerous to others.  They had no respect for the rule of law at all and were doing whatever they wanted to Wellington Tower and the Residents of it. The whole building was in a free for all regarding personal desire projects and apparently very little law abiding was

going on. If a person's family and oneself could be harassed for telling the truth about what was going on in the building from several of the staff and Jordan Cooper Management Group who is very out of touch with their place, which is not above any renter, owner, resident or family of any owner. They are employed to provide a service to the residents and not to their desires to steal information and to hide and to do crimes on persons that are doing better work for the building and who are addressing dangerous and abusive encroachment. Paul Brensilber did not do his job. He engaged in crime, abuse, fraud, favoritisms and conspiring with an addressed neighbor who was breaking city permit and who I heard may be board member, the Barnett Family. I was told that they called the Jordan Cooper Management Group office to shut down the contents of the letter as their abuses were mentioned or if that was a lie said to me then Paul Brensilber himself wished to shut down the contents of the matter being addressed in the board meeting as I suggested getting a new building management company after the years of chronic abuses. I noticed that he is written up on the internet regarding corruptions and illegality when I googled his name after he started harassing my retired parents. He did not cease and desist his harassments after my call, but carried with his mindless and arrogant encroaching calls and threats against my family.

VI)

    1)  EVENTS PROCEEDING THE ENCROACHMENT SERIES

    2)  <u>July and August 2014</u>

3) My Septoplasty and turbinectomy was on July 22nd, 2014 and at Lenox Hill Hospital and was of medical necessity to breathe, as I had a blocked nasal passageway due to a deviated septum, and scar tissue build up in the bridge of the nose and did not have enough of a airway to breathe for four years due to an injury and also a deviated septum that was genetic. I definitely needed surgery.

4) Please see the post surgery picture also at Lenox Hill Hospital (E-1). My assistant accompanied me to the surgery. My assistant was working for me, to not only assist with the surgery, but also to assist with errands, some administration and some cleaning.  She was more acquainted with me than any other at Wellington Tower Condominium Building and was most familiar with my daily activities for the most part, although I have character and witnesses as to who I am, what I do and my nature who have known me much longer and who see me on a regular basis for business, leisure activities or who are friends. The Wellington Tower Staff who decided to violate Standard Business Practice, the Housing Act, The Disabilities, the Constitution of the United States to obstruct the matters from being addressed and also from my rights and the reality of my reputation, character and personage, which was hard earned I might mention.

At the end of July 2014

I went in for a turbinectomy and septoplasty surgery at Lennox Hill Hospital due to a chronic blockage from an accident that prevented clear breathing passageway and the nasal passageway was blocked extensively by scar tissue that could not be detected on M.R.I. according to the surgeon. Much of the surgery was spent getting the scar tissue out, which is why the surgery was much more lengthy. I mention it because I had been having trouble breathing for 5 years and it had been much worse than I care to acknowledge. I had not been prepared from 2009 until 2014 to do the surgery because I had gotten a concussion in 2012 and was real very often tired, perhaps due to the nasal blockage and deviated septum. I mention it also because I had not been able to address building business due to the trouble breathing and in that time, asthma symptomology and chronic bronchial infections had developed and were not present before. I was very often tired and extreme exhaustion and could not get the strength together to address the projects that I wanted to address. My mother and stepfather had asked me to get involved in building protections and development and gave me board proxy to meetings, as is the way and duties of my family to protect and to engage in building and community supports. I was rather disappointed in myself that I had not garnered the strength to address the building business until I returned from Florida in 2013, where I had been

recovering from the concussion and healing and after my surgery of septoplasty and turbonectomy.

2) I had received threats on voicemail on August 5th from the perpetrating parties in an effort to prevent me from addressing the contracting fraud and aggressions by staff members of my building who were engaging in illicit and illegal activities. I played the voicemails that clearly stated that if I did not be quiet that I would be thrown in Bellevue or jail for using free speech on crime. I immediately phoned the police after these threats which came from two competing interests that have liability in the matter of my letter to the building and not to these parties who were entitled to the letters not addressed to them and they were labeled confidential and addressed building matters that was not their business but addressed to renters and owners who reside in the building and who do not work there.

On August 7th, I had just returned from the library on the Upper East Side in my neighborhood and had walked home in my neighborhood and nothing happened during that period and day of any dramatic or insane nature of any kind. I walked to a deli. I ate outside the deli in the chairs provided. I then went the library and did some work to get independent and to become more successful. I then walked home and stopped at the ice cream shop to rest, as it was a hot summers day.  I sat for five minutes and then returned to my apartment to get ready for my regular ballet class that begins at 6pm with my usual teachers who would

attest to the fact that I am sane, quality, a person of upper quality society, engaged in high

level art and business projects

(See Exhibit of E-2 & E-3 & E-4 of Non-Crazy Independent Minding My own Business

Life) internationally and doing nothing remotely in the spectrum of bizarre and certainly not

what is said in the fraud and by the white collar criminal fleeing perpetrator obstruction

crime groups. They have never seen me act out and it is a infringement to my federal rights

and constitutional rights that I even have to consider bringing in witnesses on my mental

health and reputation and career. I am know as an internationally acclaimed singer, producer,

ballet dancer and writer and my life has been on hold due to the criminal attacks by jealous

and stalking idiots and arrogant frauds.


Suddenly a very loud and rude banging came at my door on that day in August 2014.   I

asked who it was as I have a concierge and no one was asked up and no one called me. The

officer yelled, "Open up you have no credibility!" I got very scared because I had just filed

the complaints on the building and received the threats from Bonnie and Bruno Hofmann

via voicemail and email. I said what is this regarding through the door. He yelled even louder

for me to open up as if I was a criminal.


I called 911 and told them what was going on. There is a recording of such out there. The

911 would not listen and told me to open my door to the officers. I did so. They had their

hands on their weapons and made me sit on the couch as they blockaded me in and to the

couch. I was shaking and scared and certainly not aggressive. I told them that this is fraud. They have no rights to do that to me. They said we heard that you were acting out in the street and we are taking you in to Bellevue. I said" who called you. Was it my mother and stepdad? It was a false call. They are trying to harass and stalk me to silence regarding a matter I had to report and it is a duty to do such reporting when a person is breaking laws and invading personal space of mine".

I let officers Rodriguez and Officers Toussaint hear the recording of the threat from my stepfather but they did not cease and desist this harassment. They made me wait for the ENT who then forced me to go to the hospital. In the ambulance I found out they were taking me to Bellevue. I broke down sobbing and begging to be brought to a better hospital if I must go to one as clearly they did not give me a choice and would apply stigma and abuse upon any persons slander and personal desires and obstructions against me.

They clearly engaged in discrimination upon mental disability, which I do not even have, but also on mental stigma. They based much or all of it and to cover their errors using medical mental health history breaking HIPA laws and utilizing my medical history from FIVE YEARS previously, which was the last time I was ill.

Apparently, Stigma implying that anyone treated for depression or any past suicidal or psych issues due to abuse or traumas as treated as subclass and sub-quality citizens by ignorant and

corrupt persons.

I should not have to defend my character and quality and my health for freedom. I am not a criminal and have no criminal record. Not to mention, it is illegal to target criminals for false incarceration, let alone sick persons who were traumatized by family abuse and have only been depressed and NEVER had violent tendencies EVER and nothing remotely of that nature and that is fraud and abuse to malign and to hijack my private life, my career, participation in hijacking my assets and also illegal theft of my rights.

The two doctors heard the voicemail in admitting and I explained my story just using my power and right to free speech but because I said I want to leave and this is ridiculous, they forcefully and abused me by forcefully sedating me and it was very abusive and traumatic. I had black and blues for weeks on my arms and photos of it when I was able to sneak my phone to take photos of it, as I should be doing.

These doctors are not good. They are dishonest and do not belong anywhere near the sick and around any citizen. Perhaps, they need an evaluation in profession and otherwise.

I had to stay in the hospital for two weeks because my mother, who I had not seen for two years, broke into my apartment by intimidating my cat sitter in order to steal my rights, personal belongings and to sell the apartment where I lived without any reasonable

accommodations provided to leave and stay in NYC where I live and have lived for 15 years.

I have many character witnesses and colleagues. I have an international fan base in music and I venture to say probably more contacts that would report positively about me than any of the doctors who judged me, locked me up illegally, took my rights and mistreated me. This matter should not require a dissection of my reputation and my mental for justice but I am all game for it if required but perhaps we can test everyone's mental health as well.

I was not able to leave the hospital for two weeks as the hospital has a policy of not allowing anyone to leave without anywhere to go and my sick parents had stolen my cat and my home so I was incarcerated in the ward without trial and the doctors, police officers, my parents, the hospital employees were never addressed and there have been no consequences and recourse for me.

The discharge papers read "psychotic" and a drug addict but with clean blood work upon admittance. The encroachments imply that the perpetrating officers and the hospital are engaging in routinely in beliefs of superiority and that federal rights infringements and fraud are even remotely going to prevail. They will not prevail against me. They do not know and did not think they would be in federal court. If I was psychotic, I would not have been discharged. A person cannot be locked in a ward involuntarily unless they are a threat to themselves or others and I was neither of those things and there is ample evidence to that

and such abominations that a well person can be locked in a ward, then stolen from and subjected to major 500 day plus daily torture fraud is disgusting and major series of federal violations.

They forced me to take medicines in the ward and despite not being ill and the doctor was very much informed of false and illegal holding of person and medical fraud of the matter and criminal stalking by the callers on the cold and calculate white collar fraud call. I did not take medicines and I did not need them and it is crime. I was disoriented, sedated and harmed further. It is highly abusive, harassing, physical encroachments, maligning, dangerous and slandering to say someone needs medicine when they do not and to make threats to them as were made to me that if I did not take them, I could not leave the hospital made by Dr. Lucy Penzner and she had even heard that the hospitalization was false but still did perpetrations and fraud.

I was also forced to bring in my mother and father who was not even remotely closely involved in my adult life nor should he have been as he had a history of abuse. He took advantage of the victimization and attempted further fraud and abuse with my mother as she stole my home and with my stepfather and my father and she conspired and abducted me to Saratoga and lied to police in regular and fraudulent contact to obstruct justice.  I was forced to even sit with the perpetrators on the false call while my home was broken into during those two weeks and my cat sitter and assistant mugged into rescinding my keys and my

property and they invited themselves into a "family" meeting in the ward to carry out their fraud, theft of adults rights and properties and to carry forth their jealous and malicious psychotic stalking of an international singer and star and they did not like as they felt inferior to my work clearly and such behavior is really pathetic.  My mother continued a series of lies and fraud about my building and the matter and even claims that she did not call 911 on the call and writing. I can provide this evidence and the 911 recording must be subpoenaed.

It became a meeting about them attempting to affix fraud and controls over my money, reputation, person (despite it being illegally) and to steal power and rights that are not theirs and they engaged in about 20 federal law infringements and rights infringements)

My father and mother then left together without saying goodbye, despite being divorced for 30 plus years and went to my apartment without my permission and I also later saw that my mother had gone through my apartment and went through my diaries, drawers, letters and personal software keys were missing.

The con of the false hospitalization was obvious again when I walked home from the hospital August 22nd and upon trying to pick up my keys at the front desk as instructed by the social worker Pat and my mother, the front desk concierge at my building called 911 upon me trying to get my keys. I did not know immediately, collected my keys that were given when I asked politely. Upon going upstairs, ten minutes later, I heard sirens and started to shake a bit from fear and sure enough after ten minutes of seeing my cat and my

63

apartment a mess, two officers knocks. I had to show them the hospital release form of half an hour previously first as they may not believe based as how I had been treated by explaining other things. The same duo ENT came ten minutes and said oh" I remember you. I see what is going on here." Then to the officer " I can't take her in". The police said I see what they are doing to you. I see that they are trying to use the police for personal gain and interest. They cannot do that. They said ok. "Have a good day" and left.

. Mr. Paul Brensilber took it on himself to have this letter faxed later in August 2014 to the mental ward where I was falsely hospitalized to the have the doctors question my mental status on my letter and implying that something was incorrect and not appropriate about my letter. They also violated the Fair Housing Act (privacy of familial data & as well as the Disabilities act where perceived status is believed to exist.) I just believe that they just felt that they would not get caught and that a single female is not much and would not be able to address their "wise" maneuvers. This is also Gender Discrimination and not to mention the chronic gender discrimination by Hector Calero on the sexual aggressions and his obstructing cronies on the matter. He targeted me but would not target single men in the building. There is also a single person discrimination in the building.

I had not seen my parents, in two years overall, accept one brunch, a year prior. The lack of contact, which also extends to not me not calling them and me not calling them, except for

an occasional email back and forth is due to my stepfather's deteriorating mental and physical status, which is further exaggerating his chronic verbal abusive nature and his chronic actions of design to abuse me through various tactics. This is coupled with my stepsisters' actions and designs as well as my two brothers' and mother's actions and efforts to take my relationship with my stepfather and my assets, inheritance, property right and it even has extended to efforts to take my inalienable right to steal from me.

I had not seen them in two years at all otherwise as they ran away to Hawaii and also told me that I was not welcome even to visit. My mother said that she went along with this decision by Bruno Hofmann. I am aware that my brother Paul Hofmann and perhaps the others were making efforts to slander me to my stepfather and then Bruno Hofmann, my stepfather said he did not want to speak to me anymore and I was not given any opportunity to present the facts of what has occurred from my perspective and what I experienced from all of them. He did not give any opportunity and obstructed all contact. This was also maintained by my mother, brothers and stepsisters. They engaged in further slander and obstructions. I even received a text from Paul Hofmann that he was going "to have my" inheritance taken away from me and "have me" cut off and he was going to have me thrown in a mental institution. He also said that "Cooperstown was his territory and that I could not live there". Then they all came around to take my home in New York City, where I finally got peace of mind after they left and I thought they would not bother me as I was told that it was mine. I am aware

of my family's financial asset base at least and I am aware of the harms previously incurred against me. I never thought that they would conspire and ally to steal from me. I never thought that they would do that and so I was not in a self-defensive stance. I certainly am not and would not and will not allow any abuses further against me.

On two instances, I had gone to the Gramercy Precinct in Manhattan, after Paul Hofmann perpetrated very strange and chronic and repeated aggressions against me to address them as also was suggested when I told certain persons about it but I reported it and sat with the police officer and then walked out and told her not to file it as it is my brother.

Then, when he began text aggressing against me and saying that he was going to steal from me and have me thrown in a mental institution, I called 911 and made a report. I do not see much mention of that element but I went to the Charlotte County Police Station to file a restraining order Jeff Totten and my brother but I got scared and I did not file despite the court police officers advise to do so. That expression, regarding strikes and shame on me, I guess seems to be relevant.

A doctor should be requisitioned to provide data on what it is like post surgery and recovery time required before a person is abused by police, relatives and building staff and that is with a bit of sarcasm. It seems to be too acceptable to too many to perpetrate discriminations against women, those injured and anyone actually who has been treated for mental illness.

There are many masses of sick and untreated persons who perpetrate mental stigma upon those who have been treated for depression and self-harm. Here I am having to defend and address previous medical history which certainly should not only not define my current access to rights, to freedom, to my assets and finances but also should not be further harming me and utilized by criminality against me.

I had large blockages in my nose all the way up and they did not often come out and it was blood and clotting. It was rough. The blood would pour out and not in trickles like a nose bleed.

On August 4th, 2014 while resting and during my recovery in bed, I had a chance to get to some tasks I had not gotten to due to blocked nose passageway and also much other professional work and I had not the time for volunteer work and to address operations problems in my building as a resident and owner proxy firmly established and in formal documents. This letter is attached. Please see Exhibit E-5 Confidential letter and Building misuse photos by Superintendent at the wrap up of an 8-month project with several city permit violation and exorbitant and unnatural decibels of noise. See Also E-6 Wind- down of one hallway constant but during work hours and using building time for personal project and personal financial gain and major infringements of city permit and space and violations of building police for board members and anything Hector Calero sees fit.

Before the Hospitalization -August 5th to August 8th, 2014

67

I started to get a barrage of nasty and stalking emails randomly from my mother and stepfather who must have been, in reality, contacted by Jordan Cooper Management C.E.O. as they seemed frantic and had knowledge of my letter, which I did not tell them about for the reasons of it not being a family matter, not being rather urgent to bring to my elderly parents attention, not being out of the ordinary to write a letter as it is a rather well celebrated tradition in the United States of America to write letters and to work for improvement.

It seemed as if my parents were harassed and threatened by Paul Brensilber as they seemed frantic and repeatedly contacted me and were rude to me. I was shocked and certainly not doing the bidding of Paul Brensilber, as I knew I was right and his subsequent actions after the original ones mentioned in the letter furthered demonstrated the obvious dysfunctions and corruptions that were addressed in the letter.

 I do believe to some extent that they were harassed as they said and that my parents were not lying necessarily.  However, my parents said I was acting out as they were told something unsavory or some negative about my letter. I think this coupled with my parents and half brother Paul Hofmann, Mother, Stepfather and Stepsisters recent maneuvers resulted in the attempted actualization of their personal desires of taking my properties and certain precious and intangible assets.  I believe they had designs to include my apartment last minute in a batch sale with two other New York City Properties that were up for sale.  Please see the emails August 5th, 6th 7th and 8th and stalking and refusals to leave me alone and also the

fraud of the eviction plant email and then tampering by locking in a ward and nothing had

happened at all and I was at library and had addressed the stalking and harassments already

to police department and was going about my regular activities and awaiting board meeting.

(Exhibit E-22 and (Mislabeled from a Related E-3 Group) but Call it E-7)

You will note the date August 5th of the 30 days eviction notice from Bruno but then was

locked in a ward illegally on August 8[th.] That is rather short 30 day eviction and not exactly

legal respect for rights and standard of sound behavior and law abiding behavior on their

part.

 I was thus not only subjected to massive series of abuse, attacks and intimidation tactics and

highly disoriented because I was abused clearly but also drugged in the ward and agasint my

will and they have been caught in other encroachment and abusive fraud on this matter.

 I was also prevented thus from finding a place to stay and a job on the fly to make quick

cash for rent and food. They also cut off my food and bill money on August 5th and without

notice.

See Email Specifically Email August 5th the specific cease and desist and request for rights to

be respected and legal eviction through courts so I could find a place to live if was being

conned or losing my rights relatively illegally and certainly based on unfair treatment.  Notice

the fraud maneuver of legal eviction notice followed immediately by more stalking, refusals

to adhere to cease and desist and legal eviction and breaking entering using 911 line false call by Bonnie and Bruno Hofmann according to Officer on the call.

Paul Brensilber, C.E.O. attempted to say that I had no right a letter to my fellow residents and criticized both the content and attempted to say it was false and also attempted to criticize me leaving it folded outside the doors as I surely have hallway access as he did not like that his company was addressed in the letter.

You will note that on the email on August 5th, due to obstruction, false and stalking calls made to my elderly parents by Paul Brensilber, that my stepfather wrote me and said he would evict me and I had 30 days. Note the date on the email Exhibit E4 labeled August 5th.

August 6th Continued

I received a voicemail threat on August 6th from Bruno Hofmann, my stepdad, that if I did not shut up and stop stirring stuff up in the building, I would be locked in Bellevue or jail. He is known to be aggressive, very rude, demeaning and abusive. I was not in touch with him for that reason and despite his history of being abusive to my mother, I had attempted to help but she has become just as abusive as he and refused any therapy treatment I suggested and sobriety treatments for her active alcoholic illness. Bruno implied that he thought I was acting out and or he was told that I had been stirring things up in the building from Paul Brensilber, who had never met me and who certainly had never spoken to me ever and never been around me at all but chose to belittle a stranger and in the assumption

that he is superior to others and can harm and can obstruct any matter, no matter the contents and who it affects. He forgot that he is an employee providing a service to the building and that I am have proxy to the board meetings as an owner as this apartment was said to be part of inheritance.

Brensilber's office was never located in the building and I had never met him. He knew nothing of fact about me. He attempted to misuse personal familial structure data and perhaps former medical treatment which is illegal and 5 years prior medical treatment to attempt to engage some outdated ideas of acceptability of discrimination that are also in violation of the Constitution and the Disabilities act. As well as private data, which is in violation of the Housing Act. He violated several laws and the Constitution of the United States.

 He lied to obstruct and to prevent the contents of my letter from being addressed in the board meeting that was coming up in the next month. It was a last resort also to write the letter and I had done all other appropriate and professional due diligence and they exhausted my patience and the staff of Jordan Cooper Management Company was misusing the building.


August 6th, 2014

After receiving these threatening emails and voicemails, I immediately called 911 and made a report to officers Wikkert and Andreoli and asked for restraining orders against Hector Calero and all family members and mentioned also Paul Brensilber. I was harassed by Paul Brensilber,  my parents and the building staff. I think they believed in their cronyisms and group theory pathology and also their discrimination ideas.

After I heard that Mr. Brensilber was harassing my parents, I called him and I told him to leave my family alone and told him to contact me directly if he has any matter pertaining to me and to the matter in question. He never did an investigation and told me it never happened but immediately engaged in a series of obstructions and dishonest behavior with this group at Jordan Cooper Management Company and the Jordan Cooper Defendants. He attempted to obstruct my findings, police assistance and my involvement in the board meetings. He made some rather legal statements in email but did not do any of those things that he said he was doing.

August 7th, 2014

I called the precinct to check on the matter and they said it was nothing and also refused me proper assistance on restraining orders and said nothing happened to me.

August 8th, 2014

Officer Rodriguez and Toussaint were called on a false call by Bonnie and Bruno Hofmann and the officers were told I was acting out in the street and in order to lock me up in a false hospitalization and imprisonment that quite resembles a kidnapping.

Officer Rodriguez and Toussaint were yelling at me before I even opened the door. I hesitated because I had reported the malfeasance of the Officers of the previous two days to higher authorities at the Federal Level but to no avail apparently at that time. They startled me as I was not accepting it but sensed foul play and immediately called 911 and reported was going on and the dispatcher told me to open the door. Clearly the officer had no warrant and evidence of any acting out.

I had just been at the library and was in my ballet clothes headed to my nightly ballet class at Ballet Academy East where I take professional level advanced intermediate ballet and also with Choreography for ABT and NYCB. I can call as witnesses my teachers and fellow dancers at Ballet Academy East that I saw daily and who actually interacted with me and treated me with respect until I was thrown in a ward and abused by police. The director of Ballet Academy East and perhaps others working there took the discriminatory bate and other persons not demonstrating sound education. They had never seen me act out and I do not behave poorly and I am a lady of society and it is discriminatory to be obstructed using any tactic, let alone the Disabilities Status, Stigma, perceived social class and/or gender. Also,

73

It is discriminatory to prevent access to opportunity and discriminatory to have to defend one's mental status and also most often there is not a fair hearing outside of the court rooms but a widespread arrogance, shallowness and stupidity due to lack of education.

I have a life of my own and very peaceful quiet one where I spend my time doing ballet, making hit records, going to the museum, going to dinner and doing simple tasks.  I am in the realm of professional athlete and artist. I know there is pathology against such persons by the populous but that is an erroneous discrimination to back and to support as being an artist requires an immense amount of work and care for matters of character and quality.

None of the perpetrators against me spend any time with me of any significance and they do not know me and certainly are not in a position to judge my character and wellness due to their actions and their interests. They are certainly not privy to my mental state and have no date and evidence of any acting out. I was hospitalization due to depression and they are not privy to the details of my mind, the matter and are not doctors. I never acted out in the building and I do not act out and I am not crazy. I am really sick of abuse. I used to be sick with depression that is true. What of it? I have noticed a widespread pathological tendency of police officers and hospital mental teams lying and about strangers and thus creating life-long damage to quality persons' access to opportunity and to the actualization of their rights, which are inalienable.

I had just seen one of my therapists as I go to therapy of my own accord to better myself. I saw the therapist just the day before and she said I was not a candidate for hospitalization in

her conservative way and she did not recommend me for any such thing. Please see the attached Exhibit E5.

I have a second letter from a doctor who I was seeing from 2010-2014 and would still see him if I was New York City. See Exhibit E6

I have many character witnesses on a professional level in ballet and music production who can surely be subpoenaed or who can write letters to the court when the court is ready for such. I am international known in music and well respected as a dancer internationally and in urban genres and ballet fusions. Please see the attached Pictures From a week Prior and Professional Data and International Press. My music has played since 2012 several times on New York's Own WBLS and on FM worldwide and since 2012.

I have lost 8 contracts due to the police abuses, fraud, cover-ups and ongoing obstruction crimes, major harassment, fraud and idiocy and warping of intent and person for their dishonesty and arrogance. My entire career has nearly, if not totally been ruined because of the cover-ups. My health insurance company was charged 80,000 on the false call that was not stopped carrying the data and despite alternate data and evidence provided and easy to find. Also Here you will see the bill for the ambulance where the Ambulance EMT took part in pressuring and acting on the misuse which was over a thousand dollars in itself and the two weeks against my will and I was not sick charged Blue Cross Blue Shield 80,000 dollars. The same EMT's discovered fraud calls were being made about me and refused to force me

to a ward the second time when Jose Agueda made another dishonest and fraud maneuver, the Jordan Cooper and Hac Interiors Employee and trying to blame others for his free will and direct abuses on a resident and property rights person and board meeting proxy in and of the building.

According to the fraud reports and the strangers covering for themselves and acting out, I am an insane, psychopathic criminal that deserves to be stalked, abused, stolen from, ruined, left in duress, undermined and harassed and that any officer or official can attack me at any point and/keep me from my rights, assets and reinstatement of the truth and facts and my societal true career position, social position and familial order of eldest of Hofmann family estate in this country and eldest of the matriarch. They need my help. They are elderly and acting out.

Please see Exhibit 4 of the apartment before the Forced and Illegal Eviction.

On the August 7th or August 8th Forced and illegal Hospitalization in response to a false call and with aggressions from Officer Toussaint and Rodriguez. Officer Rodriguez was screaming at me with Toussaint in my own home and both men had their hands on their weapons and frightened me to the couch. I showed no signs of any threat to myself or others which is the only way a person can be locked up against their will. I was not a threat to myself surely and not to others.

I had written a letter regarding building corruptions and abuses that triggered a series of very abusive and arrogant actions and outright and illegal abuse.

Additionally, I have many friends and colleagues and acquaintances and am well respected internationally as a music producer and writer and in jazz as well. I was treated as a criminal and a drug addict and I do not do any drugs at all. I am a very straight edge Upper East Side Lady and with many character witnesses who actually know me, which means that the police are acting out and discriminating and abusing people. I did not call them previously regarding the building corruptions previously because look at how they handled this situation. I had previously tried to get assistance on abuse matters from police and they bullied and abused like ignorant low lives.  I am more educated than that "grouping" or group class or classification and probably without exception. I know that they are aggressive and feel entitled but the pathology is not my problem. I am not paid to address them despite my connections to government at the Federal and International level. No, it is not a delusion. I have my M.B.A. and a Political Science degree and work regularly for Macro Development for the United States of America and in independent projects.

August 7/8-22nd Forced and Fraudulent Hospitalization

Despite not being a threat to myself or others I was forcefully sedated and for speaking to the E.R. Doctor and asking him to reconsider the hospitalization as I let him hear the voicemail threats made to me and also told him it was irrational to hospitalize me as I am

not ill and it is abuse. The hospital would not release me from the hospital because I had no place to go as Bonnie and Bruno Hofmann Broke into my apartment by bullying my cat sitter and stole the keys from her through lying and bullying and with Jose Agueda and Jordan Cooper Staff addressed in the letter. The hospital knew and was informed from the beginning of the illegal and false call to 911 by my parents the voicemail they had heard them but would not amend their behaviors and treated me as if I had no rights, refused to release me and forced me to take medicines against my will that I am allergic too. Also, I do not take psychotropics. The doctors were both demeaning and were highly abusive.

They had a chance to amend their ways once informed of the facts and provided with evidence but refused to stop illegal activity and abusing me. They kept me in a false hospitalization and imprisonment there for over two weeks and as my parents stole my apartment rights and access and my whereabouts which also led to a year of remote and abduction and loss of my rights and much health and with malicious intent to harm my music career and the facts of who I am and my success.

I was able to get my camera while in the hospital and took photos of the bruising from the 6 foot plus guards force sedating me when I was certainly not ill and responding to a false call made to 911 and for personal gain and also when I was clearly proven to have evidence of fowl play against me and there was no evidence that I was a threat to myself or others. Exhibit E10

<u>Regarding the Records from NY Presbeterian- Further Fraud and Stupidity actualized.</u>

I noticed upon leaving the hospital and just printing the records now and upon examining the discharge and health issue report, it says that I have six conditions.

It says that I have drug abuse problems! I have hundreds of witnesses that I do not do drugs and rarely even have a cocktail or glass of wine! They frauded and abused me to the Nth Degree and I am not letting it go, as that would be wrong and others must be harmed if I am going through this! These are doctors do not belong anywhere near any position of authority and that is exemplified in their behavior.

Please see Exhibit 11 Discharge Report -listing five conditions that I do not have and misusing also attempted to frame with writing past history of non compliance which is false also and illegal to cite previous medical history to justify abuse and false and illegal hospitalization as well as medical fraud, abduction and harm to my person. They are breaking so many federal laws and also violating the Constitution of the United States and disabilities act and I do not have a disability but I am perceived as such and apparently by ignorant and abusive persons bent on harming others and also on obstruction.

Please see Exhibit 12 Clearly on page Two the Urinalysis is negative as I come into the hospital.

Also please let me call in New York City's House Community and Ballet community as witnesses of my character and who I am who know me much better and actually spent real time with me.

Also please see the subsequent report that I do not have a drug problem or alcohol problem.

Upon Returning to my apartment on August 22nd, 2014, when I went to get my keys at my front desk to return to my cat and to my apartment, Jose Agueda at the front desk gave me a hard time as he said he is not supposed to let me in to my apartment. I said well it is my rights and my place and my cat and my belongings and I have been told by my parents and the social worker that I should and can pick up my keys at the desk.   I told Jose Agueda to call my parents to check if he had any doubts. He said no that is ok and handed me the keys. I said, "No. Call them. It is best to do that then." I said this despite my obvious rights as to be polite. He said, "That is ok" and handed me the keys.  Then, five minutes later,  I heard sirens while upstairs in my apartment and I started to shake.

Jose Agueda, who had already slandered and abused me through these civil obstruction tactics with his buddies at Jordan Cooper Management, called 911 and the police came five minutes later and came to my place to take me to a ward. The police then realized this time what was going on and refused to assist them in harming me. They said that no one is

allowed to misuse the 9-1-1 lines and cannot make false calls and for personal gain and illegal gain as they are clearly doing. The officers and the ENT then said. " I am not going to do this to her and I can't do this." They then left. I lost my apartment and my NYC location and suffered extreme damage to my career, health, location, credit and assets.

Exhibit E13-My home sale

My apartment was sold in April 2015 while I have been forced to stay away from my home and my career goals and work in NYC. It has been one year forced and abusive and demeaning remote relocation against my will and my free speech will stated clearly. I have had nothing and no one of decent behavior to count on and no friends and colleagues left largely around due to the strange and maligning and framing against my reputation to take, to harm and to obstruct.

Part a) unlawful seizure, confining well person who supplied evidence of wellness and that the person who called 911 to have me put in a ward had lied. I played the voicemail threats made by the caller to 911 to officers Toussaint and Rodriguez and they did not stop and bullied me and were armed men forcing me into a ward. I have letters from doctors who know me unlike the officers, which states clearly I was not a candidate for hospitalization and was not a threat to others and not to myself.  This is surely true and I have many, many character witnesses who spent time with me on a daily basis and who will be available for signed subpoena documented reports regarding my quality and my character which seems to

be in question as a tool to prevent me from getting fair access to the law services as I have been victimized by several crimes that have not been addressed.

The original seizure of my person was an error and on a perpetrating personal desire call to take an asset on the fly. It is not the fact that the officers came out but that they did not do any background data research as to just previous report but that was dismissed on gender and marital federal infringements. There is relevance in really any accessing of previous pick of on the basis of any previous record of mental depression or label by some blog nature. The matter is latent with highly abusive and calculated fraud against my person and reputation. It is crime to target previous history of depression to justify pick ups and civil rights infringements, ignoring any such person who has been treated ever and to ignore their report and statement and to then abuse them in high hick abuser and discrimination and then to pathologically back some infringement that could easily and surely be errors at any point on any person and to deny that is fraud.

I was confined even though I was a totally well person and I supplied ample evidence of wellness that day of seizure of my person.

 The persons who called 911 to have me put in a ward had lied. I played the voicemail threats made by the caller to 911 to officers Toussaint and Rodriguez and they did not stop and bullied me and were armed men forcing me into a ward. I have letters from doctors who know me unlike the officers, which states clearly I was not a candidate for hospitalization and was not a threat to others and not to myself.  This is surely true and I have many, many

character witnesses who spent time with me on a daily basis and who will be available for signed subpoena documented reports regarding my quality and my character which seems to be in question as a tool to prevent me from getting fair access to the law services as I have been victimized by several crimes that have not been addressed.  They have since used maligning slander of insanity to cover their errors that are punishable with life in prison.


Two days prior, I had called Officers Andreoli and Officers Stohler to inform them of the threats made by my family members who I had not seen in two years at all and who reside mostly out of state and informed them about the abuse by Jordan Cooper C.E.O. Paul Brensilber and by the Superintendant Hector Calero who had been working with his cronies to abuse me and my family.  Officer Andreoli had a brush off demeanor and mentioned something about orders of protection. He talked to Hector Calero and went with he said with no further in depth investigation on any of this matter which suggests gender discrimination. Because of the negligence of Officer Stohler and Officer Andreoli on that call, I was abused by Jordan Cooper Staff, Bonnie and Bruno Hofmann and all of the defendants. Not one came clean and not one addressed it. A second effort of kidnapping came the day I was released from the Hospital when Jose Agueda of Jordan Cooper Management called 911 to have me arrested for picking up my keys to my apartment. He lied and pretended I did not have access to my apartment and my cat and my keys in order to bully me as he is a crony of Paul Brensilber and Hector Calero as he works for Jordan

Cooper and Hector Calero's Private and Contracting firm engaged in illegal acts and illicit activity for personal gain in the building where he claims to be a superintendant.

Since when is the office of police an office for the maintenance of blue wall and federal infringements? Why is this status quo even going for more than a day when it is discovered? They are not reporting many crimes and not taking complaints as to prevent the actual quota and persons who do white and blue crimes from being apprehended. If officers are unfit, they need to be noble enough to be honest and step down or to ask for help. People get well and people get stressed and make errors. I am a forgiving person on genuine growth.

Defendants, clearly engaged in intimidation and removal of the subject of the kidnapping, threats, intimidation, illegal eviction, stalking, harassments and obstructions as I tried 8 times to call the precinct, to visit there before the abduction like treatment to Saratoga. In November 2014, I was able once to come back to try to get help there again but all the officers including but not limited to Andreoli, Grant and some other officers which totaled 7 circled around me when I was seating waiting for assistance to report it. They had their hands on their weapons and said and Grant said in a raised  "ok what do you want" I started to try to explain the complex matter that had occurred since August 2014. Grant would not let me finish my sentences, would not let me speak. He said no that never happened to me

84

despite him obviously not being there. How could he say that it never happened as he was not there and was just hearing about the details of the second round and recent developments?

He and the others had their hands on their weapons and they stood in a circle around me blocking me from exiting the door and engaging in intimidation of a victim and civilian with no prior record of any kind. They engaged discrimination of mental stigma to attempt to create a gang mentality of cronyism to attempt to make the matter disappear and to malign me to cover it, which is also very harmful to me.

The officers do and did not know me at all. Thy have never been invited to my home. They have never been engaged in any conversation with me outside of this matter. They knew nothing of my education and celebrity in music. I think that perhaps, one good thing that can come of this is that officers will be wary before they bully anyone, as you never know who someone is.

All of the defendants prevented the matter from ever being addressed as they are mostly at point of origin precinct or cronies of them or of the police office first preference of talk evidence that some officers give which is highly irregular form of discovery of evidence. They are the point of origin precinct and as the officers engage point of origin even when officers are engaged in criminality in the event, then the matter is obstructed in full and even in a kidnapping regarding transport where surely point of origin additionally is null and void.

This would prevent me from getting justice on many criminal federal law violations that affected my physical health and life in every way. The officers have engaged in preventing me from suing due to further obstructions enabled, prevention of restraining orders and orders of protections being provided on other matters originally. They prevented me from giving evidence, as I was not even able to get a meeting and to provide the ample evidence regarding several crimes. The security of my property and person was not honored. In fact, they engaged in the opposite and ensured that my property was stolen and my person harmed such as a second act of kidnapping, theft of my personal property, withholding of my furniture and my cat against my rights and will, kidnapping, theft of my flat screen, stalking, harassments, slander, credit injury, remote relocation forced, unable to address the other litigants in court properly.  (and saying I was ill in order to enable the cover up which was short sighted of them.)

The calls against me to 911 by litigants in other open cases I brought as plaintiff to regain my name were lies and engaged for conspiracy to obstruct wrong doings and to steal from me both tangible financial assets, career prospects, physical well-being, credit rating, future opportunities and reputation in business and society as well as family and friend relationships.

INJURIES

1. <u>Breathing trouble</u>

2. <u>Breathing injury and not breathing sometimes, static lung status</u>

3. <u>Slowed Circulation and Breathing Cycles</u>

4. <u>Worsened Asthma Symptoms as per doctor reports also</u>

5. <u>Extreme credit damage</u>

6. <u>Weight gain impinging on my auditions for Marseille and ABT corp to name a few and was invited to audition</u>

7. <u>Loss of 6 contracts due to leak and urgent request to colleagues because of the fraud and loss of my home and my reputation damage</u>

8. <u>Depreciated appearance in a short time due to and since the abuses. I was modeling and considered a great beauty in 2014.  Deals from the biggest and best indies in the world and some majors were being explored and even though I am in my 30s. Chakas is in her 60s though and is still celebrated.</u>

9. <u>Covering me in mental fraud and other defaming frauds and impressions</u>

10. <u>Loss of Digital Distribution Deals</u>

11. <u>Loss of Home Asset and City Contacts and Familiarities and Home that I planned to keep into retirement as was discussed</u>

12. Increased cystic breast tissue because of the extreme stress

13. Major damage to credit –irreparable damage

14. Stack of bills due to the injury and remote forced locations because no one would make arrests, which would have also made the civil matter more expedient and less bogged down by obstruction crimes

15. Greater level of infringement on my person and private assets and estate status and increased likelihood of fraud and theft on my assets and my career

16. Triggered major defamation in the music and art world against my person who are acquaintances and do not know me well enough to trust that it was fraud. Some don't know me but gossip and such is very damaging and a result of the encroachments, which continued in Saratoga because of the cover-ups, misconduct and negligence.

17. Loss of healthy family members as no one would lock them up to get a distinct boundary to prevent them encroaching on my life and also there was some psychotic behavior and addiction evident and I am worried about their health status and the refusals and negligence have dramatized and traumatized my family and myself, but they also refused to do the job at all and in a timely way. It is harmful to persons health and dangerous to not address such crimes and abuses.

RELIEF REQUEST

Urgent and Immediate law enforcement assistance to the criminal perpetrators and to make arrests on the perpetrators on the abduction , fraud, white collar theft, cover up scams, tampering scams, embezzling, racketeering, entrapment, ongoing torture, stalking, hostage keeping, hate crime acts, conspiring and tampering, threats, black mail and extortion by Bonnie Hofmann, Bruno Hofmann, Jennifer Stinson, Mario Papa, Paul Brensibler, Hector Calero,  Jose Agueda, Paul Hofmann and Ina and Tatiana Hofmann also who engaged in various hate crime acts to harm, steal and to get away with crime at any cost to others.


I am request a 10 million dollar settlement. If the state wishes to match that offer with another 10 million to be escrowed solely for the purpose of the foundation and successful implementation of an ethical impact and training school site for cutting edge, ethics, crime prevention, innovation for sacred rights and eco sound protections in ethical and constitutional methods and development, I would accept a 20 million dollar settlement with 10 million focused in an escrow security for such. Beneath 10 million, I may not devote much time to such a project, as I have endured 500 plus days of abuse and had some rather serious health injuries and need cash influx for recovery, healing, stabilities and securities. I would be honored if such a school was established by the state independently if they prefer it but they may need my help due to the lag in the standard. I can consult on the project.

89

My projects are and were in the multi-million dollar category by far before the encroachment and injury and the Federal Court if does not ensure my inheritance and assets, I must be reimbursed and my shared 10 million. My career in itself, was headed to well above that and my family estate shares are also above that.

UNDERSIGNED

SIGNATURE NEXT PAGE AND PRINT AND ADDRESS

X _____
        Signature

Erin L. Canning
Print name

Address:
PO BOX 284
Saratoga NY
12866